Bethany Stevens (SBN 245672)
bstevens@wscllp.com
Amanda Walker (SBN 252380)
awalker@wscllp.com
WALKER STEVENS CANNOM LLP
500 Molino Street, Suite 118
Los Angeles, California 90013
Telephone: (213) 712-9145
Fax: (213) 403-4906

Michael Ng (SBN 237915)
michael.ng@kobrekim.com
Daniel Zaheer (SBN 237118)
daniel.zaheer@kobrekim.com
KOBRE & KIM LLP
150 California Street, 19th Floor
San Francisco, California 94111
Telephone: (415) 582-4800

Christopher Cogburn*
*pro hac vice to be filed
christopher.cogburn@kobrekim.com
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Telephone: (212) 488 1200

*Attorneys for Petitioner
Shanghai Lan Cai Asset
Management Co, Ltd.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **SHANGHAI LAN CAI ASSET MANAGEMENT CO, LTD.,**<br><br>Petitioner,<br><br>v.<br><br>**JIA YUETING,**<br><br>Respondent. | Civil Case No. 2:18-cv-10255<br><br>**PETITIONER'S *EX PARTE* APPLICATION FOR RIGHT-TO-ATTACH ORDER AND WRIT OF ATTACHMENT OR, IN THE ALTERNATIVE, FOR TEMPORARY PROTECTIVE ORDER** |

**TO THE HONORABLE COURT:**

Petitioner Shanghai Lan Cai Asset Management Co, Ltd. ("SLC") hereby applies, on an *ex parte* basis pursuant to Local Rule 7-19, for the following orders:

1. ***A right-to-attach order*** recognizing SLC's right to levy against all property located within or otherwise subject to jurisdiction in California which is owned, directly or indirectly, by Respondent Jia Yueting.

2. ***A writ of attachment*** in the amount of $11,037,858.52 (¥75,940,466.63)[1] against the following property owned by Jia:

    a. Jia's 33-percent ownership interest in Faraday & Future Inc., a California corporation;

    b. real estate located at [REDACTED PER L.R. 5.2-1], which is Jia's residence and which, on information and belief, Jia owns and controls through a California corporation named Ocean View Drive, Inc. ("Ocean View");

    c. real estate located at 19 Marguerite Drive, Rancho Palos Verdes, California, 90275, which, on information and belief, Jia owns and controls through Ocean View; and

    d. real estate located at 91 Marguerite Drive, Rancho Palos Verdes, California, 90275, which, on information and belief, Jia owns and controls through Ocean View.

3. Solely in the alternative to the relief requested in items (1) and (2) above, ***a temporary protective order*** restraining Jia from taking any steps to transfer, conceal, reduce, encumber, or otherwise make unavailable any of the property identified in items (2)(a)–(e) above until SLC's

---

[1] The exchange rate of US $1 = CNY ¥6.88 is adopted in this paragraph, which was obtained from Google on December 10, 2018.

application for a right-to-attach order and writ of attachment can be heard on notice.

As further explained in SLC's Memorandum in support of this application, the relief SLC requests is authorized by Federal Rule of Civil Procedure 64 and California Civil Procedure Code §§ 485.010, *et seq.*, and 486.030(a), and is supported by good cause.

SLC does not know if Respondent is represented by counsel in the United States in connection with this dispute, nor does it have any contact information for such counsel.

SLC submits the following documents in support of this application:

1. The Petition to Confirm Arbitration Award filed in this action;
2. The Memorandum in Support of the Petition to Confirm Arbitration Award;
3. The First and Second Declarations of Jian Kang and all exhibits thereto;
4. The Memorandum in support of this application; and
5. Two alternative forms of proposed order:
    a. a right-to-attach order and writ of attachment as to the property identified in items (2)(a)–(d) above; and, alternatively,
    b. a temporary protective order restraining Jia from restraining Jia from taking any steps to transfer, conceal, reduce, encumber, or otherwise make unavailable any of the property identified in items (2)(a)–(d) above.

Dated: December 10, 2018         WALKER STEVENS CANNOM LLP

By:   */s/ Bethany Stevens*
         Bethany Stevens

*Attorneys for Petitioner*
*Shanghai Lan Cai Asset Management Co, Ltd.*

2
PETITIONER'S *EX PARTE* APPLICATION FOR RIGHT-TO-ATTACH ORDER AND WRIT OF ATTACHMENT OR, IN THE ALTERNATIVE, FOR TEMPORARY PROTECTIVE ORDER