Bethany Stevens (SBN 245672)
bstevens@wscllp.com
Amanda Walker (SBN 252380)
awalker@wscllp.com
WALKER STEVENS CANNOM LLP
500 Molino Street, Suite 118
Los Angeles, California 90013
Telephone: (213) 712-9145
Fax: (213) 403-4906

Michael Ng (SBN 237915)
michael.ng@kobrekim.com
Daniel Zaheer (SBN 237118)
daniel.zaheer@kobrekim.com
KOBRE & KIM LLP
150 California Street, 19th Floor
San Francisco, California 94111
Telephone: (415) 582-4800

Christopher Cogburn*
*pro hac vice to be filed
christopher.cogburn@kobrekim.com
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Telephone: (212) 488 1200

*Attorneys for Petitioner
Shanghai Lan Cai Asset
Management Co, Ltd.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHANGHAI LAN CAI ASSET MANAGEMENT CO, LTD.,<br><br>Petitioner,<br><br>v.<br><br>JIA YUETING,<br><br>Respondent. | Civil Case No. 2:18-cv-10255<br><br>**SECOND DECLARATION OF JIAN KANG IN SUPPORT OF PETITIONER'S *EX PARTE* APPLICATION FOR RIGHT-TO-ATTACH ORDER AND WRIT OF ATTACHMENT OR, IN THE ALTERNATIVE, FOR TEMPORARY PROTECTIVE ORDER** |

I, Jian Kang, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am over the age of 18 and am competent to give this Declaration.

2. All statements set forth in this Declaration are based on my personal knowledge or my review of original versions or certified copies of the relevant documents. I make this declaration in support of the *Ex Parte* Application for Right-to-Attach Order and Writ of Attachment or, in the Alternative, for Temporary Protective Order filed by Petitioner Shanghai Lan Cai Asset Management Co, Ltd. ("SLC").

3. I am a Hong Kong-licensed solicitor at the law firm Kobre & Kim. I have been employed by Kobre & Kim since 2014, and I have been qualified to practice law in Hong Kong since 2013. Kobre & Kim acts as counsel to SLC for purposes of enforcing the arbitration award (the "Final Award") that is the subject of SLC's Petition (Dkt. No. 1).

4. Attached as **Exhibit 1** to this declaration is a true and correct excerpted copy of web-based register of "Discredited Persons" maintained by the Supreme Court of the People's Republic of China to track and enforce consumption restrictions against the country's worst debt defaulters. Respondent Jia Yueting is declared as a "discredited person subject to enforcement" for refusing "to perform his obligations under a settlement agreement without any justified reasons."

5. Attached as **Exhibit 2** to this declaration is a true and correct copy of the petition in another award-confirmation proceeding against Jia that is pending in this District, *Shanghai Qichengyuenming Investment Partnership Enterprise (Limited Partnership) v. Jia Yueting*, No. 2:18-cv-7723 (C.D. Cal.) (filed Sept. 5, 2018).

6. Attached as **Exhibit 3** to this declaration is a true and correct copy of an arbitration award issued by the Hong Kong International Arbitration Centre in

favor of Smart King Ltd. and against Season Smart Limited. This arbitration award was attached as Exhibit A to a petition seeking confirmation of that award in this District. *See Smart King Ltd v. Season Smart Limited*, No. 2:18-cv-9499 (C.D. Cal.) (filed Nov. 8, 2018). This arbitration award contains relevant information about Jia's status as the beneficial owner of 33 percent of the equity of Faraday & Future Inc., a California corporation.

7. Attached as **Exhibit 4** to this declaration is a true and correct copy of a statement filed in 2016 by Ocean View Drive, Inc. ("Ocean View"), a California corporation, with the California Secretary of State.

8. Attached as **Exhibit 5** to this declaration is a true and correct copy of a statement filed in 2017 by Ocean View with the California Secretary of State.

9. Attached as **Exhibit 6** to this declaration are true and correct copies of tax assessor records obtained on December 7, 2018, showing Ocean View's ownership of parcels of real estate located at REDACTED PER L.R. 5.2-1, 19 Marguerite Drive, and 91 Marguerite Drive, together with the assessed value of each parcel.

10. Based on my review of Exhibits 4, 5, and 6 to this declaration, along with my understanding that one of the properties owned by Ocean View is Jia's permanent residence, I believe that Jia is the ultimate beneficial owner of Ocean View and all of its assets.

11. SLC's claim against Jia is unsecured.

12. SLC seeks a right-to-attach order and writ of attachment against specific property owned by Jia and subject to jurisdiction in California for the sole purpose of recovering on its claim against Jia.

13. SLC is prepared to file an undertaking in the amount of $10,000.00 upon issuance of either a right-to-attach order or, in the alternative, a temporary protective order.

14. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of December, 2018 at 6/F, ICBC Tower, 3 Garden Road, Central, Hong Kong.

_____
Jian Kang

---

3
SECOND KANG DECLARATION IN SUPPORT OF PETITIONER'S *EX PARTE* APPLICATION