# EXHIBIT 1

执行公开网信息展示

- 全国被执行人公开
- 全国失信被执行人公开
- 终本案件信息公开
- 限制消费人员信息公开
- 执行文书公开
- 执行综合查询

当前位置：首页>>综合查询被执行人展示页面

## 失信被执行人

| | |
|---|---|
| 被执行人姓名/名称： | 贾跃亭 |
| 性别： | 男性 |
| 身份证号码/组织机构代码： | 1426231973****081X |
| 执行法院： | 北京市第三中级人民法院 |
| 省份： | 北京 |
| 执行依据文号： | (2017)京执28号 |
| 立案时间： | 2017年07月17日 |
| 案号： | (2017)京03执607号 |
| 做出执行依据单位： | 北京市高级人民法院 |
| 生效法律文书确定的义务： | 未履行生效法律文书确定的义务 |
| 被执行人的履行情况： | 全部未履行 |
| 失信被执行人行为具体情形： | 被执行人无正当理由拒不履行执行和解协议 |
| 发布时间： | 2017年12月29日 |

## 终本案件

| | |
|---|---|
| 案号： | (2017)京03执607号 |
| 被执行人姓名/名称： | 贾跃亭 |
| 性别： | 男 |
| 身份证号码/组织机构代码： | 1426231973****081X |
| 执行法院： | 北京市第三中级人民法院 |
| 立案时间： | 2017年07月17日 |
| 终本日期： | 2017年12月28日 |
| 执行标的： | 575030000.00 |
| 未履行金额： | 575030000.00 |

## 限制消费人员

| | |
|---|---|
| 限制消费人员姓名： | 贾跃亭 |
| 性别： | 男性 |
| 身份证号码/组织机构代码： | 1426231973****081X |
| 执行法院： | 北京市第三中级人民法院 |
| 省份： | 北京 |
| 案号： | (2017)京03执607号 |
| 立案时间： | 2017年07月17日 |
| 查看限消令： | [查看] |

关闭

内部邮箱 | 关于我们 | 网站地图 | 添加收藏 | 设为首页
中华人民共和国最高人民法院版权所有
北京市东城区东交民巷27号 100745
京ICP备05023036号

- National Disclosure of Person(s) Against Whom a Judgment or Order is Executed
- National Disclosure of Untrustworthy Person(s) Against Whom a Judgment or Order is Executed
- Information disclosure upon the closure of the execution proceedings
- Information disclosure of persons whom are restricted from prohibited consumptions
- Disclosure of execution documents
- Comprehensive inquiry about executions

📍 Current location: Home >> The Comprehensive Inquiry page showing the Person(s) Against Whom a Judgment or Order is Executed

### Discredited Person Subject to Enforcement

| | |
|---|---|
| Name/Name of the person against whom a judgment or order is executed: | Jia Yueting |
| Gender: | Male |
| ID number/Organization code: | 1426231973****081X |
| The Court that is to execute a judgment or order: | Beijing No.3 Intermediate People's Court |
| Province: | Beijing |
| The reference number of the instrument according to which the execution proceedings is carried out: | (2017) Beijing Execution No. 28 |
| Date of case filing: | July 17, 2017 |
| Case number: | (2017) Beijing 03 Executive No. 607 |
| The entity that lays the foundation for the execution: | Beijing Municipal Higher People's Court |
| Obligations established in the legal instruments in force: | Failure to comply with obligations established in the legal instruments in force |
| The performance of obligations by the person against whom a judgment or order is executed: | Not performed at all |
| The specific act(s) of the untrustworthy person against whom a judgment or order is executed: | The person against whom a judgment or order is executed has refused to perform his obligations under a settlement agreement without any justified reasons |
| Release Date: | December 29, 2017 |

### Closure of the execution proceedings

| | |
|---|---|
| Case number: | (2017) Beijing 03 Executive No. 607 |
| Name/Name of the person against whom a judgment or order is executed: | Jia Yueting |
| Gender: | Male |
| ID number/Organization code: | 1426231973****081X |
| The Court that is to execute a judgment or order: | Beijing No.3 Intermediate People's Court |
| Date of case filing: | July 17, 2017 |
| The date of the closure of the execution proceedings: | December 28, 2017 |
| The subject matter of the execution: | 575030000.00 |
| The outstanding amount: | 575030000.00 |

### The person whom is restricted from prohibited consumptions

| | |
|---|---|
| The name of the person whom is restricted from prohibited consumptions: | Jia Yueting |
| Gender: | Male |
| ID number/Organization code: | 1426231973****081X |
| The Court that is to execute a judgment or order: | Beijing No.3 Intermediate People's Court |
| Province: | Beijing |
| Case number: | (2017) Beijing 03 Executive No. 607 |
| Date of case filing: | July 17, 2017 |
| View the order of restrictions on consumption: | [View] |

Close

Internal Mailbox | About Us | Site Map | Add to Favorites | Set as Homepage
Copyright reserved with the Supreme People's Court of the People's Republic of China
No. 27, Dongjiaomin Alley, Dongcheng District, Beijing 100745
Beijing ICP Registered No. 05023036

193

- 全国被执行人公开
- 全国失信被执行人公开
- 终本案件信息公开
- 限制消费人员信息公开
- 执行文书公开
- 执行综合查询

当前位置：首页>>综合查询被执行人展示页面

## 失信被执行人

| | |
|---|---|
| 被执行人姓名/名称： | 贾跃亭 |
| 性别： | 男性 |
| 身份证号码/组织机构代码： | 1426231973****081X |
| 执行法院： | 北京市第三中级人民法院 |
| 省份： | 北京 |
| 执行依据文号： | (2017)京执29号 |
| 立案时间： | 2017年07月17日 |
| 案号： | (2017)京03执608号 |
| 做出执行依据单位： | 北京市高级人民法院 |
| 生效法律文书确定的义务： | 未履行生效法律文书确定的义务 |
| 被执行人的履行情况： | 全部未履行 |
| 失信被执行人行为具体情形： | 被执行人无正当理由拒不履行执行和解协议 |
| 发布时间： | 2017年12月29日 |

## 终本案件

| | |
|---|---|
| 案号： | (2017)京03执608号 |
| 被执行人姓名/名称： | 贾跃亭 |
| 性别： | 男 |
| 身份证号码/组织机构代码： | 1426231973****081X |
| 执行法院： | 北京市第三中级人民法院 |
| 立案时间： | 2017年07月17日 |
| 终本日期： | 2017年12月28日 |
| 执行标的： | 598995277.00 |
| 未履行金额： | 598995277.00 |

## 限制消费人员

| | |
|---|---|
| 限制消费人员姓名： | 贾跃亭 |
| 性别： | 男性 |
| 身份证号码/组织机构代码： | 1426231973****081X |
| 执行法院： | 北京市第三中级人民法院 |
| 省份： | 北京 |
| 案号： | (2017)京03执608号 |
| 立案时间： | 2017年07月17日 |
| 查看限消令： | [查看] |

关闭

内部邮箱 | 关于我们 | 网站地图 | 添加收藏 | 设为首页
中华人民共和国最高人民法院版权所有
北京市东城区东交民巷27号 100745
京ICP备05023036号

- National Disclosure of Person(s) Against Whom a Judgment or Order is Executed
- National Disclosure of Untrustworthy Person(s) Against Whom a Judgment or Order is Executed
- Information disclosure upon the closure of the execution proceedings
- Information disclosure of persons whom are restricted from prohibited consumptions
- Disclosure of execution documents
- Comprehensive inquiry about executions

Current location: Home >> The Comprehensive Inquiry page showing the Person(s) Against Whom a Judgment or Order is Executed

### Untrustworthy Person(s) Against Whom a Judgment or Order is Executed

| | |
|---|---|
| Name/Name of the person against whom a judgment or order is executed: | Jia Yueting |
| Gender: | Male |
| ID number/Organization code: | 1426231973****081X |
| The Court that is to execute a judgment or order: | Beijing No.3 Intermediate People's Court |
| Province: | Beijing |
| The reference number of the instrument according to which the execution proceedings is carried out: | (2017) Beijing Execution No. 29 |
| Date of case filing: | July 17, 2017 |
| Case number: | (2017) Beijing 03 Execution No. 608 |
| The entity that lays the foundation for the execution: | Beijing Municipal Higher People's Court |
| Obligations established in the legal instruments in force: | Failure to comply with obligations established in the legal instruments in force |
| The performance of obligations by the person against whom a judgment or order is executed: | Not performed at all |
| The specific act(s) of the untrustworthy person against whom a judgment or order is executed: | The person against whom a judgment or order is executed has refused to perform his obligations under a settlement agreement without any justified reasons |
| Release Date: | December 29, 2017 |

### Closure of the execution proceedings

| | |
|---|---|
| Case number: | (2017) Beijing 03 Execution No. 608 |
| Name/Name of the person against whom a judgment or order is executed: | Jia Yueting |
| Gender: | Male |
| ID number/Organization code: | 1426231973****081X |
| The Court that is to execute a judgment or order: | Beijing No.3 Intermediate People's Court |
| Date of case filing: | July 17, 2017 |
| The date of the closure of the execution proceedings: | December 28, 2017 |
| The subject matter of the execution: | 598995277.00 |
| The outstanding amount: | 598995277.00 |

### The person whom is restricted from prohibited consumptions

| | |
|---|---|
| The name of the person whom is restricted from prohibited consumptions: | Jia Yueting |
| Gender: | Male |
| ID number/Organization code: | 1426231973****081X |
| The Court that is to execute a judgment or order: | Beijing No.3 Intermediate People's Court |
| Province: | Beijing |
| Case number: | (2017) Beijing 03 Execution No. 608 |
| Date of case filing: | July 17, 2017 |
| View the order of restrictions on consumption: | [View] |

Close

Internal Mailbox | About Us | Site Map | Add to Favorites | Set as Homepage

Copyright reserved with the Supreme People's Court of the People's Republic of China

No. 27, Dongjiaomin Alley, Dongcheng District, Beijing 100745

Beijing ICP Registered No. 05023036

- 全国被执行人公开
- 全国失信被执行人公开
- 终本案件信息公开
- 限制消费人员信息公开
- 执行文书公开
- 执行综合查询

当前位置：首页>>综合查询被执行人展示页面

## 失信被执行人

| | |
|---|---|
| 被执行人姓名/名称： | 贾跃亭 |
| 性别： | 男性 |
| 身份证号码/组织机构代码： | 1426231973****081X |
| 执行法院： | 北京市第三中级人民法院 |
| 省份： | 北京 |
| 执行依据文号： | (2017)京执27号 |
| 立案时间： | 2017年07月17日 |
| 案号： | (2017)京03执610号 |
| 做出执行依据单位： | 北京市高级人民法院 |
| 生效法律文书确定的义务： | 未履行生效法律文书确定的义务 |
| 被执行人的履行情况： | 全部未履行 |
| 失信被执行人行为具体情形： | 被执行人无正当理由拒不履行执行和解协议 |
| 发布时间： | 2018年01月10日 |

## 终本案件

| | |
|---|---|
| 案号： | (2017)京03执610号 |
| 被执行人姓名/名称： | 贾跃亭 |
| 性别： | 男 |
| 身份证号码/组织机构代码： | 1426231973****081X |
| 执行法院： | 北京市第三中级人民法院 |
| 立案时间： | 2017年07月17日 |
| 终本日期： | 2017年12月28日 |
| 执行标的： | 304017169.00 |
| 未履行金额： | 304017169.00 |

## 限制消费人员

| | |
|---|---|
| 限制消费人员姓名： | 贾跃亭 |
| 性别： | 男性 |
| 身份证号码/组织机构代码： | 1426231973****081X |
| 执行法院： | 北京市第三中级人民法院 |
| 省份： | 北京 |
| 案号： | (2017)京03执610号 |
| 立案时间： | 2017年07月17日 |
| 查看限消令： | [查看] |

关闭

内部邮箱 | 关于我们 | 网站地图 | 添加收藏 | 设为首页
中华人民共和国最高人民法院版权所有
北京市东城区东交民巷27号 100745
京ICP备05023036号

11/22/2018
Case 2:18-cv-10255-SJO-MRW  Document 5-3  Filed 12/10/18  Page 7 of 17  Page ID #:164
Disclosure of Enforcement on Execution Publicity Website

- National Disclosure of Person(s) Against Whom a Judgment or Order is Executed
- National Disclosure of Untrustworthy Person(s) Against Whom a Judgment or Order is Executed
- Information disclosure upon the closure of the execution proceedings
- Information disclosure of persons whom are restricted from prohibited consumptions
- Disclosure of execution documents
- Comprehensive inquiry about executions

📍 Current location: Home >> The Comprehensive Inquiry page showing the Person(s) Against Whom a Judgment or Order is Executed

### Untrustworthy Person(s) Against Whom a Judgment or Order is Executed

| | |
|---|---|
| Name/Name of the person against whom a judgment or order is executed: | Jia Yueting |
| Gender: | Male |
| ID number/Organization code: | 1426231973****081X |
| The Court that is to execute a judgment or order: | Beijing No.3 Intermediate People's Court |
| Province: | Beijing |
| The reference number of the instrument according to which the execution proceedings is carried out: | (2017) Beijing Execution No. 27 |
| Date of case filing: | July 17, 2017 |
| Case number: | (2017) Beijing 03 Execution No. 610 |
| The entity that lays the foundation for the execution: | Beijing Municipal Higher People's Court |
| The obligations established in the legal instruments in force: | Failure to comply with obligations established in the legal instruments in force |
| The performance of obligations by the person against whom a judgment or order is executed: | Not performed at all |
| The specific act(s) of the untrustworthy person against whom a judgment or order is executed: | The person against whom a judgment or order is executed has refused to perform his/her obligations under a settlement agreement without any justified reasons |
| Release Date: | January 10, 2018 |

### Closure of the execution proceedings

| | |
|---|---|
| Case number: | (2017) Beijing 03 Execution No. 610 |
| Name/Name of the person against whom a judgment or order is executed: | Jia Yueting |
| Gender: | Male |
| ID number/Organization code: | 1426231973****081X |
| The Court that is to execute a judgment or order: | Beijing No.3 Intermediate People's Court |
| Date of case filing: | July 17, 2017 |
| The date of the closure of the execution proceedings: | December 28, 2017 |
| The subject matter of the execution: | 304017169.00 |
| The outstanding amount: | 304017169.00 |

### The person whom is restricted from prohibited consumptions

| | |
|---|---|
| The name of the person whom is restricted from prohibited consumptions: | Jia Yueting |
| Gender: | Male |
| ID number/Organization code: | 1426231973****081X |
| The Court that is to execute a judgment or order: | Beijing No.3 Intermediate People's Court |
| Province: | Beijing |
| Case number: | (2017) Beijing 03 Execution No. 610 |
| Date of case filing: | July 17, 2017 |
| View the order of restrictions on consumption: | [View] |

Close

Internal Mailbox | About Us | Site Map | Add to Favorites | Set as Homepage
Copyright reserved with the Supreme People's Court of the People's Republic of China
No. 27, Dongjiaomin Alley, Dongcheng District, Beijing 100745
Beijing ICP Registered No. 05023036

- 全国被执行人公开
- 全国失信被执行人公开
- 终本案件信息公开
- 限制消费人员信息公开
- 执行文书公开
- 执行综合查询

当前位置：首页>>综合查询被执行人展示页面

**失信被执行人**

| | |
|---|---|
| 被执行人姓名/名称： | 贾跃亭 |
| 性别： | 男性 |
| 身份证号码/组织机构代码： | 1426231973****081X |
| 执行法院： | 北京市第三中级人民法院 |
| 省份： | 北京 |
| 执行依据文号： | (2017)京执34号 |
| 立案时间： | 2017年08月08日 |
| 案号： | (2017)京03执646号 |
| 做出执行依据单位： | 北京市高级人民法院 |
| 生效法律文书确定的义务： | 一、向浙江中泰创展企业管理有限公司支付人民币1 403 251 304.11元。二、向浙江中泰创展企业管理有限公司支付违约金（以人民币1 400 000 000元为基数，按照年利率24%计算，自2017年7月11日至实际清偿之日）三、向浙江中泰创展企业管理有限公司支付迟延履行期间的债务利息 |
| 被执行人的履行情况： | 全部未履行 |
| 失信被执行人行为具体情形： | 违反财产报告制度 |
| 发布时间： | 2018年03月07日 |

**限制消费人员**

| | |
|---|---|
| 限制消费人员姓名： | 贾跃亭 |
| 性别： | 男性 |
| 身份证号码/组织机构代码： | 1426231973****081X |
| 执行法院： | 北京市第三中级人民法院 |
| 省份： | 北京 |
| 案号： | (2017)京03执646号 |
| 立案时间： | 2017年08月08日 |
| 查看限消令： | [查看] |

关闭

内部邮箱 | 关于我们 | 网站地图 | 添加收藏 | 设为首页
中华人民共和国最高人民法院版权所有
北京市东城区东交民巷27号 100745
京ICP备05023036号

- National Disclosure of Person(s) Against Whom a Judgment or Order is Executed
- National Disclosure of Untrustworthy Person(s) Against Whom a Judgment or Order is Executed
- Information disclosure upon the closure of the execution proceedings
- Information disclosure of persons whom are restricted from prohibited consumptions
- Disclosure of execution documents
- Comprehensive inquiry about executions

📍 Current location: Home >> The Comprehensive Inquiry page showing the Person(s) Against Whom a Judgment or Order is Executed

### Untrustworthy Person(s) Against Whom a Judgment or Order is Executed

| | |
|---|---|
| Name/name of the person against whom a judgment or order is executed: | Jia Yueting |
| Gender: | Male |
| ID number/Organization code: | 1426231973****081X |
| The Court that is to execute a judgment or order: | Beijing No.3 Intermediate People's Court |
| Province: | Beijing |
| The reference number of the instrument according to which the execution proceedings is carried out: | (2017) Beijing Execution No. 34 |
| Date of case filing: | August 8, 2017 |
| Case number: | (2017) Beijing 03 Execution No. 646 |
| The entity that lays the foundation for the execution: | Beijing Municipal Higher People's Court |
| Obligations established in the legal instruments in force: | 1. Pay RMB 1, 403, 251, 304.11 to Zhejiang Zhongtai Chuangzhan Enterprise Management Co., Ltd. 2. Pay liquidated damages to Zhejiang Zhongtai Chuangzhan Enterprise Management Co., Ltd. (based on RMB 1, 400, 000, 000, the liquidated damages are to be calculated at an annual interest rate of 24%, from July 11, 2017 to the date of the actual settlement). 3. Pay the interest accrued during the period of delay in performance on the debt owed to Zhejiang Zhongtai Chuangzhan Enterprise Management Co., Ltd. |
| The performance of obligations by the person against whom a judgment or order is executed: | Not performed at all |
| The specific act(s) of the untrustworthy person against whom a judgment or order is executed: | Any breach of the property reporting system |
| Release Date: | March 7, 2018 |

### The person whom is restricted from prohibited consumptions

| | |
|---|---|
| The name of the person whom is restricted from prohibited consumptions: | Jia Yueting |
| Gender: | Male |
| ID number/Organization code: | 1426231973****081X |
| The Court that is to execute a judgment or order: | Beijing No.3 Intermediate People's Court |
| Province: | Beijing |
| Case number: | (2017) Beijing 03 Execution No. 646 |
| Date of case filing: | August 8, 2017 |
| View the order of restrictions on consumption: | [View] |

Close

Internal Mailbox | About Us | Site Map | Add to Favorites | Set as Homepage

Copyright reserved with the Supreme People's Court of the People's Republic of China

No. 27, Dongjiaomin Alley, Dongcheng District, Beijing 100745

Beijing ICP Registered No. 05023036

- 全国被执行人公开
- 全国失信被执行人公开
- 终本案件信息公开
- 限制消费人员信息公开
- 执行文书公开
- 执行综合查询

当前位置：首页>>综合查询被执行人展示页面

## 终本案件

| | |
|---|---|
| 案号： | (2017)京01执636号 |
| 被执行人姓名/名称： | 贾跃亭 |
| 性别： | 男 |
| 身份证号码/组织机构代码： | 1426231973****081X |
| 执行法院： | 北京市第一中级人民法院 |
| 立案时间： | 2017年09月04日 |
| 终本日期： | 2017年12月19日 |
| 执行标的： | 210501384.00 |
| 未履行金额： | 209191947.00 |

## 限制消费人员

| | |
|---|---|
| 限制消费人员姓名： | 贾跃亭 |
| 性别： | 男性 |
| 身份证号码/组织机构代码： | 1426231973****081X |
| 执行法院： | 北京市第一中级人民法院 |
| 省份： | 北京 |
| 案号： | (2017)京01执636号 |
| 立案时间： | 2017年09月04日 |
| 查看限消令： | [查看] |

[关闭]

内部邮箱 | 关于我们 | 网站地图 | 添加收藏 | 设为首页
中华人民共和国最高人民法院版权所有
北京市东城区东交民巷27号 100745
京ICP备05023036号

- National Disclosure of Person(s) Against Whom a Judgment or Order is Executed
- National Disclosure of Untrustworthy Person(s) Against Whom a Judgment or Order is Executed
- Information disclosure upon the closure of the execution proceedings
- Information disclosure of persons whom are restricted from prohibited consumptions
- Disclosure of execution documents
- Comprehensive inquiry about executions

Current location: Home >> The Comprehensive Inquiry page showing the Person(s) Against Whom a Judgment or Order is Executed

### Closure of the execution proceedings

| | |
|---|---|
| Case number: | (2017) Beijing 01 Execution No. 636 |
| Name/Name of the person against whom a judgment or order is executed: | Jia Yueting |
| Gender: | Male |
| ID number/Organization code: | 1426231973****081X |
| The Court that is to execute a judgment or order: | Beijing No.1 Intermediate People's Court |
| Date of case filing: | September 4, 2017 |
| The date of the closure of the execution proceedings: | December 19, 2017 |
| The subject matter of the execution: | 210501384.00 |
| The outstanding amount: | 209191947.00 |

### The person whom is restricted from prohibited consumptions

| | |
|---|---|
| The name of the person whom is restricted from prohibited consumptions: | Jia Yueting |
| Gender: | Male |
| ID number/Organization code: | 1426231973****081X |
| The Court that is to execute a judgment or order: | Beijing No.1 Intermediate People's Court |
| Province: | Beijing |
| Case number: | (2017) Beijing 01 Execution No. 636 |
| Date of case filing: | September 4, 2017 |
| View the order of restrictions on consumption: | [View] |

Close

Internal Mailbox | About Us | Site Map | Add to Favorites | Set as Homepage
Copyright reserved with the Supreme People's Court of the People's Republic of China
No. 27, Dongjiaomin Alley, Dongcheng District, Beijing 100745
Beijing ICP Registered No. 05023036

- 全国被执行人公开
- 全国失信被执行人公开
- 终本案件信息公开
- 限制消费人员信息公开
- 执行文书公开
- 执行综合查询

当前位置：首页>>综合查询被执行人展示页面

## 失信被执行人

| | |
|---|---|
| 被执行人姓名/名称： | 贾跃亭 |
| 性别： | 男性 |
| 身份证号码/组织机构代码： | 1426231973****081X |
| 执行法院： | 北京市第三中级人民法院 |
| 省份： | 北京 |
| 执行依据文号： | （2017）夏鹭证执字第00082号 |
| 立案时间： | 2017年09月28日 |
| 案号： | (2017)京03执753号 |
| 做出执行依据单位： | 中华人民共和国福建省厦门市鹭江公证处 |
| 生效法律文书确定的义务： | 一、向平安证券股份有限公司支付初始交易金额人民币462 100 000元。二、向平安证券股份有限公司利息4 149 847.77元。三、向平安证券股份有限公司支付违约金，以对应的购回交易金额为基数，按照万分之五的比率，计至贾跃亭实际清偿之日止，暂计至2017年6月27日为9 098 872.03元。四、向平安证券股份有限公司支付执行证书公证费人民币1 426 046元，律师费人民币2 560 000元。 |
| 被执行人的履行情况： | 全部未履行 |
| 失信被执行人行为具体情形： | 违反财产报告制度 |
| 发布时间： | 2017年12月11日 |

## 终本案件

| | |
|---|---|
| 案号： | (2017)京03执753号 |
| 被执行人姓名/名称： | 贾跃亭 |
| 性别： | 男 |
| 身份证号码/组织机构代码： | 1426231973****081X |
| 执行法院： | 北京市第三中级人民法院 |
| 立案时间： | 2017年09月28日 |
| 终本日期： | 2017年12月29日 |
| 执行标的： | 479334765.00 |
| 未履行金额： | 479334765.00 |

## 限制消费人员

| | |
|---|---|
| 限制消费人员姓名： | 贾跃亭 |
| 性别： | 男性 |
| 身份证号码/组织机构代码： | 1426231973****081X |
| 执行法院： | 北京市第三中级人民法院 |
| 省份： | 北京 |
| 案号： | (2017)京03执753号 |
| 立案时间： | 2017年09月28日 |
| 查看限消令： | [查看] |

关闭

内部邮箱 | 关于我们 | 网站地图 | 添加收藏 | 设为首页
中华人民共和国最高人民法院版权所有
北京市东城区东交民巷27号 100745
京ICP备05023036号

11/22/2018
Case 2:18-cv-10255-SJO-MRW   Document 5-3   Filed 12/10/18   Page 13 of 17   Page ID #:170
Disclosure of Enforcement on Execution Publicity Website

- National Disclosure of Person(s) Against Whom a Judgment or Order is Executed
- National Disclosure of Untrustworthy Person(s) Against Whom a Judgment or Order is Executed
- Information disclosure upon the closure of the execution proceedings
- Information disclosure of persons whom are restricted from prohibited consumptions
- Disclosure of execution documents
- Comprehensive inquiry about executions

Current location: Home >> The Comprehensive Inquiry page showing the Person(s) Against Whom a Judgment or Order is Executed

### Untrustworthy Person(s) Against Whom a Judgment or Order is Executed

| | |
|---|---|
| Name/name of the person against whom a judgment or order is executed: | Jia Yueting |
| Gender: | Male |
| ID number/Organization code: | 1426231973****081X |
| The Court that is to execute a judgment or order: | Beijing No.3 Intermediate People's Court |
| Province: | Beijing |
| The reference number of the instrument according to which the execution proceedings is carried out: | (2017) Xia Lu Zheng Zhizi No. 00082 |
| Date of case filing: | September 28, 2017 |
| Case number: | (2017) Beijing 03 Execution No. 753 |
| The entity that lays the foundation for the execution: | Lujiang Notary Office, Xiamen City, Fujian Province, People's Republic of China |
| The obligations established in the legal instruments in force: | 1. Pay the initial transaction amount of RMB 462,100,000 to Ping An Securities Co., Ltd. 2. Pay the interest of RMB 4, 149, 847.77 to Ping An Securities Co., Ltd. 3. Pay liquidated damages to Ping An Securities Co., Ltd., based on the corresponding repurchase transaction amount, at the rate of 5/10,000, namely, RMB 9, 098, 872.03, which was temporarily determined from June 27, 2017, to the date on which Jia Yueting actually pays off the damages. 4. Pay the notary fee of RMB 1,426,046 for notarizing the Certificate of Execution and the attorney's fee of RMB 2,560,000, to Ping An Securities Co., Ltd. |
| The performance of obligations by the person against whom a judgment or order is executed: | Not performed at all |
| The specific act(s) of the untrustworthy person against whom a judgment or order is executed: | Any breach of the property reporting system |
| Release Date: | December 11, 2017 |

### Closure of the execution proceedings

| | |
|---|---|
| Case number: | (2017) Beijing 03 Execution No. 753 |
| Name/Name of the person against whom a judgment or order is executed: | Jia Yueting |
| Gender: | Male |
| ID number/Organization code: | 1426231973****081X |
| The Court that is to execute a judgment or order: | Beijing No.3 Intermediate People's Court |
| Date of case filing: | September 28, 2017 |
| The date of the closure of the execution proceedings: | December 29, 2017 |
| The subject matter of the execution: | 479334765.00 |
| The outstanding amount: | 479334765.00 |

### The person whom is restricted from prohibited consumptions

| | |
|---|---|
| The name of the person whom is restricted from prohibited consumptions: | Jia Yueting |
| Gender: | Male |
| ID number/Organization code: | 1426231973****081X |
| The Court that is to execute a judgment or order: | Beijing No.3 Intermediate People's Court |
| Province: | Beijing |
| Case number: | (2017) Beijing 03 Execution No. 753 |
| Date of case filing: | September 28, 2017 |
| View the order of restrictions on consumption: | [View] |

Close

Internal Mailbox | About Us | Site Map | Add to Favorites | Set as Homepage
Copyright reserved with the Supreme People's Court of the People's Republic of China
No. 27, Dongjiaomin Alley, Dongcheng District, Beijing 100745
Beijing ICP Registered No. 05023036

执行公开网信息展示

- 全国被执行人公开
- 全国失信被执行人公开
- 终本案件信息公开
- 限制消费人员信息公开
- 执行文书公开
- 执行综合查询

当前位置：首页>>综合查询被执行人展示页面

## 失信被执行人

| | |
|---|---|
| 被执行人姓名/名称： | 贾跃亭 |
| 性别： | 男性 |
| 身份证号码/组织机构代码： | 1426231973****081X |
| 执行法院： | 北京市第三中级人民法院 |
| 省份： | 北京 |
| 执行依据文号： | （2017）京方正执行证字第00904号 |
| 立案时间： | 2017年09月28日 |
| 案号： | (2017)京03执755号 |
| 做出执行依据单位： | 中华人民共和国北京市 |
| 生效法律文书确定的义务： | 一、向华福证券有限责任公司支付人民币三亿零五百零九万六千三百零一元三角七分。 二、向华福证券有限责任公司支付违约金（按照每日十五万二千五百三十三元一角五分的标准，自2017年6月22日起至实际支付之日止） 三、向华福证券有限责任公司支付迟延履行期间的债务利息。 四、负担的申请执行费人民币三十八万七千六百九十七元以及执行中实际支出费用。 |
| 被执行人的履行情况： | 全部未履行 |
| 失信被执行人行为具体情形： | 违反财产报告制度 |
| 发布时间： | 2017年12月14日 |

## 终本案件

| | |
|---|---|
| 案号： | (2017)京03执755号 |
| 被执行人姓名/名称： | 贾跃亭 |
| 性别： | 男 |
| 身份证号码/组织机构代码： | 1426231973****081X |
| 执行法院： | 北京市第三中级人民法院 |
| 立案时间： | 2017年09月28日 |
| 终本日期： | 2017年12月29日 |
| 执行标的： | 320297083.00 |
| 未履行金额： | 320297083.00 |

## 限制消费人员

| | |
|---|---|
| 限制消费人员姓名： | 贾跃亭 |
| 性别： | 男性 |
| 身份证号码/组织机构代码： | 1426231973****081X |
| 执行法院： | 北京市第三中级人民法院 |
| 省份： | 北京 |
| 案号： | (2017)京03执755号 |
| 立案时间： | 2017年09月28日 |
| 查看限消令： | [ 查看 ] |

关闭

内部邮箱 ｜ 关于我们 ｜ 网站地图 ｜ 添加收藏 ｜ 设为首页
中华人民共和国最高人民法院版权所有
北京市东城区东交民巷27号 100745
京ICP备05023036号

http://zxgk.court.gov.cn/zhzxgk/newdetail

1/1

204

- National Disclosure of Person(s) Against Whom a Judgment or Order is Executed
- National Disclosure of Untrustworthy Person(s) Against Whom a Judgment or Order is Executed
- Information disclosure upon the closure of the execution proceedings
- Information disclosure of persons whom are restricted from prohibited consumptions
- Disclosure of execution documents
- Comprehensive inquiry about executions

◉ Current location: Home >> The Comprehensive Inquiry page showing the Person(s) Against Whom a Judgment or Order is Executed

### Untrustworthy Person(s) Against Whom a Judgment or Order is Executed

| | |
|---|---|
| Name/Name of the person against whom a judgment or order is executed: | Jia Yueting |
| Gender: | Male |
| ID number/Organization code: | 1426231973****081X |
| The Court that is to execute a judgment or order: | Beijing No.3 Intermediate People's Court |
| Province: | Beijing |
| The reference number of the instrument according to which the execution proceedings is carried out: | (2017) Jingfang Zheng Execution Certificate No. 00904 |
| Date of case filing: | September 28, 2017 |
| Case number: | (2017) Beijing 03 Execution No. 755 |
| The entity that lays the foundation for the execution: | Beijing City, the People's Republic of China |
| The obligations established in the legal instruments in force: | I. Pay RMB 305,096, 301.37 to Huafu Securities Co., Ltd. II. Pay the liquidated damages to Huafu Securities Co., Ltd. (it is to be calculated at the rate of RMB152,533.15 per day, from June 22, 2017 to the date of the actual settlement). III. Pay the interest accrued during the period of delay in performance on the debt to Huafu Securities Co., Ltd. IV. Pay RMB 387,697 which is the application fee for the execution and the actual expenditure to be incurred in the execution. |
| The performance of obligations by the person against whom a judgment or order is executed: | Not performed at all |
| The specific act(s) of the untrustworthy person against whom a judgment or order is executed: | Any breach of the property reporting system |
| Release Date: | December 14, 2017 |

### Closure of the execution proceedings

| | |
|---|---|
| Case number: | (2017) Beijing 03 Execution No. 755 |
| Name/name of the person against whom a judgment or order is executed: | Jia Yueting |
| Gender: | Male |
| ID number/Organization code: | 1426231973****081X |
| The Court that is to execute a judgment or order: | Beijing No.3 Intermediate People's Court |
| Date of case filing: | September 28, 2017 |
| The date of the closure of the execution proceedings: | December 29, 2017 |
| The subject matter of the execution: | 320297083.00 |
| The outstanding amount: | 320297083.00 |

### The person whom is restricted from prohibited consumptions

| | |
|---|---|
| The name of the person whom is restricted from prohibited consumptions: | Jia Yueting |
| Gender: | Male |
| ID number/Organization code: | 1426231973****081X |
| The Court that is to execute a judgment or order: | Beijing No.3 Intermediate People's Court |
| Province: | Beijing |
| Case number: | (2017) Beijing 03 Execution No. 755 |
| Date of case filing: | September 28, 2017 |
| View the order of restrictions on consumption: | [View] |

Close

Internal Mailbox | About Us | Site Map | Add to Favorites | Set as Homepage
Copyright reserved with the Supreme People's Court of the People's Republic of China
No. 27, Dongjiaomin Alley, Dongcheng District, Beijing 100745
Beijing ICP Registered No. 05023036

执行公开网信息展示

- 全国被执行人公开
- 全国失信被执行人公开
- 终本案件信息公开
- 限制消费人员信息公开
- 执行文书公开
- 执行综合查询

当前位置：首页>>综合查询被执行人展示页面

### 被执行人

| | |
|---|---|
| 被执行人姓名/名称： | 贾跃亭 |
| 身份证号码/组织机构代码： | 1426231973****081X |
| 性别： | 男性 |
| 执行法院： | 北京市第三中级人民法院 |
| 立案时间： | 2018年01月09日 |
| 案号： | (2018)京03执60号 |
| 执行标的： | 307523392 |

### 失信被执行人

| | |
|---|---|
| 被执行人姓名/名称： | 贾跃亭 |
| 性别： | 男性 |
| 身份证号码/组织机构代码： | 1426231973****081X |
| 执行法院： | 北京市第三中级人民法院 |
| 省份： | 北京 |
| 执行依据文号： | 2017沪仲案字第1260号 |
| 立案时间： | 2018年01月09日 |
| 案号： | (2018)京03执60号 |
| 做出执行依据单位： | 上海仲裁委员会 |
| 生效法律文书确定的义务： | 一、向国泰君安证券股份有限公司支付融资本金人民币3亿元。二、向国泰君安证券股份有限公司支付息合计人民币4 982 831.98元。三、向国泰君安证券股份有限公司支付截至2017年7月3日的罚息和违约合计人民币777 735.36元。四、向国泰君安证券股份有限公司支付罚息（以欠付利息人民币4 982 831.9为基数，自2017年7月4日至实际支付之日止，按照罚息率每日0.05%的标准）。五、向国泰君安证券股份有限公司支付违约金（以初始交易金额人民币3亿元为基数，自2017年7月4日至实际支付之日止，按照日6.5%×1.4／365的标准）。六、向国泰君安证券股份有限公司支付保全费人民币5000元 |
| 被执行人的履行情况： | 全部未履行 |
| 失信被执行人行为具体情形： | 违反财产报告制度 |
| 发布时间： | 2018年05月17日 |

### 限制消费人员

| | |
|---|---|
| 限制消费人员姓名： | 贾跃亭 |
| 性别： | 男性 |
| 身份证号码/组织机构代码： | 1426231973****081X |
| 执行法院： | 北京市第三中级人民法院 |
| 省份： | 北京 |
| 案号： | (2018)京03执60号 |
| 立案时间： | 2018年01月09日 |
| 查看限消令： | [查看] |

[关闭]

内部邮箱 ｜ 关于我们 ｜ 网站地图 ｜ 添加收藏 ｜ 设为首页
中华人民共和国最高人民法院版权所有
北京市东城区东交民巷27号 100745
京ICP备05023036号

- National Disclosure of Person(s) Against Whom a Judgment or Order is Executed
- National Disclosure of Untrustworthy Person(s) Against Whom a Judgment or Order is Executed
- Information disclosure upon the closure of the execution proceedings
- Information disclosure of persons whom are restricted from prohibited consumptions
- Disclosure of execution documents
- Comprehensive inquiry about executions

Current location: Home >> The Comprehensive Inquiry page showing the Person(s) Against Whom a Judgment or Order is Executed

### The person against whom a judgment or order is executed

| | |
|---|---|
| Name/Name of the person against whom a judgment or order is executed: | Jia Yueting |
| ID number/Organization code: | 1426231973****081X |
| Gender: | Male |
| The Court that is to execute a judgment or order: | Beijing No.3 Intermediate People's Court |
| Date of case filing: | January 9, 2018 |
| Case number: | (2018) Beijing 03 Execution No. 60 |
| The subject matter of the execution: | 307523392 |

### Untrustworthy Person(s) Against Whom a Judgment or Order is Executed

| | |
|---|---|
| Name/Name of the person against whom a judgment or order is executed: | Jia Yueting |
| Gender: | Male |
| ID number/Organization code: | 1426231973****081X |
| The Court that is to execute a judgment or order: | Beijing No.3 Intermediate People's Court |
| Province: | Beijing |
| The reference number of the instrument according to which the execution proceedings is carried out: | 2017 Shanghai Arbitration Commission Case No. 1260 |
| Date of case filing: | January 9, 2018 |
| Case number: | (2018) Beijing 03 Execution No. 60 |
| The entity that lays the foundation for the execution: | Shanghai Arbitration Commission |
| The obligations established in the legal instruments in force: | 1. Pay the principal of RMB 300 million to Guotai Jun'an Securities Co., Ltd. 2. Pay the total interest of RMB 4,982,831.98 to Guotai Jun'an Securities Co., Ltd. 3. Pay the penalty interest and the liquidated damages of RMB 777, 735.36 in total as of July 3, 2017 to Guotai Jun'an Securities Co., Ltd. 4. Pay the penalty interest to Guotai Jun'an Securities Co., Ltd. (based on the outstanding interest of RMB 4, 982, 831.9, it is to be calculated at the penalty rate of 0.05% per day from July 4, 2017 to the date of the actual settlement). V. Pay the liquidated damages to Guotai Jun'an Securities Co., Ltd. (based on the initial transaction amount of RMB 300 million, it is to be calculated at the penalty rate of 6.5% × 1.4/365 per day from July 4, 2017 to the date of the actual settlement). 6. Pay the preservation fee of RMB 5,000 to Guotai Jun'an Securities Co., Ltd. |
| The performance of obligations by the person against whom a judgment or order is executed: | Not performed at all |
| The specific act(s) of the untrustworthy person against whom a judgment or order is executed: | Any breach of the property reporting system |
| Release Date: | May 17, 2018 |

### The person whom is restricted from prohibited consumptions

| | |
|---|---|
| The name of the person whom is restricted from prohibited consumptions: | Jia Yueting |
| Gender: | Male |
| ID number/Organization code: | 1426231973****081X |
| The Court that is to execute a judgment or order: | Beijing No.3 Intermediate People's Court |
| Province: | Beijing |
| Case number: | (2018) Beijing 03 Execution No. 60 |
| Date of case filing: | January 9, 2018 |
| View the order of restrictions on consumption: | [View] |

Close

Internal Mailbox | About Us | Site Map | Add to Favorites | Set as Homepage

Copyright reserved with the Supreme People's Court of the People's Republic of China

No. 27, Dongjiaomin Alley, Dongcheng District, Beijing 100745

Beijing ICP Registered No. 05023036