# EXHIBIT 6 - Part 1

## Summary

**AIN: 7582-001-025**

| | | | |
|---|---|---|---|
| **Situs Address:** REDACTED PER L.R. 5.2-1 | **Use Type:** Single Family Residence | **Parcel Status:** ACTIVE | |
| | **Parcel Type:** Regular Fee Parcel | **Create Date:** 07/02/1992 | |
| | | **Delete Date:** | |
| | | **Tax Rate Area:** 05791 | |

### Building (0101) & Land Overview

| | | | | | |
|---|---|---|---|---|---|
| **Use Code:** | 0109 | **# of Units:** | 1 | **Year Built:** | 1999 |
| **Design Type:** | 0133 | **Beds/Baths:** | 6/8 | **Effective Year:** | 1999 |
| **Quality Class:** | DX | **Building SqFt:** | 7,788 | **Land SqFt:** | 87,122 |

Parcel Map / Map Index

| | | |
|---|---|---|
| **Current Owner:** OCEAN VIEW DRIVE INC | **Mailing Address:** 18455 S FIGUEROA ST GARDENA CA 90248-4503 | **Tax Status:** CURRENT<br>**Year Defaulted:**<br>**Exemption:** None |

| 2019 Roll Preparation | 2018 Current Roll | RC | Year | Factored Base Value | 2015 Base Value |
|---|---|---|---|---|---|
| $ 5,386,956 | $ 5,281,330 | T | 2015 | | $ 5,000,000 |
| $ 2,154,782 | $ 2,112,532 | T | 2015 | | $ 2,000,000 |
| $ 7,541,738 | $ 7,393,862 | | | | $ 7,000,000 |

### Assessor's Responsible Division

| | | |
|---|---|---|
| **District:** | South District Office | South District Office<br>1401 E. Willow St.<br>Signal Hill, CA 90755 |
| **Region:** | 14 | Phone: (562) 256-1701<br>Toll Free: 1 (888) 807-2111<br>M-F 7:30 am to 5:00 pm |
| **Cluster:** | 14174 SW RANCHO PV | |





## Building and Land Characteristics

### Land Information

Use Code = 0109 (Single Family Residence)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total SqFt (GIS): | 87,122 | Sewers: | Yes | Corner Lot: | Yes | Zoning City: | rs-1 |
| Total SqFt (PDB): | 87,400 | Flight Path: | No | Golf Front: | No | Zoning PDB: | RPRS1R |
| Usable SqFt: | 87,120 | X-Traffic: | No | Horse Lot: | No | | OH* |
| Acres: | | Freeway: | No | View: | Water | Code Split: | No |
| Land W' x D': | 380 x 230 | | | | | Impairment: | None |

**Situs Address:**
REDACTED PER L.R. 5.2-1

**Legal Description** (for assessment purposes):
L A C A MAP NO 51 FOR DESC SEE ASSESSOR'S MAPS POR OF LOT 111

Use Code: 0109 (Single Family Residence)
0 = Residential
1 = Single Family Residence
0 = Unused or Unknown Code (No Meaning)
9 = Other Improvements Only

### Building Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SUBPART: | 0101 | # of Units: | 1 | Year Built: | 1999 | RCN Other: | $ 162,32 |
| Design Type: | 0133 | Beds/Baths: | 6/8 | Effective Year: | 1999 | RCN Other Trended: | $ 292,50 |
| Quality Class: | DX | Building SqFt: | 7,788 | Depreciation: | UL50 / / 0 | Year Change: | 2001 |

Design Type: 0133
0 = Residential
1 = Single Family Residence
3 = Central Refrigeration and Heat
3 = Pool and Miscellaneous

| SUMMARY: | Total | # of Units: | 1 |
|---|---|---|---|
| | | Beds/Baths: | 6/8 |
| | | Building SqFt: | 7,788 |
| | | Avg SqFt/Unit: | 7,788 |

## Events History

Ownership | New Construction | Permits | Parcel Change

Export to Excel

| Recording Date | Seq. # | Re-Assessed | # Parcels | % | Ver. Code | Reported Sale Price | DTT Sale Price | Assessed Value | Buyer / Transferee |
|---|---|---|---|---|---|---|---|---|---|
| 06/09/2017 | 50 | No | 7 | 00%-0 | 7 | $ 0 | $ 9 | $ 7,393,862 | OCEAN VIEW DRIVE INC |
| 08/29/2014 | 50 | Yes | 1 | 00%-0 | 1 | $ 0 | $ 7,000,070 | $ 7,000,000 | OCEAN VIEW DRIVE INC |
| 12/20/1999 | 75 | Yes | 1 | 00%-0 | K | $ 4,381,819 | $ 4,500,000 | $ 4,500,000 | BRILES,RICHARD AND KEANNA |
| 12/20/1999 | 25 | Yes | 1 | 00%-0 | 1 | $ 0 | $ 9 | $ 1,054,395 | CHHABRIA,RAJU |
| 07/01/1998 | 50 | Yes | 1 | 50%-2 | A | $ 1 | $ 600,000 | $ 788,130 | CHHABRIA,RAJU AND |
| 08/31/1995 | 50 | Yes | 1 | 00%-0 | K | $ 650,000 | $ 620,000 | $ 650,000 | GLASS,DONALD S |
| 03/15/1995 | 50 | Yes | | 00%-0 | | $ 0 | $ 0 | $ 650,000 | NAB ASSET VENTURE III |
| 07/12/1991 | 51 | Yes | | 00%-0 | | $ 0 | $ 0 | $ 1,420,000 | BURRELL GROUP |

## Assessment History

Export to Excel  Showing 1 to 10 of 35 entries.

| Bill Number | Bill Type | Bill Status | Date to Auditor | Recording Date | Total Value | Land Value | Improvement Value |
|---|---|---|---|---|---|---|---|
| 219-PSEG | | | | 06/09/2017 | $ 7,541,738 | $ 5,386,956 | $ 2,154,782 |
| 2180000 | R | A | 07/19/2018 | 06/09/2017 | $ 7,393,862 | $ 5,281,330 | $ 2,112,532 |
| 2170000 | R | A | 06/26/2017 | 08/29/2014 | $ 7,248,885 | $ 5,177,775 | $ 2,071,110 |
| 2160000 | R | A | 07/05/2016 | 08/29/2014 | $ 7,106,750 | $ 5,076,250 | $ 2,030,500 |
| 2150000 | R | A | 06/23/2015 | 08/29/2014 | $ 7,000,000 | $ 5,000,000 | $ 2,000,000 |
| 2140100 | T | A | 01/06/2015 | 08/29/2014 | $ 7,000,000 | $ 5,000,000 | $ 2,000,000 |
| 2140000 | R | A | 06/24/2014 | 12/20/1999 | $ 5,642,109 | $ 3,636,027 | $ 2,006,082 |
| 2130000 | R | A | 06/25/2013 | 12/20/1999 | $ 5,616,611 | $ 3,619,595 | $ 1,997,016 |
| 2120000 | R | A | 06/27/2012 | 12/20/1999 | $ 5,506,482 | $ 3,548,623 | $ 1,957,859 |
| 2110000 | R | A | 07/06/2011 | 12/20/1999 | $ 5,398,513 | $ 3,479,043 | $ 1,919,470 |