# EXHIBIT 6 - Part 2

## Summary

### AIN: 7582-001-016 [1]

| | | | |
|---|---|---|---|
| **Situs Address:** 19 MARGUERITE DR RANCHO PALOS VERDES CA 90275-4476 | **Use Type:** Single Family Residence **Parcel Type:** Regular Fee Parcel | **Parcel Status:** **Create Date:** **Delete Date:** **Tax Rate Area:** | ACTIVE 05791 |

**Building (0101) & Land Overview**

| | | | | | |
|---|---|---|---|---|---|
| **Use Code:** | 0100 | **# of Units:** | 1 | **Year Built:** | 1999 |
| **Design Type:** | 0120 | **Beds/Baths:** | 3/5 | **Effective Year:** | 1999 |
| **Quality Class:** | DX | **Building SqFt:** | 6,184 | **Land SqFt:** | 64,614 |

Parcel Map / Map Index

| | | | |
|---|---|---|---|
| **Current Owner:** | OCEAN VIEW DRIVE INC | **Mailing Address:** 18455 S FIGUEROA ST GARDENA CA 90248-4503 | **Tax Status:** CURRENT **Year Defaulted:** **Exemption:** None |

| 2019 Roll Preparation | 2018 Current Roll | RC | Year | Factored Base Value | 2016 Base Value |
|---|---|---|---|---|---|
| $ 5,306,040 | $ 5,202,000 | T | 2016 | $ | 5,000,000 |
| $ 2,491,185 | $ 2,442,339 | T | 2016 | $ | 2,347,500 |
| $ 7,797,225 | $ 7,644,339 | | | $ | 7,347,500 |

**Assessor's Responsible Division**

| | | | |
|---|---|---|---|
| **District:** | South District Office | South District Office 1401 E. Willow St. Signal Hill, CA 90755 | Phone: (562) 256-1701 Toll Free: 1 (888) 807-2111 M-F 7:30 am to 5:00 pm |
| **Region:** | 14 | | |
| **Cluster:** | 14174 SW RANCHO PV | | |

http://assessorportal.laassessor.co.la.ca.us/parceldetail/7582001016



12/7/2018

## Building and Land Characteristics

### Land Information

Use Code = 0100 (Single Family Residence)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total SqFt (GIS): | 64,614 | Sewers: | Yes | Corner Lot: | No | Zoning City: | rs-1 |
| Total SqFt (PDB): | 56,350 | Flight Path: | No | Golf Front: | No | Zoning PDB: | RPOH-RS1RPD |
| Usable SqFt: | 54,450 | X-Traffic: | No | Horse Lot: | No | Code Split: | No |
| Acres: | | Freeway: | No | View: | Water | Impairment: | None |
| Land W' x D': | 161 x 350 | | | | | | |

**Situs Address:**
19 MARGUERITE DR RANCHO PALOS VERDES CA 90275-4476

**Legal Description** *(for assessment purposes)*:
TR=40640 LOT 2

> Use Code: 0100 (Single Family Residence)
> 0 = Residential
> 1 = Single Family Residence
> 0 = Unused or Unknown Code (No Meaning)
> 0 = Unused or Unknown Code (No Meaning)

### Building Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SUBPART: | 0101 | # of Units: | 1 | Year Built: | 1999 | RCN Other: | $ 76,100 |
| Design Type: | 0120 | Beds/Baths: | 3/5 | Effective Year: | 1999 | RCN Other Trended: | $ 137,13 |
| Quality Class: | DX | Building SqFt: | 6,184 | Depreciation: | UL50 / / 0 | Year Change: | 2001 |

> Design Type: 0120
> 0 = Residential
> 1 = Single Family Residence
> 2 = Central Heat
> 0 = Unused or Unknown Code (No Meaning)

| SUMMARY: | Total | # of Units: | 1 |
|---|---|---|---|
| | | Beds/Baths: | 3/5 |
| | | Building SqFt: | 6,184 |
| | | Avg SqFt/Unit: | 6,184 |

## Events History

Ownership | New Construction | Permits | Parcel Change

Export to Excel

| Recording Date | Seq. # | Re-Assessed | # Parcels | % | Ver. Code | Reported Sale Price | DTT Sale Price | Assessed Value | Buyer / Transferee |
|---|---|---|---|---|---|---|---|---|---|
| 06/09/2017 | 50 | No | 7 | 00%-0 | 7 | $ 0 | $ 9 | $ 7,644,339 | OCEAN VIEW DRIVE INC |
| 09/14/2015 | 50 | Yes | 1 | 00%-0 | K | $ 7,347,500 | $ 7,347,573 | $ 7,347,500 | OCEANVIEW DRIVE INC |
| 10/30/2013 | 50 | No |  | 00%-0 |  | $ 0 | $ 0 | $ 2,935,622 | BEAL,JOHN E AND MADONNA R TRS |
| 11/24/2008 | 50 | No |  | 00%-0 |  | $ 0 | $ 0 | $ 2,794,511 | BEAL,JOHN E AND MADONNA R TRS |
| 05/22/2008 | 50 | No |  | 00%-0 |  | $ 0 | $ 0 | $ 0 | BEAL,JOHN E AND MADONNA R TRS |
| 01/04/2008 | 50 | No |  | 00%-0 |  | $ 0 | $ 0 | $ 0 | BEAL,JOHN E AND MADONNA R TRS |
| 06/25/2007 | 50 | No |  | 00%-0 |  | $ 0 | $ 0 | $ 2,739,718 | BEAL,JOHN E AND MADONNA R TRS |
| 06/06/2006 | 50 | No |  | 00%-0 |  | $ 0 | $ 0 | $ 2,685,999 | BEAL,JOHN E AND MADONNA R TRS |
| 06/29/2005 | 50 | No |  | 00%-0 |  | $ 0 | $ 0 | $ 2,633,333 | BEAL,JOHN E AND MADONNA R |
| 02/15/2005 | 50 | No |  | 00%-0 |  | $ 0 | $ 0 | $ 0 | BEAL,JOHN E AND MADONNA R TRS |
| 09/30/1996 | 50 | Yes | 1 | 00%-0 | K | $ 700,000 | $ 700,000 | $ 700,000 | BEAL,JOHN E AND MODANNA R |
| 08/15/1989 | 50 | No |  | 00%-0 |  | $ 0 | $ 0 | $ 1,020,000 | RPVLP INVESTORS L P |
| 05/26/1989 | 50 | Yes | 1 | 00%-0 | K | $ 1,000,000 | $ 1,200,000 | $ 1,000,000 | RPVLP INVESTORS L P |
| 12/31/1986 | 50 | Yes |  | 00%-0 |  | $ 0 | $ 0 | $ 653,000 | BERRY POINT |
| 10/09/1957 | 50 | Yes |  | 00%-0 |  | $ 0 | $ 0 | $ 0 | BERRY,ERNEST V |

## Assessment History

Export to Excel  Showing 1 to 10 of 49 entries.

| Bill Number | Bill Type | Bill Status | Date to Auditor | Recording Date | Total Value | Land Value | Improvement Value |
|---|---|---|---|---|---|---|---|
| 219-PSEG |   |   |   | 06/09/2017 | $ 7,797,225 | $ 5,306,040 | $ 2,491,185 |
| 2180000 | R | A | 07/19/2018 | 06/09/2017 | $ 7,644,339 | $ 5,202,000 | $ 2,442,339 |
| 2170000 | R | A | 06/26/2017 | 09/14/2015 | $ 7,494,450 | $ 5,100,000 | $ 2,394,450 |
| 2160000 | R | A | 07/05/2016 | 09/14/2015 | $ 7,347,500 | $ 5,000,000 | $ 2,347,500 |
| 2150100 | T | A | 02/28/2016 | 09/14/2015 | $ 7,347,500 | $ 5,000,000 | $ 2,347,500 |
| 2150000 | R | A | 06/23/2015 | 10/30/2013 | $ 2,994,275 | $ 948,615 | $ 2,045,660 |
| 2140000 | R | A | 06/24/2014 | 10/30/2013 | $ 2,935,622 | $ 930,033 | $ 2,005,589 |
| 2130000 | R | A | 06/25/2013 | 11/24/2008 | $ 2,922,355 | $ 925,830 | $ 1,996,525 |
| 2120000 | R | A | 06/27/2012 | 11/24/2008 | $ 2,865,055 | $ 907,677 | $ 1,957,378 |
| 2110000 | R | A | 07/06/2011 | 11/24/2008 | $ 2,808,879 | $ 889,880 | $ 1,918,999 |

| Summary | |
|---|---|

## AIN: 7582-002-016  9

| | | | |
|---|---|---|---|
| **Situs Address:**<br>91 MARGUERITE DR<br>RNCHO PALOS VRDS CA 90275-4476 | **Use Type:**<br><br>**Parcel Type:** | Single Family Residence<br>Regular Fee Parcel | **Parcel Status:** ACTIVE<br>**Create Date:**<br>**Delete Date:**<br>**Tax Rate Area:** 05791 |

**Building (0101) & Land Overview**

Identifies the parcel's assessment category.

| | | | | | |
|---|---|---|---|---|---|
| **Use Code:** | 0100 | **# of Units:** | 1 | **Year Built:** | 1991 |
| **Design Type:** | 0130 | **Beds/Baths:** | 6/7 | **Effective Year:** | 1991 |
| **Quality Class:** | D115D | **Building SqFt:** | 7,619 | **Land SqFt:** | 43,631 |

Parcel Map / Map Index

| | | | |
|---|---|---|---|
| **Current Owner:** | OCEAN VIEW DRIVE INC | **Mailing Address:**<br>18455 S FIGUEROA ST<br>GARDENA CA 90248-4503 | **Tax Status:** CURRENT<br>**Year Defaulted:**<br>**Exemption:** None |

| 2019 Roll Preparation | 2018 Current Roll | RC | Year | Factored Base Value | 2016 Base Value |
|---|---|---|---|---|---|
| $ 5,730,523 | $ 5,618,160 | T | 2016 | | $ 5,400,000 |
| $ 2,148,946 | $ 2,106,810 | T | 2016 | | $ 2,025,000 |
| $ 7,879,469 | $ 7,724,970 | | | | $ 7,425,000 |

**Assessor's Responsible Division**

| | | | |
|---|---|---|---|
| **District:** | South District Office | South District Office<br>1401 E. Willow St.<br>Signal Hill, CA 90755 | Phone: (562) 256-1701<br>Toll Free: 1 (888) 807-2111<br>M-F 7:30 am to 5:00 pm |
| **Region:** | 14 | | |
| **Cluster:** | 14174 SW RANCHO PV | | |



http://assessorportal.laassessor.co.la.ca.us/parceldetail/7582002016     12/7/2018

## Building and Land Characteristics

### Land Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Use Code | = 0100 (Single Family Residence) | | | | | | |
| Total SqFt (GIS): | 43,631 | Sewers: | Yes | Corner Lot: | No | Zoning City: | rs-1 |
| Total SqFt (PDB): | 36,378 | Flight Path: | No | Golf Front: | No | Zoning PDB: | RPOH-RS1RPD |
| Usable SqFt: | 22,760 | X-Traffic: | No | Horse Lot: | No | Code Split: | No |
| Acres: | | Freeway: | No | View: | Water | Impairment: | None |
| Land W' x D': | 86 x 423 | | | | | | |

**Situs Address:**
91 MARGUERITE DR RNCHO PALOS VRDS CA 90275-4476

**Legal Description** *(for assessment purposes):*
TR=40640 LOT 16

> **Use Code:** 0100 (Single Family Residence)
> 0 = Residential
> 1 = Single Family Residence
> 0 = Unused or Unknown Code (No Meaning)
> 0 = Unused or Unknown Code (No Meaning)

### Building Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SUBPART: | 0101 | # of Units: | 1 | Year Built: | 1991 | RCN Other: | $ 39,250 |
| Design Type: | 0130 | Beds/Baths: | 6/7 | Effective Year: | 1991 | RCN Other Trended: | $ 73,593 |
| Quality Class: | D115D | Building SqFt: | 7,619 | Depreciation: | UL50 / / 0 | Year Change: | 2000 |

> **Design Type:** 0130
> 0 = Residential
> 1 = Single Family Residence
> 3 = Central Refrigeration and Heat
> 0 = Unused or Unknown Code (No Meaning)

| SUMMARY: | Total | | |
|---|---|---|---|
| | | # of Units: | 1 |
| | | Beds/Baths: | 6/7 |
| | | Building SqFt: | 7,619 |
| | | Avg SqFt/Unit: | 7,619 |

## Events History

Ownership | New Construction | Permits | Parcel Change

Export to Excel

| Recording Date | Seq. # | Re-Assessed | # Parcels | % | Ver. Code | Reported Sale Price | DTT Sale Price | Assessed Value | Buyer / Transferee |
|---|---|---|---|---|---|---|---|---|---|
| 07/07/2015 | 50 | Yes | 1 | 00%-0 | 1 | $ 0 | $ 7,425,074 | $ 7,425,000 | OCEAN VIEW DRIVE INC |
| 06/04/2012 | 50 | No | | 00%-0 | | $ 0 | $ 0 | $ 5,610,000 | EGARI,ROY AND SHAHNAZ TRS |
| 05/31/2012 | 50 | Yes | 1 | 00%-0 | K | $ 5,500,000 | $ 5,500,000 | $ 5,500,000 | EGARI,ROY AND SHAHNAZ |
| 10/07/2005 | 50 | Yes | 1 | 00%-0 | K | $ 4,950,000 | $ 4,950,049 | $ 4,950,000 | KIM,SONG AND JUHYUN TRS |
| 06/30/2000 | 50 | Yes | 1 | 00%-0 | K | $ 3,516,628 | $ 3,517,000 | $ 3,516,600 | MICHIGAMI,MICHAEL M AND SHARON W |
| 08/31/1994 | 50 | No | | 00%-0 | | $ 0 | $ 0 | $ 1,900,000 | KIM,EDMUND K AND YOUNG J |
| 08/23/1994 | 50 | No | | 00%-0 | | $ 0 | $ 0 | $ 0 | KIM,EDMUND K AND YOUNG J TRS |
| 12/21/1988 | 50 | Yes | 1 | 00%-0 | K | $ 1,200,000 | $ 1,188,000 | $ 1,200,000 | KIM,EDMUND K AND YOUNG J |
| 12/31/1986 | 50 | Yes | | 00%-0 | | $ 0 | $ 0 | $ 433,000 | BERRY POINT |
| 07/04/1951 | 50 | Yes | | 00%-0 | | $ 0 | $ 0 | $ 0 | FINANCE INC |

**Assessment History**

Export to Excel  Showing 1 to 10 of 51 entries.

| Bill Number | Bill Type | Bill Status | Date to Auditor | Recording Date | Total Value | Land Value | Improvement Value |
|---|---|---|---|---|---|---|---|
| 219-PSEG | | | | 07/07/2015 | $ 7,879,469 | $ 5,730,523 | $ 2,148,946 |
| 2180000 | R | A | 07/19/2018 | 07/07/2015 | $ 7,724,970 | $ 5,618,160 | $ 2,106,810 |
| 2170000 | R | A | 06/26/2017 | 07/07/2015 | $ 7,573,500 | $ 5,508,000 | $ 2,065,500 |
| 2160000 | R | A | 07/05/2016 | 07/07/2015 | $ 7,425,000 | $ 5,400,000 | $ 2,025,000 |
| 2150100 | T | A | 02/28/2016 | 07/07/2015 | $ 7,425,000 | $ 5,400,000 | $ 2,025,000 |
| 2150000 | R | A | 06/23/2015 | 06/04/2012 | $ 5,748,064 | $ 3,919,135 | $ 1,828,929 |
| 2140000 | R | A | 06/24/2014 | 06/04/2012 | $ 5,635,468 | $ 3,842,365 | $ 1,793,103 |
| 2130000 | R | A | 06/25/2013 | 06/04/2012 | $ 5,610,000 | $ 3,825,000 | $ 1,785,000 |
| 2120100 | T | A | 11/11/2012 | 05/31/2012 | $ 5,500,000 | $ 3,750,000 | $ 1,750,000 |
| 2120000 | R | A | 06/27/2012 | 10/07/2005 | $ 5,385,587 | $ 3,699,192 | $ 1,686,395 |