Bethany Stevens (SBN 245672)
bstevens@wscllp.com
Amanda Walker (SBN 252380)
awalker@wscllp.com
WALKER STEVENS CANNOM LLP
500 Molino Street, Suite 118
Los Angeles, California 90013
Telephone: (213) 712-9145
Fax: (213) 403-4906

Michael Ng (SBN 237915)
michael.ng@kobrekim.com
Daniel Zaheer (SBN 237118)
daniel.zaheer@kobrekim.com
KOBRE & KIM LLP
150 California Street, 19th Floor
San Francisco, California 94111
Telephone: (415) 582-4800

Christopher Cogburn*
*pro hac vice to be filed
christopher.cogburn@kobrekim.com
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Telephone: (212) 488 1200

*Attorneys for Petitioner
Shanghai Lan Cai Asset
Management Co, Ltd.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **SHANGHAI LAN CAI ASSET MANAGEMENT CO, LTD.**,<br><br>Petitioner,<br><br>v.<br><br>**JIA YUETING**,<br><br>Respondent. | Civil Case No. 2:18-cv-10255<br><br>**[PROPOSED] ORDER GRANTING PETITIONER'S *EX PARTE* APPLICATION FOR RIGHT-TO-ATTACH ORDER AND WRIT OF ATTACHMENT** |

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR RIGHT-TO-ATTACH ORDER AND WRIT OF ATTACHMENT

Petitioner Shanghai Lan Cai Asset Management Co, Ltd. ("SLC") has applied, on an *ex parte* basis, for a right-to-attach order and writ of attachment. The Court has considered the evidence presented on behalf of SLC in support of the application and has concluded that the requested relief should be granted.

Having considered the papers, and any argument as the Court deems necessary, the Court hereby finds as follows:

1. Defendant Jia Yueting is a natural person.
2. Attachment is sought to secure recovery on a claim upon which attachment may issue under California Code of Civil Procedure § 483.010.
3. Attachment is sought for no purpose other than the recovery on the claim upon which the attachment is based.
4. The amount to be secured by the attachment is greater than zero.
5. SLC has established the probable validity of the claim on which the writ of attachment would issue.
6. The property sought to be attached is not exempt from attachment.
7. Great and irreparable injury to SLC will result if this order is not issued, based on (i) danger that the property sough to be attached will be concealed, made unavailable to levy, or substantially impaired in value, and (ii) Jia's longstanding failure to pay his debt to SLC and his apparent failure to satisfy other substantial debts.
8. SLC has indicated that it is prepared to file an undertaking in the amount of $10,000 upon grant of this application.

//
//
//

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR RIGHT-TO-ATTACH ORDER AND WRIT OF ATTACHMENT

Based on the above findings, IT IS HEREBY ORDERED that:

1. Petitioner Shanghai Lan Cai Asset Management Co, Ltd. has a right to attach the property of Respondent Jia Yueting in the amount of $11,037,858.52.
2. Petitioner Shanghai Lan Cai Asset Management Co, Ltd. shall file a sufficient undertaking in the amount of $10,000.
3. The Clerk shall issue a writ of attachment in the amount of $11,037,858.52 for the property of Respondent Jia Yueting subject to attachment under California Code of Civil Procedure § 487.010:
   a. Respondent's 33-percent ownership interest in Faraday & Future Inc., a California corporation;
   b. real estate located at [REDACTED PER L.R. 5.2-1];
   c. real estate located at 19 Marguerite Drive, Rancho Palos Verdes, California, 90275; and
   d. real estate located at 91 Marguerite Drive, Rancho Palos Verdes, California, 90275.

IT IS SO ORDERED.

DATED: _____

_____
United States District Judge