NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
LATHAM & WATKINS LLP
Daniel Scott Schecter (Bar No. 171472)
R. Peter Durning, Jr. (Bar No. 277968)
10250 Constellation Boulevard, Suite 1100
Los Angeles, California 90067
Telephone: (424) 653-5500
Facsimile: (424) 653-5501
Email: daniel.schecter@lw.com; peter.durning@lw.com

ATTORNEY(S) FOR: Respondent Jia Yueting

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Shanghai Lan Cai Asset Management Co, Ltd.,

Plaintiff(s),

v.

Jia Yueting,

Defendant(s)

CASE NUMBER:

2:18-cv-10255-SJO (MRWx)

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Respondent Jia Yueting
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| Shanghai Lan Cai Asset Management Co, Ltd. | Petitioner |
| Jia Yueting | Respondent |
| LeTV Sports Culture Develop (Beijing) Co., Ltd. | Party to the underlying arbitral award |
| TV Plus Holdings (Beijing) Limited | Party to the underlying arbitral award |

January 30, 2019
Date

/s/ Daniel Scott Schecter
Signature

Attorney of record for (or name of party appearing in pro per):

Respondent Jia Yueting