1  LATHAM & WATKINS LLP
     Daniel Scott Schecter (Bar No. 171472)
2     *daniel.schecter@lw.com*
   10250 Constellation Boulevard, Suite 1100
3  Los Angeles, California 90067
   Telephone:  (424) 653-5500
4  Facsimile:   (424) 653-5501

5      R. Peter Durning, Jr. (Bar No. 277968)
         *peter.durning@lw.com*
6  355 South Grand Ave., Suite 100
   Los Angeles, California 90071
7  Telephone:  (213) 485-1234
   Facsimile:   (213) 891-8763
8
   *Attorneys for Respondent*
9  Jia Yueting

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SHANGHAI LAN CAI ASSET MANAGEMENT CO, LTD., <br><br> Petitioner, <br><br> v. <br><br> JIA YUETING, <br><br> Respondent. | CASE NO. 2:18-CV-10255-SJO (MRWx) <br><br> The Honorable S. James Otero <br><br> **JOINT STIPULATION RE: TEMPORARY RESTRAINING ORDER AND BRIEFING SCHEDULE ON PETITION TO CONFIRM ARBITRATION AWARD** |

**JOINT STIPULATION**

Respondent Jia Yueting ("Respondent") together with Petitioner Shanghai Lan Cai Asset Management Co, Ltd. ("Petitioner"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

WHEREAS, on December 10, 2018, Petitioner initiated this case by filing a Petition to Confirm Arbitration Award (ECF No. 1, the "Petition") and an *Ex Parte* Application for Right-To-Attach Order and Writ of Attachment or, in the alternative, for Temporary Protective Order (ECF No. 5);

WHEREAS, on December 13, 2018, this Court entered a Temporary Restraining Order imposing restrictions on certain property (see ECF No. 11, the "TRO," at 5);

WHEREAS, on January 18, 2019, Petitioner filed an *Ex Parte* Application for First Extension of Temporary Protective Order (ECF No. 17, the "January 18, 2019 Application");

WHEREAS, Respondent does not oppose extending the TRO until after the parties have completed briefing on, and the Court has ruled on, the Petition;

WHEREAS, the parties agree that modifying the briefing schedule requested in the Application would be appropriate in light of the issues in this case;

NOW, THEREFORE, the parties hereby jointly stipulate:

1. The TRO lasts until after the parties have completed briefing on, and the Court has ruled on, the Petition;
2. Respondent's Opposition to the Petition shall be filed and served on or before March 4, 2019;
3. Petitioner's Reply in support of the Petition shall be filed and served on or before March 11, 2019; and
4. Petitioner does not request a Hearing on the Petition; Respondent requests a hearing. Should the Court desire a hearing, the parties will

be available on March 25, 2019, or on another date to be determined at the Court's discretion.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: January 30, 2019        LATHAM & WATKINS LLP

By   /s/ Daniel S. Schecter
     Daniel S. Schecter
     *Attorneys for Respondent*
     Jia Yueting

Dated: January 30, 2019        KOBRE & KIM LLP

By   /s/ Christopher Cogburn
     Christopher Cogburn (admitted *pro hac vice*)
     John Han (*pro hac vice* application pending)
     *Attorneys for Petitioner*
     Shanghai Lan Cai Asset Management Co, Ltd.

## **ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: January 30, 2019         LATHAM & WATKINS LLP

By _____/s/ Daniel S. Schecter_____
Daniel S. Schecter
*Attorneys for Respondent*
Jia Yueting