LATHAM & WATKINS LLP
  Daniel Scott Schecter (Bar No. 171472)
    daniel.schecter@lw.com
10250 Constellation Boulevard, Suite 1100
Los Angeles, California 90067
Telephone: (424) 653-5500
Facsimile: (424) 653-5501

  R. Peter Durning, Jr. (Bar No. 277968)
    peter.durning@lw.com
355 South Grand Ave., Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

*Attorneys for Respondent*
Jia Yueting

FILED
CLERK, U.S. DISTRICT COURT
February 7, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DISTRICT

| | |
|---|---|
| SHANGHAI LAN CAI ASSET MANAGEMENT CO, LTD., <br><br> Petitioner, <br><br> v. <br><br> JIA YUETING, <br><br> Respondent. | CASE NO. 2:18-CV-10255-SJO (MRWx) <br><br> The Honorable S. James Otero <br><br> **ORDER APPROVING JOINT STIPULATION RE: TEMPORARY RESTRAINING ORDER AND BRIEFING SCHEDULE ON PETITION TO CONFIRM ARBITRATION AWARD** |

## ORDER

Having considered the parties' Joint Stipulation Re: Temporary Restraining Order and Briefing Schedule on Petition to Confirm Arbitration Award, and good cause appearing therefor, the Court orders as follows:

1. The Temporary Restraining Order (ECF No. 11) shall remain in effect until the parties have completed briefing on, and the Court has ruled on, the "Petition" (ECF No. 1);

2. Respondent's Opposition to the Petition shall be filed and served on or before March 4, 2019;

3. Petitioner's Reply in support of the Petition shall be filed and served on or before March 11, 2019; and

4. The Court will not hold a hearing on the Petition. *See* Fed. R. Civ. P. 78(b).

**IT IS SO ORDERED.**

Dated: February 7, 2019

By: /s/ S. James Otero
The Honorable S. James Otero
United States District Judge