LATHAM & WATKINS LLP
  Daniel Scott Schecter (Bar No. 171472)
    daniel.schecter@lw.com
  R. Peter Durning, Jr. (Bar No. 277968)
    peter.durning@lw.com
10250 Constellation Boulevard, Suite 1100
Los Angeles, California 90067
Telephone: (424) 653-5500
Facsimile: (424) 653-5501

Attorneys for Respondent
Jia Yueting

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SHANGHAI LAN CAI ASSET MANAGEMENT CO, LTD., <br><br> Petitioner, <br><br> v. <br><br> JIA YUETING, <br><br> Respondent. | CASE NO. 2:18-CV-10255-SJO (MRWx) <br><br> The Honorable S. James Otero <br><br> **DECLARATION OF SHIXIN LIU IN SUPPORT OF OPPOSITION TO PETITION TO CONFIRM ARBITRATION AWARD** <br><br> *[Opposition to Petition to Confirm Arbitration Award filed concurrently herewith]* <br><br> Action Filed: December 10, 2018 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF SHIXIN LIU I/S/O
OPPOSITION TO PETITION
TO CONFIRM ARBITRATION AWARD

## 刘士新声明

我，刘士新，声明如下：

1. 我，北京市中通策成律师事务所律师（驻北京），为乐视控股（北京）有限公司的代理律师（简称"乐视控股"）。乐视控股是一家总部位于北京，由贾跃亭先生担任大股东的公司。我拥有中国律师执照及中央民族大学的法学硕士学位。我本人熟悉并了解下述事项，如有需要，完全愿意宣誓作证。

2. 在我担任乐视控股代理律师期间，我参与了两个目前在中国法院待审判的案件。两个案件中，上海懒财资产管理有限公司（简称 SLC）为对方当事人。

3. 第一个案件为"不予执行"仲裁裁决，要求法院不执行 2018 年 1 月 22 日由北京仲裁委员会作出的仲裁裁决（简称"仲裁裁决"），该裁决判胜诉方为 SLC，败诉方为乐视体育文化产业发展（北京）有限公司（简称"乐视体育"），乐视控股（作为乐视体育的担保方）和贾跃亭(作为乐视体育的担保方）。如果乐视控股在不予执行仲裁裁决中胜诉，在中国法律下，则不得依据该仲裁裁决对贾先生采取任何执行措施。北京市第三中级人民法院已于 2019 年 1 月 23 日正式受理此案，案件号为 2019 京 03 执异 153 号。我预计北京市第三中级人民法院会在 2019 年年底前就"不予执行"一案作出最终裁定。

4. 第二个案件旨在寻求有关乐视控股、SLC 和韬蕴资本集团有限公司（简称"韬蕴"）之间权利与义务的确认。在此案中，乐视控股要求 SLC 与韬蕴之前达成的《债权转让协议》（简称"CRTA"）及乐视控股、贾先生、韬蕴及其它方之间的股权转让协议（简称"ETA"）得以确认及履行。具体说来，乐视控股请求中国法院判定，依据 CRTA 协议，SLC 已将协

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

DECLARATION OF SHIXIN LIU I/S/O
OPPOSITION TO PETITION
TO CONFIRM ARBITRATION AWARD

议下的全部权利，包括但不限于损害赔偿请求权，转给韬蕴（据此产生了仲裁裁决）。乐视控股还请求中国法院判定，依据 ETA 协议，判定仲裁裁决中认定的贾先生和乐视控股（作为乐视体育担保人）欠韬蕴的债务已经不复存在。因此，如果乐视控股胜诉，SLC 和韬蕴都不能依据仲裁裁决中提到的协议向贾先生、乐视体育或乐视控股主张债权。北京市第二中级人民法院已于 2019 年 1 月 14 日正式受理此案，案件号为 2019 京 02 民初 72 号。我预计北京市第二中级人民法院或者更高层级的法院会在 2019 年年底前就本案作出最终判决。

      5. 有关以上提及的中国案件以及我提交本声明书的美国案件，有一点关于中国法律的情况，供法庭参考。《中华人民共和国合同法》第 99 条规定："当事人互负到期债务，该债务的标的物种类、品质相同的，任何一方可以将自己的债务与对方的债务抵销，但依照法律规定或者按照合同性质不得抵销的除外。当事人主张抵销的，应当通知对方。通知自到达对方时生效。抵销不得附条件或者附期限。"根据本条规定，如果合同没有约定抵销债务的明细，则一方当事人可以自行选择哪笔债务被抵销。

      6. 附件 1 是法院在上述不予执行程序中法院于 2019 年 1 月 23 日下发的"受理案件通知书"的真实无误的副本（案件号 2019 京 03 执异 153 号）。

      7. 附件 2 是法院在上述第二个案件中于 2019 年 1 月 14 日下发的"受理案件通知书"的真实无误的副本（案件编号 2019 京 02 民初 72 号）。

      8. 附件 3 是乐视控股在上述第二个案件中提交给法院的民事起诉状的真实无误的副本（案件编号 2019 京 02 民初 72 号）。

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

DECLARATION OF SHIXIN LIU I/S/O
OPPOSITION TO PETITION
TO CONFIRM ARBITRATION AWARD

9. 附件 4 是在第二个案件中提交给法院的 2017 年 6 月 30 日由上海哲蕴商务咨询合伙企业（有限合伙）、吴孟、北京东方车云信息技术有限公司、乐视控股、韬蕴和贾先生签署的股权转让协议真实无误的副本。（案件编号 2019 京 02 民初 72 号）。

10. 附件 5 是 2017 年 7 月 14 日 SLC 与韬蕴之间的债权转让协议真实无误的副本，该副本已被提交至上述第二个案件中的法庭记录（案件编号 2019 京 02 民初 72 号）。

11. 附件 6 是上述不予执行案件中提交给法院的不予执行仲裁裁决申请书真实无误的副本（案件号 2019 京 03 执异 153 号）。

我在此声明，根据美利坚合众国和加利福尼亚州有关伪证处罚的法律，上述内容是真实无误的的。

2019 年 3 月 1 日，在北京签署

刘士新

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

3

DECLARATION OF SHIXIN LIU I/S/O
OPPOSITION TO PETITION
TO CONFIRM ARBITRATION AWARD

LATHAM & WATKINS LLP
Daniel Scott Schecter (Bar No. 171472)
  daniel.schecter@lw.com
R. Peter Durning, Jr. (Bar No. 277968)
  peter.durning@lw.com
10250 Constellation Boulevard, Suite 1100
Los Angeles, California 90067
Telephone: (424) 653-5500
Facsimile: (424) 653-5501

*Attorneys for Respondent*
Jia Yueting

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SHANGHAI LAN CAI ASSET MANAGEMENT CO, LTD., <br><br> Petitioner, <br><br> v. <br><br> JIA YUETING, <br><br> Respondent. | CASE NO. 2:18-CV-10255-SJO (MRWx) <br><br> The Honorable S. James Otero <br><br> **DECLARATION OF SHIXIN LIU IN SUPPORT OF OPPOSITION TO PETITION TO CONFIRM ARBITRATION AWARD** <br><br> *[Opposition to Petition to Confirm Arbitration Award filed concurrently herewith]* <br><br> Action Filed: December 10, 2018 |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF SHIXIN LIU I/S/O
OPPOSITION TO PETITION
TO CONFIRM ARBITRATION AWARD

## DECLARATION OF SHIXIN LIU

I, Shixin Liu, declare as follows:

1. I am an attorney based in Beijing, China, with Beijing Zhongtong Cecheng Law Firm for LeTV Holdings (Beijing) Co., Ltd. ("**LeTV Holdings**"), a company based in Beijing, China, of which Mr. Jia Yueting is the majority shareholder. I am a licensed lawyer in China and hold a master's degree in law from Minzu University of China. I have personal knowledge of the matters set forth below, and if called upon to do so, could competently testify to their truth under oath.

2. In my role as attorney for LeTV Holdings, I am involved in two cases currently pending in Chinese courts where Shanghai Lan Cai Finance Asset Management Co. ("**SLC**") is an adverse party.

3. The first case is a "non-enforcement" proceeding to require the court not to enforce the January 22, 2018 arbitration award issued in favor of SLC and against LeTV Sports Culture Develop (Beijing) Co., Ltd. ("**LeTV Sports**"), LeTV Holdings (as guarantor to LeTV Sports), and Jia Yueting (as guarantor to LeTV Sports) by the Beijing Arbitration Commission (the "**Arbitration Award**"). If LeTV Holdings prevails in this non-enforcement proceeding, the Arbitration Award will not be enforceable against Mr. Jia. as a matter of Chinese law. The Beijing Third Intermediate People's Court formally accepted this case on January 23, 2019, and assigned it Case No. 2019 京 03 ZhiYi 153. I anticipate that the Beijing Third Intermediate People's Court will reach its final decision in the non-enforcement case before the end of calendar year 2019.

4. The second case seeks a declaration regarding the rights and obligations of LeTV Holdings, SLC, and Taoyun Capital Group Co., Ltd. ("**Taoyun**"). In that case, LeTV Holdings seeks to enforce a Creditor's Rights Transfer Agreement entered into between SLC and Taoyun (the "**CRTA**"), and an Equity Transfer

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

DECLARATION OF SHIXIN LIU I/S/O
OPPOSITION TO PETITION
TO CONFIRM ARBITRATION AWARD

Agreement entered into between LeTV Holdings, Mr. Jia, and Taoyun, among others (the "**ETA**"). More specifically, LeTV Holdings seeks a ruling from the Chinese court establishing that through the CRTA, SLC transferred to Taoyun all rights, including but not limited the right to recover under the contract gave rise to the Arbitration Award. LeTV Holdings also seeks a ruling from the Chinese court establishing that through the ETA, the debts under Arbitration Award owed to Taoyun by Mr. Jia and LeTV Holdings (as guarantors to LeTV Sports) have been extinguished. Thus, if LeTV Holdings prevails in this case, neither SLC nor Taoyun will have a claim against Mr. Jia, LeTV Sports, or LeTV Holdings under the contract that gave rise to the Arbitration Award. The Beijing Second Intermediate People's Court formally accepted this case on January 14, 2019, and assigned it Case No. 2019 京 02 Min Chu 72. I anticipate that the Beijing Second Intermediate People's Court or a higher court will reach its final decision in this case before the end of calendar year 2019.

     5. In connection with the Chinese cases referenced above and the United States case in which I am submitting this declaration, there is a point of Chinese law of which the Court may wish to take notice. Article 99 of the Contract Law of the People's Republic of China states: "If the parties mutually owe matured liabilities, and if the varieties and quality of targeted matters of the liabilities are the same, either party may offset its liabilities against those of the other party, except for the liabilities that cannot be offset according to the provisions of laws or according to the nature of the contract. The party that advocates an offset shall notify the other party. The notice shall become effective when it reaches the other party. No conditions or time limit may be attached to the offset." According to this Article, where a contract does not specify the debts that are being extinguished by a payment, the debtor may choose the debts to which the payment should be applied.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

DECLARATION OF SHIXIN LIU I/S/O
OPPOSITION TO PETITION
TO CONFIRM ARBITRATION AWARD

6. Attached hereto as **Exhibit 1** is a true and correct copy of the January 23, 2019 Notice of Acceptance of Application, issued by the court in the non-enforcement proceeding referenced above (Case No. 2019 京 03 ZhiYi 153).

7. Attached hereto as **Exhibit 2** is a true and correct copy of the January 14, 2019 Notice of Acceptance of Case issued by the court in the second case referenced above (Case No. 2019 京 02 Min Chu 72).

8. Attached hereto as **Exhibit 3** is a true and correct copy of the Civil Petition submitted to the court by LeTV Holdings in the second case referenced above (Case No. 2019 京 02 Min Chu 72).

9. Attached hereto as **Exhibit 4** is a true and correct copy of the June 30, 2017 ETA signed by Shanhai Zheyun Business Consulting Partnership, Wu Meng, Beijing Dongfang Cheyun Information Technology Co., Ltd., LeTV, Taoyun, and Mr. Jia, as submitted into the court record in the second case referenced above (Case No. 2019 京 02 Min Chu 72).

10. Attached hereto as **Exhibit 5** is a true and correct copy of the July 14, 2017 CRTA between SLC and Taoyun, as submitted into the court record in the second case referenced above (Case No. 2019 京 02 Min Chu 72).

11. Attached hereto as **Exhibit 6** is a true and correct copy of the Application for Non-Enforcing Arbitral Award, as submitted into the court record in the non-enforcement proceeding referenced above (Case No. 2019 京 03 ZhiYi 153).

I hereby declare, under penalty of perjury under the laws of the United States of America and the State of California, that the foregoing is true and correct. Executed on 1st March, 2019 at Beijing.

Shixin Liu

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

3

DECLARATION OF SHIXIN LIU I/S/O
OPPOSITION TO PETITION
TO CONFIRM ARBITRATION AWARD



北京蓝海译通翻译服务有限公司  Tel:010-5654 2019
Website:www.lanhaifanyi.com

# Certification

Beijing Lanhaiyitong Translation Service Co., Ltd.("Lanhaiyitong") is certified by Translators Association of China ("TAC"), and its Membership Certificate (No. DD180894) was granted by TAC on January 3rd 2018. This Translation Certificate confirms the included documents have been completed in conformance with the quality standard required by TAC and are, to my best knowledge and belief of all Lanhaiyitong employees engaged on the project, full and accurate translations of the source material.

File Name: 不予执行案件受理通知书

Source Language: Simplified Chinese (CN)

Target Language: English (US)

File Name: 二中院案件受理通知书

Source Language: Simplified Chinese (CN)

Target Language: English (US)

File Name: 起诉状

Source Language: Simplified Chinese (CN)

Target Language: English (US)

File Name: 韬蕴&吴孟-股转协议 - Share Transfer Agreement

4



北京蓝海译通翻译服务有限公司
Website: www.lanhaifanyi.com
Tel: 010-5654 2019

Source Language: Simplified Chinese (CN)

Target Language: English (US)

File Name: 债权转让协议

Source Language: Simplified Chinese (CN)

Target Language: English (US)

File Name: 不予执行申请书

Source Language: Simplified Chinese (CN)

Target Language: English (US)

File Name: DECLARATION OF SHIXIN LIU IN SUPPORT OF OPPOSITION TO PETITION TO CONFIRM ARBITRATION AWARD

Source Language: English (US)

Target Language: Chinese (CN)

Beijing Lanhaiyitong Translation Service Co., Ltd.

(Seal)

Authorized Signature:

1st March 2019

5