# EXHIBIT 1

## Beijing Third Intermediate People's Court

## Notification

## of

## Acceptance of Application

LeTV Holdings (Beijing) Co., Ltd.:

    This court has received your application for rejecting enforcement of arbitral award in the case of Shanghai Lan Cai Asset Management Co., Ltd. vs. Jia yueting, which we find, after review and examination, has fulfilled the conditions of application acceptance as stipulated in the Civil Procedure Law of the People's Republic of China. This court hereby accepts your application. Case No. 2019 京 03 ZhiYi 153.

With notification.

Beijing Third Intermediate People's Court

(Stamp)

January 23, 2019

Exhibit 1
Page 6

# 北京市第三中级人民法院
## 受理案件通知书

乐视控股(北京)有限公司：

我院已收到你（单位）起诉（申请）上海懒财资产管理有限公司、贾跃亭不予执行仲裁裁决一案材料，经审查，符合《中华人民共和国民事诉讼法》规定的受理条件，我院予以受理。案件号2019京03执异153号。

特此通知



二〇一九年一月二十三日

Exhibit 1
Page 7