# EXHIBIT 2



## Beijing Second Intermediate People's Court

## Notice of Acceptance of Case

To Leview Holding (Beijing) Limited:

The prosecution filed by you (your company) for contract dispute against Taoyun Capital Group Co., Ltd. and Shanghai Lan Cai Asset Management Co., Ltd., through review, is found compliant with statutory case filing requirements, and this Court has therefore decided to register and docket the case, with the case numbering (2019) Jing 02 Min Chu No. 72. Relevant litigation rights and obligations will be informed of separately.

This Court now issues the Notice of Payment of Litigation Fees to you (your company), with the litigation fees payable in this case being RMB <u>291,800.00</u> yuan. You (your company) shall make the payment at the offices of Agriculture Bank of China within the statutory period of seven days (including holidays and festivals). Following payment and receipt of notice from the judicial tribunal, please deliver the receipt of payment to the responsible judge of the judicial tribunal directly. In the event of failure to make the payment within the statutory period, upon finding out the fact, the judicial tribunal will rule to deal with the case as being withdrawn. 



Beijing Second Intermediate People's Court

(Stamp)

January 14, 2019

Exhibit 2
Page 8

# 北京市第二中级人民法院
## 受理案件通知书

乐视控股（北京）有限公司　　　　　　　：

　　你（单位）起诉韬蕴资本集团有限公司、上海懒财资产管理有限公司　　　　　　合同纠纷一案，经审查，符合法定起诉条件，本院已决定登记立案，案号为：(2019)京02民初72号　　　　　　。有关诉讼权利、义务将另行告知。

　　现向你（单位）开具诉讼费交费通知书，本案应交纳诉讼费 291800.00 元。请你（单位）在法定期限七日内（含节假日）到中国农业银行各营业网点办理交费手续。交费后，请在接到审判庭通知后，直接将交费收据交与审判庭承办法官。如未在法定期限内交纳诉讼费用，审判庭查明后将裁定按撤诉处理。



北京市第二中级人民法院

二〇一九年一月十四日

Exhibit 2
Page 9