# EXHIBIT 5

Contract No.: [handwritten] 

# Creditor's Right Transfer Agreement

This Agreement is made by and between the following parties:
Party A (Transfer): Shanghai Lan Cai Asset Management Co., Ltd
Legal Representative: Liao Zhida
Address: Room 1049, Building. 6, No. 112-118 Gaoyi Road, Baoshan District, Shanghai

and

Party B (Transferee): Taoyun Capital Group Co., Ltd.
Legal Representative: Wen Xiaodong
Address: Room 1, F/16, East No. 1 Office Building, East Economic and Trade City, East Plaza, No. 1East Chang'an Street, Dongcheng District, Beijing

Whereas:
1. Party A and LeTV Sports Culture Develop (Beijing) Co., Limited ("**LeTV Sports**") signed a loan agreement ("**Loan Agreement**") numbered XYJK-2016003-01-JKHT, which stipulates that Party A will lend LeTV Sports RMB 50 million in cash for a period of 12 months with the expiration date of December 01, 2017.
2. Party A intends to transfer, and Party B agrees to accept, the aforesaid creditor's rights to LeTV Sports, so both Parties sign this Agreement in Chaoyang District, Beijing.

**Article 1  Basic Information of the Creditor's Right**
In accordance with the Loan Agreement, the principal amount of the creditor's rights is RMB 50,000,000.00 (In Words: RMB FIFTY MILLION YUAN ONLY), and LeTV Sports is the debtor (the "**Creditor's Rights**"). As of October 16, 2017, the interest receivable of Party A is RMB 3,239,726.03 (In Words: RMB THREE MILLION, TWO HUNDRED AND THIRTY NINE THOUSAND, SEVEN HUNDRUE AND TWENTY SIX YUAN THREE FEN ONLY).

**Article 2  Transfer of the Creditor's Rights and Interest**
1. Party A will transfer the Creditor's Rights to Party B at a consideration of RMB 50,000,000.00 (In Words: RMB FIFTY MILLION YUAN ONLY), and Party B agrees to accept the Creditor's Rights.
2. Interest Payment. Interest shall be paid in conjunction with the consideration for the transfer of the Creditor's Rights.
3. Party B shall pay the aforesaid amounts to Party A unconditionally and in one lump sum before 15:00 p.m. on October 16, 2017.
4. Account information of Party A
   Account Name: Shanghai Lan Cai Asset Management Co., Ltd.
   Account No.: 8000 0023 2781

Opening Bank: Shanghai Hua Rui Bank Co., LTD
After Party B has paid the aforesaid amount, Party A will no longer enjoy the Creditor's Rights and all the rights and interests ancillary thereto, including but not limited to the right to collect interest based on the Creditor's Rights.

5. If Party B delays the payment of the aforesaid amount, penalty interest will be charged with the delayed amount (including but not limited to the amount of consideration for the transfer of the Creditor's Rights, the interest payable to Party A and any other amount payable) as the base, at a daily rate of 0.05% ("**Penalty Interest**") until they are fully paid. If the Penalty Interest is insufficient to cover the losses suffered by Party A, Party B shall also compensate for the loss in full.
6. Party A agrees that it will claim the Creditor's Rights to LeTV Sports in place of Party B as creditor after the transfer of the Creditor's Rights.
7. Party A undertakes that the Creditor's Rights are free from any defect, and it shall compensate Party B for any loss incurred as a result of the defect of the Creditor's Rights that affects Party B's claim for the Creditor's Rights or other rights.

**Article 3 Effectiveness**
This Agreement shall enter into force on the date when the legal representatives or authorized representatives of both Parties affix their signatures and seals hereon.

**Article 4 Amendment**
Any amendment or supplement to this Agreement shall be specified and explained by signing a supplementary agreement in writing. Such supplementary agreement shall have the same legal effect as this Agreement. In case of any discrepancy between the provisions of this Agreement and those of the supplementary agreement, the supplementary agreement shall prevail.

**Article 4 Confidentiality**
Both Parties shall bear the liability of confidentiality for the existence and contents of this Agreement. Unless as otherwise stipulated by laws and regulations, neither Party shall disclose or divulge to any third party the existence and contents of this Agreement without prior written consent of the other Party.

**Article 6 Liability for Breach**
1. Both Parties shall fulfil this Agreement honestly, comprehensively and appropriately.
2. If either Party fails to fulfill or to properly fulfil its obligations hereunder or violates any declaration or guarantee hereunder, it shall be deemed as committing a breach of contract, and the breaching Party shall compensate the other Party for all losses cause thereby.

**Article 7 Force Majeure**
Where the performance of this Agreement is directly affected or made impractical under the agreed terms due to earthquakes, typhoon, floods, fires, wars or any other events which are unforeseen and cannot be prevented and avoided from their occurrence and consequences, the Parties shall decide whether to rescind this Agreement, or have the performance obligation partially exempted, or postpone the performance of this Agreement through consultation based on

the extent of the impact of the events on the performance hereof.

**Article 8 Dispute Resolution**

1. The conclusion, effectiveness, interpretation and fulfillment of this Agreement and the settlement of disputes arising from this Agreement shall be governed by Chinese law.

2. Any dispute arising from this Agreement shall be settled by both Parties through friendly negotiation; if the negotiation fails, either Party shall have the right to bring a lawsuit to appeal to the people's court at the place where this Agreement is signed.

**Article 9 Miscellaneous**

1. Both Parties acknowledge and confirm that the transfer of the Creditor's Rights hereunder is the consultation result of both Parties.

2. Any dispute arising in the performance hereof shall not affect the performance and effectiveness of other provisions of this Agreement.

3. The headings hereof are for convenience only and shall not affect the meaning or interpretation of this Agreement.

4. This Agreement is made in duplicate, with each Party holding one of them which shall have the same legal effect.

(The remainder of this Page is intentionally left blank)

(This page is the signature page of the Creditor's Right Transfer Agreement and has no main body.)

Party A: Shanghai Lan Cai Asset Management Co., Ltd. (Seal)

Authorized Representative (Signature or seal): Liao Zhida

Party B: Taoyun Capital Group Co., Ltd. (Seal)

Authorized Representative (Signature or seal): Wen Xiaodong

July 14, 2017

合同编号：[BB2R-207001-01-SHLC]

# 债权转让协议

甲方（转让方）：上海懒财资产管理有限公司

法定代表人：廖志达

地址：上海市宝山区高逸路 112-118 号 6 幢 1049 室

乙方（受让方）：韬蕴资本集团有限公司

法定代表人：温晓东

地址：北京市东城区东长安街 1 号东方广场东方经贸城东一办公楼十六层 1 室

鉴于：

1、甲方与乐视体育文化产业发展（北京）有限公司（以下简称"乐视体育"）签署编号为 XYJK-2016003-01-JKHT 的借款协议（下称"借款协议"），约定甲方向乐视体育出借现金人民币 5000 万元，期限 12 个月，到期日为 2017 年 12 月 01 日。

2、现乙方有意自甲方处受让上述甲方对乐视体育享有之债权，故双方于北京市朝阳区签订本协议。

## 第一条 标的债权的基本情况

根据《借款协议》，债权本金金额为￥50,000,000.00（大写：人民币伍仟万元整），债务人为乐视体育，下称为【标的债权】。截止 2017 年 10 月 16 日，甲方应收利息￥3,239,726.03（大写：人民币叁佰贰拾叁万玖仟柒佰贰拾陆元叁分）。

## 第二条 债权转让及利息

1. 甲方将以￥50,000,000.00（大写：人民币伍仟万元整）之对价转让【标的债权】给乙方，乙方同意受让。

2. 利息支付。于支付债权转让对价款时一并支付利息。

3. 乙方应于2017年10月16日下午15点前一次性无条件向甲方支付上述各款项。

4. 甲方账户信息

   账户名：上海懒财资产管理有限公司

   账号： 8000 0023 2781

   开户行：上海华瑞银行股份有限公司

   自乙方支付完前述款项后，甲方不再享有【标的债权】及其附属的一切权利和利益包括但不限于基于标的债权收取利息的权利。

5. 乙方延迟支付前述款项的，以乙方逾期金额（包括不限于【标的债权】转让对价款、应付甲方的利息及任何其他应付款项）为基数，以日万分之五之利率按日计收逾期罚息（"逾期罚息"），直至清偿完毕之日。罚息不足以覆盖甲方遭受损失的，乙方还应足额赔偿损失。

6. 甲方同意标的债权转让完成后，甲方以债权人身份代乙方向乐视体育主张债权。

7. 甲方承诺标的债权不存在任何瑕疵，因标的债权存在瑕疵影响乙方主张债权或其他权利的，甲方需赔偿乙方因此遭受的全部损失。

第三条 合同的生效

本合同于双方法定代表人或授权代表签字并盖章之日即生效。

第四条 协议的变更

对本协议进行任何修改、补充，双方将以书面签署补充协议的方式加以明确和说明，补充协议与本协议具有同等法律效力，若本协议与补充协议条款有冲突，则以补充协议为准。

第五条 保密条款

本协议双方对本协议的存在及内容承担保密责任。除法律法规另有规定，任何一方未经其他方书面许可，不得向任何第三方披露或泄露。

#### 第六条 违约责任

1. 双方均应诚实、全面、适当履行本协议。
2. 任何一方未履行或未适当履行其在本协议项下的义务，或违反其在本协议项下任何声明与保证的，即构成违约，违约方应当赔偿因其违约而给对方造成的全部损失。

#### 第七条 不可抗力

由于地震、台风、水灾、火灾、战争或其它不能预见并且对其发生和后果不能防止和避免的不可抗力事件，致使直接影响本协议的履行或者不能按约定的条件履行时，按照事件对履行本协议影响程度，由双方协商决定是否解除本协议，或部分免除履行本协议的责任，或延期履行本协议。

#### 第八条 争议解决

1. 本协议的订立、生效、解释和履行以及因本协议而产生的争议的解决应受中国法律管辖。
2. 任何因本协议产生的争议均由双方友好协商解决；协商未成，任何一方均有权诉诸本协议签订地之有管辖权人民法院诉讼解决。

#### 第九条 其他条款

1. 双方知悉并确认，根据本协议进行的债权转让是双方协议一致之结果。
2. 任何在本协议履行过程中产生的争议均不影响本协议其他条款的履行及效力。
3. 本协议所有条款的名称只为了方便的目的，并不影响本协议内容的意思或解释。
4. 本协议一式贰份，每方各执一份，具有同等法律效力。

（以下无正文）

（本页为债权转让协议签字页，无正文）

甲方： 

授权代理人（签字或签章）： 

乙方：

授权代理人（签字或签章）： 

2017 年【7】月【14】日



4 / 4

Exhibit 5
Page 58