LATHAM & WATKINS LLP
  Daniel Scott Schecter (Bar No. 171472)
    daniel.schecter@lw.com
  R. Peter Durning, Jr. (Bar No. 277968)
    peter.durning@lw.com
10250 Constellation Boulevard, Suite 1100
Los Angeles, California 90067
Telephone: (424) 653-5500
Facsimile: (424) 653-5501

*Attorneys for Respondent*
Jia Yueting

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DISTRICT

| | |
|---|---|
| SHANGHAI LAN CAI ASSET MANAGEMENT CO, LTD., <br><br> Petitioner, <br><br> v. <br><br> JIA YUETING, <br><br> Respondent. | CASE NO. 2:18-CV-10255-SJO (MRWx) <br><br> The Honorable S. James Otero <br><br> **RESPONDENT'S OBJECTIONS TO PETITIONER'S PROPOSED JUDGMENT** |

# RESPONDENT'S OBJECTIONS TO PETITIONER'S PROPOSED JUDGMENT

Respondent Jia Yueting, in full reservation of his opposition to the confirmation of the award in prior briefing, hereby objects to the total judgment amount listed in Petitioner's Proposed Final Judgment (ECF No. 32-1). According to the Final Arbitration Award and the Court's March 26, 2019 Minute Order, Arbitration Respondents are obligated to pay Petitioner the following sums (*see* ECF No. 31 at p. 2):[1]

- RMB 50 million, representing the principal disbursed to LeTV under the Loan Contract;
- Principal interest at an annual rate of 7.5% to be calculated from March 15, 2017;
- Post-default interest at an annual rate of 16.5% to be calculated from December 2, 2017;
- RMB 507,028, representing SLC's arbitration costs; and
- RMB 319,740, representing arbitration expenses disbursed by SLC to the Beijing Arbitration Commission.

The interest amounts are the only sums in the Court's March 26, 2019 Minute Order that are not quantified. Respondent calculates those amounts as RMB 7,684,931.50 in principal interest and RMB 10,984,931.50 in post-default interest.[2] The addition of those interest amounts to the sums above yields a total judgment of RMB 69,496,631.00. Petitioner's Proposed Final Judgment, which does not detail Petitioner's interest calculation, seeks entry of judgment for the substantially higher

---

[1] The "Final Arbitration Award" and "Arbitration Respondents" are defined in the Court's March 26, 2019 Minute Order.

[2] The formula for simple interest is $I = P \cdot r \cdot t$, where P is the principal, r is the rate, and t is the time period. At an annual rate of 7.5% over a period of 748 days (from March 15, 2017 to April 1, 2019), principal interest is $50,000,000 \cdot 0.075 \cdot (748/365)$, or RMB 7,684,931.50. At an annual rate of 16.5% over a period of 486 days (from December 2, 2017 to April 1, 2019), post-default interest is $50,000,000 \cdot 0.165 \cdot (486/365)$, or RMB 10,984,931.50.

sum of RMB 83,337,726.91 (*see* ECF No. 32-1), which significantly overstates Respondent's obligations under the arbitral award.

      For the foregoing reasons, Respondent objects to Petitioner's Proposed Final Judgment and respectfully asks this Court to strike the incorrect interest calculations and insert the properly calculated total judgment amount of RMB 69,496,631.00.

Dated: April 3, 2019

LATHAM & WATKINS LLP
Daniel Scott Schecter
R. Peter Durning, Jr.

By /s/ Daniel Scott Schecter
    Daniel Scott Schecter
    Attorneys for Respondent Jia Yueting