1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Bethany Stevens (SBN 245672)
bstevens@wscllp.com
Amanda Walker (SBN 252380)
awalker@wscllp.com
WALKER STEVENS CANNOM LLP
500 Molino Street, Suite 118
Los Angeles, California 90013
Telephone: (213) 712-9145
Fax: (213) 403-4906

Michael Ng (SBN 237915)
michael.ng@kobrekim.com
Daniel Zaheer (SBN 237118)
daniel.zaheer@kobrekim.com
KOBRE & KIM LLP
150 California Street, 19th Floor
San Francisco, California 94111
Telephone: (415) 582-4800

(Additional Counsel on next page)

*Attorneys for Petitioner*
*Shanghai Lan Cai Asset*
*Management Co, Ltd.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| **SHANGHAI LAN CAI ASSET MANAGEMENT CO, LTD.**, <br><br> Petitioner, <br><br> v. <br><br> **JIA YUETING**, <br><br> Respondent. | Case No. 2:18-cv-10255-SJO-MRW <br><br> **DECLARATION OF CHRISTOPHER COGBURN IN OPPOSITION TO RESPONDENT'S OBJECTIONS TO PROPOSED FINAL JUDGMENT** <br><br> Hon. S. James Otero |

Christopher Cogburn (admitted *pro hac vice*)
christopher.cogburn@kobrekim.com
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Telephone: (212) 488 1200

John Han (admitted *pro hac vice*)
john.han@kobrekim.com
KOBRE & KIM
3 Garden Road
ICBC Tower, Unit 601
Central, Hong Kong SAR
Telephone: +852 2127 3291

*Attorneys for Petitioner*
*Shanghai Lan Cai Asset*
*Management Co, Ltd.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF CHRISTOPHER COGBURN

I, Christopher S. Cogburn, hereby declare under penalty of perjury that the following is true and correct:

1.      I am an attorney with the law firm Kobre & Kim LLP and am admitted to practice before this Court *pro hac vice* as counsel for Petitioner Shanghai Lan Cai Asset Management Co, Ltd. ("SLC"). (Dkt. No. 13.) I submit this declaration in opposition to Respondent Jia Yueting's Objections to SLC's Proposed Final Judgment. (Dkt. No. 33 ("Objections").)

2.      In his Objections, Jia claims that the Proposed Final Judgment "significantly overstates Respondent's obligations under the Final Award." (*Id.* at 3.) To demonstrate that the amount set forth in the Proposed Final Judgment accurately reflects Jia's liability under the Final Award (Dkt. No. 1-3), the calculations underlying that amount are set forth below.

3.      The Tribunal awarded RMB 507,028.00 for SLC's costs in pursuing the arbitration and RMB 319,740.00 for SLC's disbursements to the Beijing Arbitration Commission. (Final Award at 21[1] (Section III.VI).) Jia does not dispute this. (Objections at 2.)

4.      The Tribunal awarded RMB 50 million to compensate SLC for unpaid principal under the Loan Contract. (Final Award at 20 (Section III.I).) Jia does not dispute this. (Objections at 2.)

5.      In addition to these undisputed amounts, the Tribunal awarded principal (i.e., pre-default) interest at an annual rate of 7.5 percent (the "Principal Interest Rate"), "commencing from March 15, 2017 (exclusive)" until full repayment of the principal. (Final Award at 16 (Section IV), 20 (Section III.II).)

6.      The Tribunal also awarded additional post-default, pre-award interest at an annual rate of 16.5 percent (the "Post-Default Interest Rate"), to accrue

---

[1] Citations to the Final Award (Dkt. No. 1-3) refer to the page numbers of the certified English translation of that document.

concurrently with the Principal Interest Rate on the RMB 50 million principal, "commencing from December 2, 2017 (exclusive)" until full repayment of the principal. (Final Award at 17–18, 20 (Section III.III).)

7.     The Final Award further provided that payment after "10 days from the date of service of [the Final Award] will, in accordance with the provisions of Article 253 of the Civil Procedure Law of the People's Republic of China, render in double payment of the interest on the debts for the period of delayed performance." (Final Award at 21.) Both the Principal Interest Rate and the Post-Default Interest Rate were therefore superseded after "10 days from the date of service of [the Final Award]" by a post-award interest rate, which doubled the combination of those existing rates on the principal amount. The Principal Interest Rate of 7.5 percent plus the additional Post-Default Interest Rate of 16.5 percent ran concurrently at the time of the Final Award, resulting in a total post-default annual rate of 24 percent. (Final Award at 17.) Thus, the annual post-award interest rate awarded under the Final Award is 48 percent (the "Post-Award Interest Rate").

8.     Accordingly, the Principal Interest Rate applied for 325 days (from March 16, 2017, through February 3, 2018, 10 days after the Final Award was served on January 24, 2018) and the total principal interest ordered under the Final Award is RMB 3,339,041.10.[2]

9.     The Post-Default Interest Rate applied for 63 days (from December 2, 2017, through February 3, 2018) and the total post-default, pre-award interest ordered under the Final Award is RMB 1,423,972.60.[3]

10.     As of April 1, 2019—422 days after the lapse of the 10-day performance period set forth in the Final Award—the total post-award interest under the Final Award is RMB 27,747,945.21.[4]

---

[2] Calculated as follows: RMB 50,000,000 * (0.075/365) * 325 = RMB 3,339,041.10.
[3] Calculated as follows: RMB 50,000,000 * (0.165/365) * 63 = RMB 1,423,972.60.
[4] Calculated as follows: RMB 50,000,000 * (0.48/365) * 422 = RMB 27,747,945.21.

11.     As illustrated above, the Proposed Judgment (Dkt. No. 32-1) correctly listed RMB 83,337,726.90 as the total amount due under the Final Award as of April 1, 2019.[5]  The Petition sought confirmation of the Final Award according to its terms, from which all of the foregoing amounts and calculations are drawn. (Dkt. No. 1 ¶¶ 1, 32, 42.)  By its Order dated March 26, 2019, the Court granted the Petition in its entirety.  (Dkt. No. 31 at 6.)

12.     Post-award interest will continue to accrue on the Final Award at a rate of RMB 65,753.42 per day until judgment is entered in this case.[6]  SLC therefore requests that the Court enter the Proposed Judgment of RMB 83,337,726.90 plus RMB 65,753.42 for each day between April 1, 2019, and the date that judgment is entered.

Executed this 8th day of April, 2019.

New York, New York

*/s/  Christopher S. Cogburn*

Christopher S. Cogburn

---

[5] Calculated as follows:  RMB 50,000,000 (loan principal) + RMB 3,339,041.10 (principal interest) + RMB 1,423,972.60 (post-default, pre-award interest) + RMB 27,747,945.21 (post-award interest) + RMB 507,028.00 (arbitration costs) + RMB 319,740.00 (disbursements) = RMB 83,337,726.90.

[6] Calculated as follows:  RMB 50,000,000 * (0.48/365) = RMB 65,753.42.

DECLARATION OF CHRISTOPHER COGBURN