Bethany Stevens (SBN 245672)
bstevens@wscllp.com
Amanda Walker (SBN 252380)
awalker@wscllp.com
WALKER STEVENS CANNOM LLP
500 Molino Street, Suite 118
Los Angeles, California 90013
Telephone: (213) 712-9145
Fax: (213) 403-4906

Michael Ng (SBN 237915)
michael.ng@kobrekim.com
Daniel Zaheer (SBN 237118)
daniel.zaheer@kobrekim.com
KOBRE & KIM LLP
150 California Street, 19th Floor
San Francisco, California 94111
Telephone: (415) 582-4800

(Additional Counsel on next page)

*Attorneys for Petitioner*
*Shanghai Lan Cai Asset*
*Management Co, Ltd.*

```
FILED
CLERK, U.S. DISTRICT COURT

April 7, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY:     VPC     DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **SHANGHAI LAN CAI ASSET MANAGEMENT CO, LTD.**, <br><br> Petitioner, <br><br> v. <br><br> **JIA YUETING**, <br><br> Respondent. | Case No. 2:18-cv-10255-SJO-MRW <br><br> **FINAL JUDGMENT** <br><br> Hon. S. James Otero |

Christopher Cogburn (admitted *pro hac vice*)
christopher.cogburn@kobrekim.com
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Telephone: (212) 488 1200

John Han (admitted *pro hac vice*)
john.han@kobrekim.com
KOBRE & KIM
3 Garden Road
ICBC Tower, Unit 601
Central, Hong Kong SAR
Telephone: +852 2127 3291

*Attorneys for Petitioner
Shanghai Lan Cai Asset
Management Co, Ltd.*

Upon the Court's consideration of Petitioner Shanghai Lan Cai Asset Management Co, Ltd.'s Petition to Confirm Arbitration Award (Dkt. No. 1), Petitioner's Memorandum in Support (Dkt. No. 1-1), Respondent Jia Yueting's Memorandum in Opposition (Dkt. No. 25), Petitioner's Reply Memorandum (Dkt. No. 29), and all supporting documents submitted together with these documents,

**IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED,** for the reasons set forth in this Court's Order Granting Petition to Confirm Arbitration Award (Dkt. No. 31) dated March 26, 2019, that judgment is entered against Respondent Jia Yueting and in favor of Petitioner Shanghai Lan Cai Asset Management Co, Ltd., in the amount of RMB 83,337,726.91, inclusive of pre- and post-award interest as of April 1, 2019, in the amount of RMB 32,510,958.91, plus post-judgment interest to run on the above amounts as provided by 28 U.S.C. § 1961.

DATED: April 7, 2019.

*S. James Otero*

_____

United States District Judge