UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-10255 SJO (MRWx) | Date | April 10, 2019 |
|---|---|---|---|
| Title | Shanghai Lan Cai Asset Management Co, Ltd. v. Jia Yueting | | |

| Present: The Honorable | S. James Otero, Judge presiding | | |
|---|---|---|---|
| Victor Cruz | | Not Present | |
| Deputy Clerk | | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| Not Present | | Not Present | |

**Proceedings:**      **IN CHAMBERS**

The judgment entered by this Court, ECF No. 35, provided the final judgment in Chinese currency, RMB.  For purposes of entering this judgment, the Court holds that the currency exchange rate applicable to the RMB amounts will be the exchange rate published by the United States Department of Treasury on March 31, 2019, the most recent date available.  On this date, the US Treasury Department exchange rate was 1 USD to 6.7130 RMB.  The judgment amount of 83,337,726.91 RMB is equivalent to 12,414,379.10 USD.  The judgment amount of 32,510,958.91 RMB is equivalent to 4,842,985.09 USD.

|  | : |
|---|---|
| Initials of Preparer | vpc |