# EXHIBIT 2

**Dispute Resolution (PRC Firms) in China**
Asia-Pacific Rankings

Change Search

# Asia-Pacific Rankings
## Dispute Resolution (PRC Firms) in China

Change language:   English (GB)  ✕

Firms

This content is **provided by Chambers** based on our research. Learn more about our methodology

### Band 1

Fangda Partners

King & Wood Mallesons

Zhong Lun Law Firm

### Band 2

Beijing Kangda Law Firm

Commerce & Finance Law Offices (Tongshang)

Global Law Office

Huizhong Law Firm

Jingtian & Gongcheng

JunHe LLP

Tiantong & Partners

### Band 3

AllBright Law Offices

Jincheng Tongda & Neal Law Firm

Llinks Law Offices

Tian Yuan Law Firm

### Band 4

Baker McKenzie/Baker McKenzie FenXun (FTZ) Joint Operation Office

DeHeng Law Offices

Dentons China

### Band 5

DaHui Lawyers

Guantao Law Firm

### Recognised Practitioner

Hylands Law Firm

:

Dispute Resolution: Arbitration (PRC Firms) - China

Dispute Resolution: Litigation (PRC Firms) - China

## Products

Unpublished

Enhanced Profiles

Become a contributor

Ranking Brochures

Ranking Plaques

About our Products

Worldwide Law Firms

Worldwide Lawyers

## Careers

Chambers' Careers

## Student & Associate

Student

Associate

## Events

Awards

Editors' Receptions

Forums

Seminars

Commercial Opportunities

## Contact Details

Chambers and Partners
No.3 Waterhouse Square
138 Holborn
London, United Kingdom
EC1N 2SW

View in maps ↗

Contact Us

© Copyright 2019 Chambers and Partners | Terms and Conditions | Privacy | FAQ