# EXHIBIT 3

**Provisions of the Supreme People's Court on the Work relating to Judicial Interpretation**

## I. General Provisions

Article 1. In order to further regulate and improve the work relating to judicial interpretation, these Provisions are formulated in accordance with the "Law of the People's Courts Organization of the People's Republic of China", the "Law of the People's Republic of China on the Supervision of the Standing Committees of the People's Congresses at Various Levels", the "Decision of the Standing Committee of the National People's Congress on Strengthening the Work Concerning Judicial Interpretation" and other relevant provisions.

Article 2. The Supreme People's Court shall formulate judicial interpretations on specific issues concerning the application of law in the course of trial work by the people's courts.

Article 3. Judicial interpretations shall be formulated in accordance with laws and relevant legislative spirit incorporating into the practical need in the course of trial work.

Article 4. Judicial interpretations promulgated by the Supreme People's Court shall be deliberated and adopted by the Judicial Committee.

Article 5. Judicial interpretations formulated and promulgated by the Supreme People's Court shall be legally effective.

Article 6. Forms of judicial interpretations shall be classified into four types as "Interpretation", "Provisions", "Reply" and "Decision".

To interpret how to specifically apply a certain law or how to apply law in a specific type of cases or a type of issues in the course of trial work, the form of "Interpretation" shall be adopted to the judicial interpretation.

The regulation or opinions need to be formulated for trial work based on the legislative spirit shall adopt the form of "Provisions".

With regard to the judicial interpretation formulated for requesting the higher people's courts or the military courts of the People's Liberation Army for direction on the specific application of laws in trial work, the form of "Reply" shall be adopted.

With regard to the amendment or the repeal to a judicial interpretation, the form of "Decision" shall be adopted.

# CERTIFICATION

I, Yujuan Li, a litigation assistant of Kobre & Kim LLP based in Shanghai, am fluent in both English and Chinese. I have translated the above Article 1 to Article 6 of the Provisions of the Supreme People's Court on the Work relating to Judicial Interpretation from Chinese into English. I confirm that the English translation annexed hereto is in my best knowledge and belief the full accurate translation of the source material.

_____
*Li Yujuan (signature)*

Name:  Yujuan Li

Date:  11 May 2019