Bethany M. Stevens (SBN245672), bstevens@wscllp.com
Walker Stevens Cannom LLP
500 Molino Street #118
Los Angeles, CA 90013
Tel: 213712.9145; Fax: 213.403.4906

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shanghai Lan Cai Asset Management Co, Ltd. | CASE NUMBER |
| PLAINTIFF(S) | 2:18-cv-10255-SJO-MRW |
| v. | |
| Jia Yueting | **AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |
| DEFENDANT(S). | |

☒ State of California, County of Los Angeles
☐ State of _____, County of _____

I, Bethany Stevens, hereby state under penalty of perjury that,

1. Judgment for $ 12,414,379.10 was entered on April 7, 2019 on the docket of the above-entitled action in the U. S. District Court, Central District of California in favor of Shanghai Lan Cai Asset Management Co, Ltd. as Judgment Creditor, and against Jia Yueting as Judgment Debtor.

    **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number _____ in the United States District Court for the _____ District of _____ and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the Central District of California are the following sums:
    $ 88,945.51 accrued interest, computed at 2.41 % *(See note.)*
    $ 0.00 accrued costs
    **PARAGRAPH 3 CONTINUED ON NEXT PAGE**

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, State of California, this 24 date of July, 2019.

Signature: [signed]

*****Note:** Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.

CV-24 (06/01)    AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

## AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

<u>Paragraph 3, continued from previous page</u>:

The judgment amount of $12,414,379.10 included $7,571,394.01 in principal and $4,842,985.09 in pre-judgment interest as of April 1, 2019. (*See* D.I. 35, as clarified by D.I. 36.)

Because judgment was entered on April 7, 2019, the accrued interest in the proposed Writ of Execution submitted with this Affidavit and Request for Issuance of Writ of Execution reflects an additional $58,769.63 in pre-judgment interest, due to the continued accrual of pre-judgment interest for six (6) days, from April 2, 2019 to April 7, 2019 (the date judgment was entered).

Therefore, the accrued interest on page 2 of the proposed Writ of Execution is calculated as:
   $58,769.63 pre-judgment interest accrued from 4/2/19-4/7/19
+ $88,945.51 post-judgment interest accrued from 4/8/19-7/24/19, at a rate of 2.41%
= $147,715.14 total accrued interest