Bethany M. Stevens (SBN245672)
bstevens@wscllp.com
Walker Stevens Cannom LLP
500 Molino Street #118
Los Angeles, CA 90013
Tel: 213712.9145;
Fax: 213.403.4906

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shanghai Lan Cai Asset Management Co, Ltd. | **CASE NUMBER:**<br>CV- **2:18–10255–SJO–MRW** |
| Plaintiff(s) | |
| v.<br><br>Jia Yueting | **WRIT OF EXECUTION** |
| Defendant(s) | |

**TO:   THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA**

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On _April 7, 2019_ a judgment was entered in the above-entitled action in favor of:

Shanghai Lan Cai Asset Management Co, Ltd.

as Judgment Creditor and against:

Jia Yueting

as Judgment Debtor, for:

$ ___7,571,394.01___ Principal,
$ ___0.00___ Attorney Fees,
$ ___4,842,985.09___ Interest **, and
$ ___0.00___ Costs, making a total amount of
$ ___12,414,379.10___ **JUDGMENT AS ENTERED**

**\*\*NOTE:   JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the Central** **District of California**, to wit:

$ _____147,715.14_____ accrued interest, and

$ _____0.00_____ accrued costs, making a total of

$ _____**147,715.14**_____ **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 _____ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ _____12,562,094.24_____ **ACTUALLY DUE** on the date of the issuance of this writ of which

$ _____12,414,379.10_____ Is due on the judgment as entered and bears interest at 2.41 _____ percent per annum, in the amount of $ 823.57 _____ per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: ___JULY 24, 2019___

By: _____

Deputy Clerk

---

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy.  This information must be filled in by counsel requesting this writ.

```
Daniel Scott Schecter              Michael Alan Hale
Latham and Watkins LLP             R Peter Durning, Jr
10250 Constellation Blvd Ste 1100  Latham and Watkins LLP
Los Angeles, CA 90067              355 S Grand Ave Suite 100
                                   Los Angeles, CA 90071-1560
Attorneys for Jia Yueting
                                   Attorneys for Jia Yueting
```

**NOTICE TO THE JUDGMENT DEBTOR**

You may be entitled to file a claim exempting your property from execution.  You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

**WRIT OF EXECUTION**