# Exhibit A

## Definitions

1. **"You"** and **"Your"** refer to Jia Yueting, his relatives, employees, agents, representatives, attorneys, nominees, or trustees, along with any of his predecessors, successors, assigns, managers, members, partners, officers, directors, and any and all natural or legal persons acting on his behalf, as well as any subsidiary or affiliate under his direction or control or from which he has the right or the practical ability to obtain information, records, or documents of any kind.

2. **"Communication(s)"** means any transmittal of information in the form of facts, ideas, inquiries, or otherwise. A document request for communications calls for production of correspondence, faxes, electronic mail, all attachments and enclosures thereto, computer tapes, discs, telephone tape recordings, text messages, recordings of any other type in any medium of written or oral communications, phone logs, message logs, and notes and memoranda of, or referring or relating to, written or oral communications.

3. **"Concerning"** means directly or indirectly, in whole or in part, constituting, evidencing, recording, reflecting, substantiating, describing, summarizing, identifying, or referring or relating to in any way.

4. **"Document(s)"** or **"Records"** means all recorded words, information, communications, or data of any kind, however created, recorded, stored, or maintained, and includes, without limitation, all drafts; communications (including emails); correspondence; memoranda; records; reports; books; reports and/or summaries of conversations or interviews; diaries; graphs; charts; diagrams; tables; photographs; recordings; tapes; microfilms; minutes; summaries, reports, and records of meetings or conferences; records and reports of consultants; press releases; stenographic, handwritten, or other notes; checks, front and back; check vouchers, check stubs, or receipts; wire transfer requests, approvals, orders, and confirmations; tape data sheets or data processing cards or discs or any other written, printed, typewritten, or otherwise recorded matter, however produced or reproduced,

whether or not now in existence; any paper or writing including files, contracts, correspondence, telegrams, agreements, letters, notes, manuals, forms, brochures, drawings, and other data or data compilation of any sort, stored in any medium from which information can be obtained either directly or, if necessary, after translation into a reasonably usable form; Electronically Stored Information (as defined below); internal or external web sites; output resulting from the use of any software program, including, without limitation, word processing documents, spreadsheets, database files, charts, graphs, outlines, electronic mail, instant messages, and all miscellaneous media on which they reside and regardless whether said electronic data exists in an active file, an archive file, a deleted file, or file fragment; activity listings of electronic mail receipts and transmittals; any and all items stored on computer memories, flash drives, hard disks, floppy disks, CD-ROM, DVD, magnetic tape, microfiche, or on any other media for digital data storage or transmittal such as, but not limited to, any mobile device or personal digital assistant; and file folder tabs, or containers and labels appended to, or relating to, any physical storage device associated with each original or copy of all documents requested herein. A draft or non-identical copy of any document, whether due to the addition of marginalia or other change, is a separate document within the meaning of this term. Where the electronic and hard copy versions of any document are separate documents per this definition, both the electronic and hard copy versions should be produced.

    5.    **"Electronically Stored Information" ("ESI")** includes without limitation:

    a. information that is generated, received, processed, and recorded by computers and other electronic devices, including without limitation voicemail;

    b. internal or external web sites;

    c. output resulting from the use of any software program, including,

without limitation, word processing documents, spreadsheets, database files, charts, graphs, outlines, electronic mail, instant messenger programs, bulletin board programs, operating systems, source code, PRF files, PRC files, batch files, ASCII files, and all miscellaneous media on which they reside and regardless of whether said electronic data exists in an active file, an archive file, a deleted file, or file fragment;

  d. activity listings of electronic mail receipts and transmittals; and
  e. any and all items stored on computer memories, flash drives, hard disks, floppy disks, CD-ROM, DVD, magnetic tape, microfiche, or on any other media for digital data storage or transmittal such as, but not limited to, smartphone or personal digital assistant (Palm Pilot, Blackberry, iPhone, iPad, or similar device).

6. **"Person"** includes both a natural person and a corporation, company, government or regulatory agency, or other entity of any kind.

7. **"Asset(s)"** shall refer to any thing having any value, including, without limitation:

  a. cash and cash equivalents, stocks, bonds, treasury bills, certificates of deposit, annuities, and any other debt security, equity security, or other financial instrument;
  b. checking, savings, brokerage, and money-market accounts;
  c. personal property, including, without limitation, vehicles, furnishings, art, collectibles, and jewelry;
  d. real property and any structures permanently affixed to such property;
  e. business inventory; and
  f. debts, claims, causes of action, accounts receivable, and other things of value to which You have a legal claim of right and which are in

the possession, custody, or control of, or may be brought against, one or more third parties.

## Instructions

1. This request for production under Federal Rule of Civil Procedure 34(a)(1)(A) requires the production of all responsive Documents and Communications located anywhere in the world in Your possession, custody, or control, or available to You, Your employees, members, partners, accountants, agents, attorneys, auditors, or other persons acting on Your behalf or under any direction or control of Your agents or representatives.

2. Each request shall be construed as being inclusive rather than exclusive. Thus, words importing the singular shall include the plural; words importing the plural shall include the singular; words importing one gender shall include both genders; the words "and" and "or" shall be construed conjunctively or disjunctively as necessary to make the request inclusive; the word "all" means "any and all" and the word "any" means "any and all."

3. All Documents and Communications produced pursuant to this document request are to be produced as they are kept in the usual course.

4. If a Document or Communication is redacted or not produced on the ground that it is privileged and therefore not subject to disclosure, the following information is to be supplied for each Document:
    a. the nature of the privilege being claimed;
    b. the type of Document;
    c. general subject matter of the Document;
    d. the date of the Document; and
    e. other such information as is sufficient to identify the Document, including, where appropriate, the author(s) of the Document, the addressee(s) of the Document, the identity of any Person who had an opportunity to review such Document and, where not apparent, the

relationship of the author and the addressee to each other.

5. If any portion of any Document or Communication is responsive to any request in this document request, the entire Document or Communication is to be produced.

6. Each Document or Communication requested herein shall be produced in its entirety without deletion, redaction, or excisions, except as qualified by Instruction 4, regardless of whether You consider the entire Document relevant or responsive to this request for production. If You have redacted any portion of the Document, stamp the word "REDACTED" beside the redacted information on each page of the Document which You have redacted. Any redactions to Documents produced should be identified on a privilege log in accordance with Instruction 4.

7. All Documents and Communications are to be produced in the form and in the same order within each file in which they existed prior to production, and the file folders, boxes, or other containers or bindings in which such Documents are found are to be produced intact, including the title, labels, or other descriptions of each such folder, box, or other binding container.

8. All Documents and Communications which cannot be legibly copied must be produced in their original forms.

9. Non-identical copies of Documents, drafts, or copies with annotations, and marks of marginalia shall be treated and produced as separate Documents.

10. All ESI responsive to this request for production that is maintained in the usual course in electronic format shall be produced in its native format along with the software necessary to interpret such files if such software is not readily available, with the metadata normally contained within such Documents, and the necessary load files. If such metadata is not available, each Document shall be accompanied by a listing of all file properties concerning such Document, including, but not limited to, all information concerning the date(s) the Document was last accessed, created, modified or distributed, as well as the author(s) and recipient(s)

of the Document.

11. If any of these requests cannot be responded to in full, You are to produce Documents and Communications to the extent possible, specifying the reason for Your inability to produce further Documents, and stating what knowledge, information, or belief You have concerning the unproduced portion.

## Document Requests

1. All Documents, including but not limited to correspondence, that have, contain, evidence, or reflect information concerning the location and value of any Assets in which you hold any interest, whether direct, indirect, beneficial, held through a nominee, or otherwise, individually worth the equivalent of US $1,000 or more and located anywhere in the world.

2. All Documents have, contain, evidence, or reflect information concerning any payment, transaction, transfer, wire, debit or credit to or from or for the benefit of the Judgment Debtor.

3. All Documents that have, contain, evidence, or reflect information concerning Your relationship with the following individuals and entities, including but not limited to information about whether any of the following individuals and entities holds Assets for You or on Your behalf (for example, as Your trustee, nominee, bailee, custodian, agent, or assign).

   a. Gan Wei (甘薇), a.k.a. Vivian Gan or Wei Gan
   b. Jia Yuefang (贾跃芳), a.k.a. Yuefang Jia or Yue Fang Jia
   c. Jia Yuemin (贾跃民), a.k.a. Yueming Jia or Yue Min Jia
   d. Tiffany Jia
   e. Wang Jiawei (王嘉伟), a.k.a. Jiawei Wang or Jia Wei Wang
   f. Chen Ting, a.k.a. Ting Chen
   g. Deng Chaoying (邓超英), a.k.a. Chaoying Bossert, Chaoying Deng, Chao Ying Deng Bossert, Chaoying D. Bossert, or Chao Bossert

    h. Lian B. Bossert

    i. Michael Joseph Agosta

    j. Fan Sun, a.k.a. Sun Fan

    k. Xiaosen Zhuang, a.k.a. Zhuang Xiaosen, Zhuang Xiao Sen, or Xiao Sen Zhuang

    l. Mei Chi Tung, a.k.a. Chi Tung Mei

    m. Hong Rao, a.k.a. Rao Hong

    n. Tyler L. Briles

    o. Zachary E. Briles

    p. Wang Cheng (王诚), a.k.a. Cheng Wang or Jason Wang

    q. Li Ping (李平), a.k.a. Ping Li

    r. Zhu Jun (朱骏), a.k.a. Jun Zhu

    s. Oceanview Drive Inc.

    t. Ocean View Drive Inc.

    u. FF Global Holdings Ltd.

    v. FF Top Holding Ltd.

    w. FF Peak Holding Limited

    x. Smart King Limited

    y. Double Win Limited

    z. Faraday & Future Inc.

    aa. Pacific Technology Holding LLC

    bb. The Yi Jia Living Revocable Trust

    cc. Egari Family Trust

    dd. The9 Limited

    4. All Documents that have, contain, evidence, or reflect information concerning the location and value of any Assets held for You or on Your behalf (for example, as Your trustee, nominee, bailee, custodian, agent, or assign) by the individuals and entities listed in Request Number 2.

5. All Documents that have, contain, evidence, or reflect information concerning any direct or indirect interest or control you now have or have ever had in or over the following entities, including but not limited to any current or past rights to receive Assets from the following entities.

    a. FF Global Holdings Ltd.
    b. FF Top Holding Ltd.
    c. FF Peak Holding Limited
    d. Smart King Limited
    e. Season Smart Limited
    f. Double Win Limited
    g. Faraday & Future Inc.
    h. Pacific Technology Holding LLC
    i. The Yi Jia Living Revocable Trust
    j. Oceanview Drive Inc.
    k. Ocean View Drive Inc.
    l. Egari Family Trust
    m. The9 Limited

6. Copies of all of Your current and past identity documents, including but not limited to passports, driver's licenses, and identification cards.

7. Copies of all federal, state, and city tax returns filed by You or on Your behalf or on behalf of a person (legal or natural) controlled by You or in which You have any interest, together with the schedules, amendments, and worksheets thereof and all other Documents referring to any adjustments made in connection therewith, together with all related forms, such as Forms 1099, W-2, and K-4, for the past five tax years.

8. All Documents that have, contain, evidence, or reflect information concerning the current and past balances of any accounts You now hold or in which You have ever held an interest.

9. All Documents that have, contain, evidence, or reflect information concerning agreements with Your relatives, employees, agents, representatives, attorneys, nominees, trustees, bailees, assigns, or any other natural or legal persons who now hold or have ever held Assets on your behalf.

10. All Documents that have, contain, evidence, or reflect information concerning the transfer to any third party of any Assets individually worth the equivalent of US $1,000 or more in which you have held any interest at any time since January 22, 2018.

11. All Documents that have, contain, evidence, or reflect information concerning all of Your current and former addresses or any addresses with which You have been associated, including but not limited to residential and commercial addresses.

12. All Documents that have, contain, evidence, or reflect information concerning Your ownership interests in any companies or corporations or other legal entities.

13. All Documents that have, contain, evidence, or reflect information concerning the identity and location of any legal or natural persons holding Assets on Your behalf or identifying or describing the Assets held by such persons.