# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shanghai Lan Cai Asset Management Co, Ltd.,<br><br>Plaintiff(s)<br>v.<br><br>Jia Yueting,<br><br>Defendant(s) | CASE NUMBER<br><br>2:18-cv-10255-SJO (MRWx)<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

Jia Yueting        ☐ Plaintiff  ☐ Defendant  ☒ Other   Respondent
*Name of Party*

to substitute  Jia Yueting                                                                who is

☐ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☒ Pro Se

18455 S. Figueroa St.
*Street Address*

Gardena, CA 90248                              ytjbusiness@gmail.com
*City, State, Zip*                                *E-Mail Address*

(424) 523-2943
*Telephone Number*              *Fax Number*              *State Bar Number*

as attorney of record instead of  Daniel Scott Schecter (Bar No. 171472);
             List **all** attorneys from same firm or agency who are withdrawing.
R. Peter Durning, Jr. (Bar No. 277968); Michael A. Hale (Bar No. 319056)

**is hereby**    ☐ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____          _____
                                   U. S. District Judge/U.S. Magistrate Judge