# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Shanghai Lan Cai Asset Management Co, Ltd., | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:18-cv-10255-SJO (MRWx) |
| v. | |
| Jia Yueting, | **(PROPOSED)** ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

The Court hereby orders that the request of:

Jia Yueting   ☐ Plaintiff   ☐ Defendant   ☒ Other  Respondent
*Name of Party*

to substitute   Jia Yueting                                                                   who is

☐ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☒ Pro Se

18455 S. Figueroa St.
*Street Address*

Gardena, CA 90248                            ytjbusiness@gmail.com
*City, State, Zip*                                  *E-Mail Address*

(424) 523-2943
*Telephone Number*         *Fax Number*           *State Bar Number*

as attorney of record instead of  Daniel Scott Schecter (Bar No. 171472);
*List **all** attorneys from same firm or agency who are withdrawing.*

R. Peter Durning, Jr. (Bar No. 277968); Michael A. Hale (Bar No. 319056)

is hereby   XX**GRANTED**   ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

8/28/19                                             *S. James Otero* (signature)
Dated

*U. S. District Judge/U.S. Magistrate Judge*