Bethany Stevens (SBN 245672)
bstevens@wscllp.com
Amanda Walker (SBN 252380)
awalker@wscllp.com
WALKER STEVENS CANNOM LLP
500 Molino Street, Suite 118
Los Angeles, California 90013
Telephone: (213) 712-9145
Fax: (213) 403-4906

Michael Ng (SBN 237915)
michael.ng@kobrekim.com
Daniel Zaheer (SBN 237118)
daniel.zaheer@kobrekim.com
KOBRE & KIM LLP
150 California Street, 19th Floor
San Francisco, California 94111
Telephone: (415) 582-4800

(Additional Counsel on next page)

*Attorneys for Judgment Creditor*
*Shanghai Lan Cai Asset*
*Management Co, Ltd.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **SHANGHAI LAN CAI ASSET MANAGEMENT CO, LTD.**, <br><br> Petitioner, <br><br> v. <br><br> **JIA YUETING**, <br><br> Respondent. | Case No. 2:18-cv-10255-SJO-MRW <br><br> **[PROPOSED] ORDER GRANTING JUDGMENT CREDITOR'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER** <br><br> Hon. S. James Otero |

---

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION

1  Christopher Cogburn (admitted *pro hac vice*)
   christopher.cogburn@kobrekim.com
2  KOBRE & KIM LLP
   800 Third Avenue
3  New York, New York 10022
   Telephone: (212) 488 1200
4
   John Han (admitted *pro hac vice*)
5  john.han@kobrekim.com
   KOBRE & KIM
6  3 Garden Road
   ICBC Tower, Unit 601
7  Central, Hong Kong SAR
   Telephone: +852 2127 3291
8
   *Attorneys for Petitioner*
9  *Shanghai Lan Cai Asset*
   *Management Co, Ltd.*
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION

The Court, having considered Judgment Creditor Shanghai Lan Cai Asset Management Co, Ltd.'s ("SLC") *Ex Parte* Application for Temporary Restraining Order, and good cause appearing, HEREBY ORDERS THAT:

- SLC's Application is GRANTED; and
- Until the Court rules on SLC's pending Motion for Injunction (Dkt. No. 55), Judgment Debtor Jia Yueting is enjoined from taking any step to transfer, conceal, reduce, encumber, or otherwise make unavailable — either personally or through instructions to another — Jia's beneficial interest in Faraday & Future Inc.

**IT IS SO ORDERED.**


DATED: _____            _____
                                  HON. S. JAMES OTHER
                                  UNITED STATES DISTRICT JUDGE