# EXHIBIT 2

# Faraday Future Rumored to Restructure, CEO to Step Down

INDUSTRY   **AJ Cortese**   August 27, 2019



Faraday Future CEO Jia Yueting (Source: teslarati.com)

Embattled Chinese electric vehicle maker Faraday Future (FF) has added another chapter to its tumultuous history, as the company is rumored to be restructuring its organization and CEO Jia Yueting will step down as the firm's leader.

Rumors surfaced on August 26 that FF will likely restructure into a partnership with no additional details available. FF's risk-taking CEO and founder is attempting to rectify both his personal debt and the company's debt by setting up a trust fund to repay his creditors.

The fund will be financed with Jia's shares of FF which, following a future IPO, should net him and the company the funds needed to repay the mountains of debt. Jia has stated that he will take on the full responsibilities of paying back his debts.



Following FF's very public break up with the Chinese real estate giant and lead financier, Evergrande Group, the electric vehicle company lacked the funds to continue much of its operations. FF was forced to lay off many employees and sell its Los Angeles headquarters.

With Jia stepping down as the leader of the firm, the company should be able to try and revive itself, whether that is via a joint venture partnership or some other type of structural reorganization.

TAGS: ELECTRIC VEHICLE | FARADAY FUTURE | FF | IPO

**Spread the love:**

**MORE STORIES**

### Elon Musk and Jack Ma Debate AI at World AI Conference In Shanghai

**AJ Cortese**  Aug 29

### Huawei Wants to Construct First Fiber-Optic Cable Between Asia and South America

**Nora Lindvall**  Aug 29

### Tencent Invests in Chinese Comic App Kuaikan

**Gabriel Li**  Aug 29

### Insiders Deny Claims of China's Central Bank Launching a Cryptocurrency

**Nora Lindvall**  Aug 28

### NIO to Launch Cheaper Electric SUV ES3

**Nora Lindvall**  Aug 28


Home


Video


Podcast


Explore


News


