# EXHIBIT 3

AUGUST 29, 2019

# Statement on Recent News of Faraday Future's Restructuring Plan and CEO Resignation

Posted by FF Team

   

← BACK TO INDEX

This statement is in response to the recent reports on Faraday Future's (FF) restructuring plan and the resignation of Mr. Jia Yueting as CEO.

FF began restructuring its organization in late 2018 and we have not only implemented many top management changes, but we continue to adapt to the marketplace to ensure our competitiveness remains in place. FF will announce more details on this in the near future.

We are hopeful that our current and future employees will see the many benefits of our change of governance structure. The optimization of FF's organizational structure has accelerated the company's global integration, promoted more competent and mid-level managers to leadership positions, and significantly improved the overall levels of organizational innovation and competencies.

In 2014 FF defined and introduced FF 91, a disruptive entry in the EV marketplace. While we continue to conduct rigorous testing before the final delivery of FF 91, FF is also working on product upgrades and iterations in the field of I.A.I (Internet, Autonomous Driving and AI), which are crucial to our vehicle's core competencies.

The Internet Ecosystem model created by FF's founder Jia Yueting is still essential to the

long-term development of FF. Mr. Jia's forward-looking vision and strategy have given FF its transformational genes; his strategic planning in business model innovation has also established FF's differentiated competitiveness, and will also continue to promote product technology innovation and ecological innovation to help FF achieve its long-term strategic goals.

Mr. Jia continues to attend to his remaining debts and has made it a priority to repay them as quickly as he can. Most recently he has repaid more than $3 billion in domestic (China) debt through various means during the past two years. The establishment of the debt repayment trust hopes to provide a thorough solution to this issue as soon as possible. FF will make a major announcement on September 3rd so we encourage you to tune in to see what is next for Faraday Future.

Faraday Future

08/28/2019

**ABOUT FARADAY FUTURE**

Faraday Future (FF) is a California-based global shared intelligent mobility company. Established in May 2014, FF is a global company, headquartered in Los Angeles. FF's vision is to create a shared intelligent mobility ecosystem that empowers everyone to move, connect, breathe and live freely.

FOLLOW FARADAY FUTURE:

https://www.ff.com/

https://twitter.com/FaradayFuture

https://www.facebook.com/faradayfuture/

https://www.instagram.com/faradayfuture/

www.linkedin.com/company/faradayfuture

FOR MORE INFORMATION ABOUT FARADAY FUTURE, CONTACT:

John Schilling

Director, Public Relations

310-956-6488

john.schilling@ff.com



## PRESS CONTACT

Thanks for your interest in FF and the future of mobility.

For media inquiries, contact us:

John Schilling

press@ff.com

310.956.6488





© 2019  Faraday&Future Inc. The Faraday Future name and logo are trademarks of Faraday&Future Inc. All rights reserved.