1  CARLOS M. LAZATIN (Bar No. 229650)
   clazatin@omm.com
2  WILLIAM K. PAO (Bar No. 252637)
   wpao@omm.com
3  O'MELVENY & MYERS LLP   NOTE: CHANGES MADE BY THE COURT
4  400 South Hope Street
   Los Angeles, California  90071–2899
5  Telephone:    (213) 430-6000
   Facsimile:    (213) 430-6407
6
7  Attorneys for Respondent Jia Yueting
8
9
10
11              **UNITED STATES DISTRICT COURT**
12              **CENTRAL DISTRICT OF CALIFORNIA**
13
14 SHANGHAI LAN CAI ASSET            Case No. 2:18-cv-10255-SJO (MRWx)
   MANAGEMENT CO., LTD.,
15                                   **[~~PROPOSED~~] ORDER GRANTING**
                                     **JOINT STIPULATION TO**
16        Petitioner,                **CONTINUE JUDGMENT**
                                     **DEBTOR'S EXAMINATION OF**
17     v.                            **RESPONDENT JIA YUETING**
18 JIA YUETING,                      Judge:  Hon. Michael R. Wilner
                                     Courtroom:  550
19        Respondent.
20
21
22
23
24
25
26
27
28
                                     [PROPOSED] ORDER GRANTING JOINT
                                          STIP. RE: DEBTOR EXAM.
                                         2:18-CV-10255-SJO (MRWx)

This Matter came before the Court on Petitioner Shanghai Lan Cai Asset Management Co., Ltd. and Respondent Jia Yueting's Joint Stipulation To Continue Judgment Debtor Examination of Respondent Jia Yueting.  Having reviewed the stipulation, and for good cause shown, the Court hereby GRANTS the stipulation. The judgment debtor examination currently scheduled for September 11, 2019, at 9:00 a.m., *see* Dkt. No. 63, is VACATED.  Respondent is ORDERED to appear before this Court, at **Courtroom 550 of** the Roybal Courthouse, 255 E. Temple Street, Los Angeles, CA, ~~the First Street Courthouse, 350 West 1st Street, Los Angeles, CA, or another location agreed by the parties in writing, whichever is able to host the examination at the appointed time,~~ for a judgment debtor examination on October 17 and 18, 2019, at 9:00 a.m.  The judgment debtor examination shall not exceed twelve (12) hours on the record.  Service of the debtor's examination order (Dkt. No. 63) and this Order may be made by ECF in lieu of service pursuant to CCP Section 708.110 and Section 415.10.

**IT IS SO ORDERED.**

DATED this 4th day of September, 2019.

_____

The Honorable Michael R. Wilner
United States Magistrate Judge

1. Unless they agree otherwise, the parties will meet with Judge Wilner in the courtroom before the JD exam to discuss procedures.
2. The witness may be questioned in the courthouse attorney lounge or any other mutually acceptable location (counsel's office?).
3. The Court thanks the attorneys for professionally working out the problematic scheduling and duration issues of the exam.   MRW

[PROPOSED] ORDER GRANTING JOINT
STIP. RE: DEBTOR EXAM.
2:18-CV-10255-SJO (MRWx)