U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: Shanghai Lan Cai Asset Management Co Ltd | COURT CASE NUMBER: 2:18-cv-10255-SJO (C.D. Cal.) |
| DEFENDANT: Jia Yueting | TYPE OF PROCESS: Order to Appear |

SERVE AT
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Jia Yueting
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): Faraday Future, 18455 S. Figueroa St., Gardena, CA 90248

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Bethany Stevens
500 Molino St #118
Los Angeles, CA 90013

- Number of process to be served with this Form 285: 1
- Number of parties to be served in this case: 1
- Check for service on U.S.A.: —

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Business hours

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
Beth
TELEPHONE NUMBER: 213 712 9145
DATE: 8/26/19

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
- Total Process: —
- District of Origin No.: 12
- District to Serve No.: 12
- Signature of Authorized USMS Deputy or Clerk: [signature]
- Date: 8/28/19

☐ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): —
Date: 9/4/19  Time: 1:53 ☒ pm
Signature of U.S. Marshal or Deputy: [signature]  Badge# 31444

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65 | 15.08 | | 80.08 | | |

REMARKS:
Faraday Future's Assistant General Counsel, Sherry Shibbe states that they are not allowed to accept legal documents for employees. She stated that Jia Yueting is part of their "IT" department, therefore he has to be served at his home address.

- # of DUSMS: 1
- # of hours for all DUSMS: 1
- # of round trip miles for all vehicles: 26

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18