CARLOS M. LAZATIN (S.B. #229650)
clazatin@omm.com
WILLIAM K. PAO (S.B. #252637)
wpao@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:    (213) 430-6000
Facsimile:    (213) 430-6407

Attorneys for Respondent
JIA YUETING

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANGHAI LAN CAI ASSET MANAGEMENT CO, LTD.,<br><br>                    Petitioner,<br><br>        v.<br><br>JIA YUETING,<br><br>                    Respondent. | Case No. 2:18-cv-10255-SJO-MRW<br><br>**AMENDED NOTICE OF SUGGESTION OF BANKRUPTCY** |

**TO ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that, on October 14, 2019 (the "Petition Date"), Respondent Jia Yueting filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*., as amended (the "Bankruptcy Code"), with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), bearing Case No. 19-12220 (*see* Exhibit A).

The Respondent files this Notice in an abundance of caution because Petitioner Shanghai Lan Cai Asset Management Co, Ltd.'s claims in the present case are barred in whole by the Respondent's pending bankruptcy proceeding.  Pursuant to section 362 of the Bankruptcy Code, certain acts and proceedings against the Respondent and his property are stayed (the "Automatic Stay").  *See* 11 U.S.C. § 362(a).  Pursuant to section 362 of the Bankruptcy Code, the Respondent's creditors, including the Petitioner, are also restrained and enjoined, as of the Petition Date, from, among other things:

1. Performing any act to: (i) obtain possession of property of the Respondent's bankruptcy estate as set forth in section 541 of the Bankruptcy Code (the "Estate"), or (ii) exercise control over property of the Estate;

2. Filing a lawsuit or continuing any existing lawsuit against the Respondent;

3. Performing any act to collect their claims, including telephoning or otherwise communicating with the Respondent, for the purpose of collecting such claims;

4. Enforcing any judgment against the Respondent; or

5. Performing any act to enforce a lien against property of the Estate.

Creditors must apply to the Bankruptcy Court for relief from the Automatic Stay in accordance with the provisions set forth in section 362 of the Bankruptcy Code in order to proceed with any of the actions barred by the Automatic Stay.  The acts alleged in the Petition in this case come within the temporal scope of the above-described bankruptcy proceeding, which remains active.

1     PLEASE TAKE FURTHER NOTICE that any action taken against the

2  Respondent without obtaining relief from the Automatic Stay from the Bankruptcy Court

3  may be void *ab initio* and may result in a finding of contempt against Petitioner or any

4  other party taking such action.  The Respondent reserves and retains his statutory right to

5  seek relief in the Bankruptcy Court from any judgment, order, or ruling entered in

6  violation of the Automatic Stay.

7  Dated: October 16, 2019                    O'MELVENY & MYERS LLP

8

9                                             By:   */s/ William K. Pao*
                                                     William K. Pao

10

11                                            Attorneys for Respondent
                                              JIA YUETING

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

---

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Yueting**<br>First name<br><br>_____<br>Middle name<br><br>**Jia**<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | **YT Jia** |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-8972** |  |

Debtor 1    **Yueting Jia** _____      Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

**About Debtor 1:**

■ I have not used any business name or EINs.

_____
Business name(s)

_____
EINs

**About Debtor 2 (Spouse Only in a Joint Case):**

☐ I have not used any business name or EINs.

_____
Business name(s)

_____
EINs

**5.** **Where you live**

**91 Marguerite Drive**
**Rancho Palos Verdes, CA 90275**
Number, Street, City, State & ZIP Code

**Los Angeles**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

Check one:

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

■ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

**Debtor's principal asset is located in this district**

Check one:

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

Exhibt A  Page 5

Debtor 1    **Yueting Jia**    Case number *(if known)* _____

| Part 2: | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| | | |
|---|---|---|
| Debtor _____ | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |
| Debtor _____ | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.** **Do you rent your residence?**

☐ No.    Go to line 12.
■ Yes.    Has your landlord obtained an eviction judgment against you?

■ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Exhibt A  Page 6

Debtor 1   **Yueting Jia**                                      Case number *(if known)* _____

| **Part 3:** | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐   None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ No.   I am not filing under Chapter 11.

■ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| **Part 4:** | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____
_____
Number, Street, City, State & Zip Code

Debtor 1    **Yueting Jia**                                              Case number *(if known)* _____

| **Part 5:** | Explain Your Efforts to Receive a Briefing About Credit Counseling |

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

**About Debtor 1:**
*You must check one:*

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

　☐ **Incapacity.**
　I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

　☐ **Disability.**
　My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

　☐ **Active duty.**
　I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

　☐ **Incapacity.**
　I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

　☐ **Disability.**
　My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

　☐ **Active duty.**
　I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Exhibt A  Page 8

Debtor 1   Yueting Jia                                                    Case number (if known) _____

| **Part 6:** | Answer These Questions for Reporting Purposes |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☑ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☑ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☑ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☑ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **Part 7:** | Sign Below |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

_Yueting Jia_____          _____
Signature of Debtor 1                                    Signature of Debtor 2

Executed on _____          Executed on _____
                    MM / DD / YYYY                                         MM / DD / YYYY

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number (if known) _____

Chapter you are filing under:

☐ Chapter 7
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

---

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 7:    Sign Below**

For you

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| Yueting Jia | Signature of Debtor 2 |
| Signature of Debtor 1 | |
| Executed on  10/14/2019 | Executed on |
| MM / DD / YYYY | MM / DD / YYYY |

---

Exhibt A  Page 10

Debtor 1    **Yueting Jia** _____    Case number _(if known)_ _____

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

_James E. O'Neill_ _____    Date  _10/14/2019_
Signature of Attorney for Debtor                            MM / DD / YYYY

**James E. O'Neill** _____
Printed name

**Pachulski Stang Ziehl & Jones LLP** _____
Firm name

**919 N. Market Street**
**17th Floor**
**Wilmington, DE 19899** _____
Number, Street, City, State & ZIP Code

Contact phone   **302-652-4100** _____    Email address   **joneill@pszjlaw.com** _____

**4042 DE** _____
Bar number & State

Exhibt A  Page 11

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Yueting Jia |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | _____ |

☐ Check if this is an
    amended filing

## Official Form B 104
## For Individual Chapter 11 Cases:   List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders
**12/15**

---

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form.   If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form.   Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.   11 U.S.C. § 101.   Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

List the 20 Unsecured Claims in Order from Largest to Smallest.   Do Not Include Claims by Insiders.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total Claim (secured and unsecured) | Value of Security | Unsecured claim |
| 1. | Shenzhen Yingda Capital Management Co., Ltd. 22nd Floor, West Tower, World Financial Center, Chaoyang District, Beijing 100020 CHINA | Qianhong Shi (+86)13581768171 shiqh@ydcmc.com | Personal Guarantee | | $279,720,279.72 | $0.00 | $279,720,279.72 |
| 2. | China CITIC Bank Co., Ltd. Head Office Sales Department Room 1001, 10th Floor, Block E, Global Trade Center, No. 36 North Third Ring Road, Dongcheng District, Beijing CHINA 100013 | Bo zhang (+86)13810069580 zhangbo@cinda.com.cn | Personal Guarantee | | $233,034,335.66 | $0.00 | $233,034,335.66 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

DOCS_LA:324914.5 46353/001

Exhibt A  Page 12

Debtor    Yueting Jia _____      Case number *(if known)* _____

        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total Claim (secured and unsecured) | Value of Security | Unsecured claim |
| 3. | Ping An Bank Co., Ltd. Beijing Branch Room 1105,Building A，Oriental Media Center No.4 Guanghua Road，Chaoyang District, Beijing 100026 CHINA<br><br>Ping An Bank Co., Ltd. Shenzhen Branch No. 1009, Shennan Zhong Road, Futian District, Shenzhen, Guangdong, CHINA 518000 | Yao Zhang (+86)18600299807 zhangyao335@pingan.com.cn | Personal Guarantee/ Stock Pledge | | $230,846,153.85 | $24,044,756.51 | 206,801,397.24 |
| 4. | Zhejiang Zhongtai Chuangzhan Enterprise Management Co., Ltd. 29th Floor, Block T1, Wangjing Poly International Plaza, Chaoyang District, Beijing CHINA 100102 | Xijie Jin (+86)13810445157 124898362@qq.com | Personal Guarantee | | $181,818,181.82 | $0.00 | $181,818,181.82 |
| 5. | China Minsheng Trust Co., Ltd. 18th Floor, Block C, Minsheng Financial Center, No. 28 Jianguomen Inner Street, Dongcheng District, Beijing, CHINA 100005 | Hao Yan 13651286130 yanhao@msxt.com | Personal Guarantee/ Stock Pledge | | $189,860,139.86 | $14,130,247.42 | $175,729,892.44 |
| 6. | Chongqing Strategic Emerging Industry LeEco Cloud Special Equity Investment Fund Partnership 16, Block B1, Tuxing, No. 92 Xingguang Avenue, New Northern District, Chongqing 401121 CHINA | Jiawang He (+86)13162857516 13162857516@163.com | Loan Guarantee | | $139,860,139.86 | $0.00 | $139,860,139.86 |

| Debtor | Yueting Jia | Case number *(if known)* |
|---|---|---|
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total Claim (secured and unsecured) | Value of Security | Unsecured claim |
| 7. | Linfen Investment Group Co., Ltd. City Investment Building West Fenhe Road Linfen Economic Technological Development Zone Linfen, Shanxi 041000 CHINA | Xuesong Wang +8613835765986 lftzcwb@163.com | Personal Guarantee | | $139,860,139.86 | $0.00 | $139,860,139.86 |
| 8. | Ping An Securities Co., Ltd. Room 1105, Building A, Oriental Media Center No.4 Guanghua Road，Chaoyang District, Beijing CHINA 100026 | Yao Zhang 18600299807 zhangyao335@pingan.com.cn | Loan | | $178,514,685.32 | $39,255,272.72 | $139,259,412.60 |
| 9. | Changjiang Securities (Shanghai) Asset Management Ltd. ChangJiang Asset Management,27F, Century Link Tower 1,No.1198 Century Avenue,Pudong New District, Shanghai CHINA 200122 | Yanfang Hu 13917839177 huyf@cjsc.com | Loan | | $139,860,139.86 | $28,108,363.63 | $111,751,776.23 |
| 10. | Huarong Securities Co., Ltd. Beijing Branch 3/F, Block C, No.8 Financial Street, Xicheng District, Beijing CHINA 100033 Beijing Deheng (Hangzhou) Law Office 10/F, Huafeng International, 200 Xinye Road, Jianggan District, Hangzhou, Zhejiang 310020 CHINA | **Contact 1**: Hui Ke 18601154168 kehui@hrsec.com.cn **Contact 2**: Jianing Huang 18658811166 huangjn@dehenglaw.com | Loan | | $111,173,426.57 | $23,745,090.91 | $87,428,335.66 |

Debtor    Yueting Jia
          Name

Case number *(if known)*

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total Claim (secured and unsecured) | Value of Security | Unsecured claim |
| 11. | Xizang Jinmeihua Investment Co., Ltd. No.462 Management Committee of Yangda Industrial Park in Duilong Deqing District, Lhasa, Tibet, 851400 | Jun Wang Tel: 13927466066 Email: wangjun@hongzhao.com | Loan Guarantee | | $81,937,418.00 | $0.00 | $81,937,418.00 |
| 12. | Everbright Xinglong Trust Co., Ltd. 10F, Financial Street Center Building, No. 9 Financial Street, Beijing, CHINA 100032.<br><br>Jilin Jiutai Rural Commercial Bank No.2559 Weishan Road, Gaoxin District, Changchun, Jilin, CHINA 130015 | **Contact 1**: Yuanyuan Chen 15001192812 chenyuanyuan@ebtrust.com<br><br>**Contact 2**: Zhuo Zhan 18946789886 jtnshth2@163.com | Personal Guarantee/ Stock Pledge | | $97,902,097.90 | $20,417,090.91 | $77,485,006.99 |
| 13. | Shanghai Leyu Chuangye Investment Management Center LP 2301B Urban Headquarters Building, 168 Tibet Middle Road, Huangpu District,Shanghai, CHINA 200001. | YI CHEN 13916863257 chenyi@htlcm.com | Loan Guarantee | Disputed | $74,211,217.55 | $0.00 | $74,211,217.55 |
| 14. | China Merchants Bank Co., Ltd. Shanghai Chuanbei Branch Room1609，No. 1717, North Sichuan Road, Hongkou District, Shanghai, CHINA 200080 | Youjia Wang 15900914435 wang_yj@cmbchina | Personal Guarantee/ Stock Pledge | | $70,408,163.27 | $9,227,636.36 | $61,180,526.91 |
| 15. | Huafu Securities Co., Ltd. 18F, China Merchants Bank Tower, No. 1088 Lujiazui Ring Road, Pudong New District, Shanghai CHINA 200120 | Sichen Chen 18621666343 qyx@hfzq.com.cn | Loan | | $69,930,059.93 | $13,756,363.63 | $56,173,706.30 |

Debtor    Yueting Jia _____    Case number *(if known)* _____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total Claim (secured and unsecured) | Value of Security | Unsecured claim |
| 16. | Western Securities Co., Ltd Room 10000，Building 8, No. 319, Dongxin Street, Xian, Shanxi CHINA 710004 | Ning Liu 13909213203 liuning@xbmail.com.cn | Loan | | $66,223,776.22 | $11,581,817.71 | $54,641,958.51 |
| 17. | E-TOWN INTERNATIONAL HOLDING (HONG KONG) CO.,LTD. 23-25 Floors, Block A, Yaicheng Wealth Center, 22 Ronghua Road, Economic and Technological Development Zone，Daxing District, Beijing CHINA 100176 | WEI YUAN 13801220419 yuanwei@etowncapital.com | Loan Guarantee | | $50,000,000.00 | $0.00 | $50,000,000.00 |
| 18. | Jiangyin Hailan Investment Holding Co., Ltd. Xinqiao Town, HaiLan investment, Hailan Garment Industry City, Jiangyin, Jiangsu, CHINA 214400 | YONG TANG 13921881766 jsfushizi@163.com | Loan Guarantee | | $50,000,000.00 | $0.00 | $50,000,000.00 |
| 19. | TWC Group Co., Ltd. No. 6，Chaowai Street, 12 Floors,Block B,Wantong Center, Chaoyang District, Beijing, CHINA 100005 | Renjiang Cheng Tel: 18001162092 Email: renjiangc@twcgroup.com | Loan Guarantee | Disputed | $50,000,000.00 | $0.00 | $50,000,000.00 |
| 20. | Huaxin International Trust Co., Ltd. 11th Floor Tower B China Huadian Building No. 2 Xuanwumen Nei Street, Xicheng District Beijing 100031 CHINA | Feng Zifeng Tel: 010-83568281 | Personal Guarantee/ Stock Pledge | | $55,944,055.94 | $8,598,909.09 | $47,345,146.85 |

## DECLARATION UNDER PENALTY OF PERJURY

I, Yueting Jia, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Who Have the 30 Largest Unsecured Claims Against You and Are Not Insiders, and that the list is true and correct to the best of my information and belief.

October 14 , 2019

_____
Yueting Jia

# United States Bankruptcy Court
## District of Delaware

In re   **Yueting Jia**                                                Case No. _____
                                         Debtor(s)        Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   October 14, 2019 _____          _____
                                          **Yueting Jia**
                                          Signature of Debtor

BANK OF BEIJING CO LTD. (KUN 35 SHOPPINGI
B)
1-1, 1-2, 1-3, BUILDING 1
2ND DISTRICT, XUEFU SHUJIAYUAN,
HAIDIAN DISTRICT
BEIJING, BEIJING 100085 CHINA

BEIJING JUNCO BUILDING NEW CENTURY LTD
CO
BUILDING 3
13 COURTYARD NO,WORKERS SADIUM
NORTH ROA
CHAOYANG DISTRICT
BEIJING, BEIJING 100000 CHINA

BEIJING JUNHAO REAL ESTATE DEV CO LTD
12 FLOORS, BLOCK B, WANTONG CENTER
NO. 6, CHAOWAI ST, CHAOYANG DISTRICT
CHAOYANG DISTRICT
BEIJING, BEIJING 10005 CHINA

BEIJING BLUE GIANT REAL ESTATE INVEST.
12 FLOORS, BLOCK AB
WANTONG CENTER
NO. 6, CHAOWAI STREET
BEIJING, CHAOYANG DISTRICT 100005
CHINA

BEIJING CENTURY RUIKE SYSTEM TECH CO
ROOM 608, 6TH FLOOR, NORTH TOWER
DAHENG TECHNOLOGY BUILDING
NO. 3 SUZHOUS STREET, HAIDIAN DISTRICT
BEIJING, BEIJING CHINA

BEIJING CHUANGJIN XINGYE INVESTMENT
CENT
6TH FLOOR, BLOCK B,
NO.4, EAST WANGJING ROAD,
CHAOYANG DISTRICT
BEIJING, BEIJING 100102 CHINA

BEIJING DEHENG (HANGZHOU) LAW OFFICE
10/F HUAFENG INTERNATIONAL
200 XINYE ROAD
JINGGAN XINCHENG DISTRICT
HANGZHOU, ZHEJIA 310020 CHINA

BEIJING DONGFANG CHEYUN INFORMATION
TECH
ROOM 1123, FLOOR 11
BUILDING 1, NO. 8-1
WEST FOURTH RING RD SOUTH, FENGTAI
DIST
BEIJING, BEIJING 100000 CHINA

BEIJING FORTUNE TIES PROPERTIES CO
LTD
ROOM 1102, FLOOR 10, BUILDING 3
105 YAOJIAYUAN ROAD
CHAOYANG DISTRICT
BEIJING, BEIJING 100000 CHINA

BEIJING FORTUNE TIMES PROPERTIES CO.
LTD
SHOP E405-1, FLOOR 0401, BUILDING 3
13 COURTYARD NO, WORKERS SADIUM
NORTH RD
CHAOYANG DISTRICT
BEIJING 100000

BEIJING HAIDIAN TECHNOLOGY FINANCIAL
CAP
ROOM 1520 NO.66 RD.
NORTH FOURTH RING ROAD
HAIDIAN DISTRICT
BEIJING, BEIJING 100080 CHINA

BEIJING HONGCHENG XINTAI PROPERTIES
LTD
1501, FLOOR 15, BUILDING 3
105 YAOJIAYUAN ROAD
CHAOYANG DISTRICT
BEIJING, BEIJING 100025 CHINA

BEIJING HUAXING MOBILE ASSET
MANAGEMENT
9 FLOORS, BLOCK B, DERUN BUILDING,
BUILDING 1, NO. 3 YONGAN DONGLI JIA,
CHAOYANG DISTRICT
BEIJING, BEIJING 100022 CHINA

BEIJING JIAXIN TENGDA INFORMATION
CONSUL
ROOM 1019,10TH FLOOR,BUILDING 1
NO. 166 FUSHI ROAD
SHIJINGSHAN DISTRICT
BEIJING, BEIJING 100043 CHINA

BEIJING SIWEI EQUITY INVESTMENT MGMT
ROOM 2608,PENGRUN BUILDING,
NO.26 XIAOYUN ROAD,
CHAOYANG DISTRICT
BEIJING, BEIJING 100016 CHINA

BEIJING YINGDA CAPITAL MANAGEMENT
CO.,LT
22 FLOORS
WEST TOWER OF GLOBAL FINANCIAL
CENTER,
CHAOYANG DISTRICT
BEIJING, BEIJING 100020 CHINA

BOE TECHNOLOGY (HONG KONG) LTD.
8 XIHUAN ZHONG LU
YIZHUANG ECONOMIC AND
TECHNOLOGICAL
DEVELOPMENT ZONE
BEIJING, BEIJING 102600 CHINA

CHANGJIANG SECURITIES ASSET MGT LTD.
27F,CENTURY LINK TOWER 1
NO.1198 CENTURY AVENUE,
PUDONG NEW DISTRICT
SHANGHAI 200122 CHINA

CHINA CITIC BANK CO., LTD. HEAD OFFICE
ROOM 1001,10TH FLOOR, BLOCK E,
GLOBAL TRADE CENTER,NO.36 NORTH
THIRD RING ROAD, DONGCHENG DISTRIC
BEIJING, BEIJING 100013 CHINA

CHINA CONSUMER CAPITAL FUND II, L.P.
A303,BLOCK A,ZHONGLIANG PLAZA,
8 JIANGUOMEN NEIJIE STREET,
DONGCHENG DISTRICT
BEIJING, BEIJING 100005 CHINA

CHINA EVERGRANDE GROUP
PO BOX 309, UGLAND HOUSE
GRAND CAYMAN KY1-114 CAYMAN ISLANDS

CHINA MERCHANTS BANK CO., LTD.
SHANGHAI
CHINA MERCHANTS BANK ROOM 1609
NO. 1717, NORTH SICHUAN ROAD,
HONGKOU DISTRICT,
SHANGHAI, SHANGHAI 200080 CHINA

CHINA MINSHENG TRUST CO., LTD.
18TH FLOOR, BLOCK C
MINSHENG FINANCIAL CENTER, 28
JIANGUOME INNER STREET, DONGHCENG
DIST
BEIJING 100005 CHINA

CHINA SOFT GROWING INVEST WUXI
PARTSHP.
ROOM 1612,YINGU BUILDING
NO.9,WEST NORTH FOURTH RING ROAD,
HAIDIAN DISTRICT
BEIJING, BEIJING 100190 CHINA

CHINA ZHESHANG BANK CO., LTD. BEIJING
ROOM 5701,BLOCK B,
CHINA WORLD TRADE CENTER TOWER III,
NO.1 JIANGUOMENWAI STREET,CHAOYANG
DISTR
BEIJING, BEIJING 100020 CHINA

CHONGQING STRATEGIC EMERGING
INDUSTRY LE
16,BLOCK B1,TUXING,
NO.92 XINGGUANG ROAD,
NEW NORTHERN DISTRICT
CHONGQING, CHONGQING 401121 CHINA

CHONGQING YINGFEI HENGXIN INVEST MGT
FFC 2812
NO. 1 FORTUNE AVENUE
YUBEI DISTRICT
CHONGQING, CHONGQING 401120 CHINA

DENTONS LLP
ATTN: DANIEL G. MORRIS/WILLIAM OBRIEN
1900 K STREET NW
WASHINGTON, DC 20006

E-TOWN INTERNATIONAL HOLDING(HONG
KONG)CO LTD
23-25 FLOORS, BLOCK A,YAICHENG WEALTH
22 RONGHUA ROAD, ECONOMIC AND
TECHNOLOGICAL
DEVELOPMENT ZONE DAXING DISTRICT
BEIJING, BEIJING 100176 CHINA

EVERBRIGHT XINGLONG TRUST CO., LTD.
10F,
FINANCIAL STREET CENTER BUILDING,
NO.9 FINANCIAL STREET
BEIJING, BEIJING 100032 CHINA

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS: A-340
PO BOX 2952
SACRAMENTO, CA  95812-2952

16F,NO.650,
HANKOU ROAD,
HUANGPU DISTRICT
SHANGHAI, SHANGHAI 200001 CHINA

358 JIANGBIN MIDDLE AVENUE
TAIJING DISTRICT
FUZHOU, FUJIAN  350009
CHINA

HANS SAN JOSE HOSPITALITY
3953 NORTH 1ST STREET
SAN JOSE, CA  95134

HANS SAN JOSE HOSPITALITY
420 MADISON AVENUE
SUITE 500
NEW YORK, NY  10017

HONG LIU
ROOM 2256, BUILDING 1, ZONE 2
86 BEIYUAN ROAD,
CHAOYANG DISTRICT
BEIJING, BEIJING 100101 CHINA

HONGHU DA
NO.18
HAIAN ZHONGBA, SOUTH ROAD
NANTONG, JIANGSU
226699 CHINA

HUAFU SECURITIES CO., LTD.
18F,CHINA MERCHANTS BANK TOWER,
NO.1088 LUJIAZUI RING ROAD,
PUDONG NEW DISTRICT
SHANGHAI, SHANGHAI  200120  CHINA

HUARONG SECURITIES CO., LTD.
BEIJING BRANCH 3/F, BLOCK C,
NO.8 FINANCIAL STREET, XICHENG DISTRICT
BEIJING, BEIJING 100033
CHINA

HUAXIA LIFE INSURANCE CO. LTD.
NO. 2ZENNG1 SHUILAN ROAD
CENTRAL BUSINESS DISTRICT
BINHAI NEW DISTRICT
TIANJIN 300457 CHINA

HUAXIN INTERNATIONAL TRUST CO., LTD.
11TH FLOOR, TOWER B
CHINA HUADIAN BUILDING
NO. 2 XUANWUMEN NEI STREET, XICHENG
DIST
BEIJING, BEIJING  100031  CHINA

HUITIAN NETWORK TECHNOLOGY CO., LTD.
NO.19, JIUZHONG ROAD,
JIUGONG TOWN
DAXING DISTRICT
BEIJING, BEIJING 102600 CHINA

HUITIAN NETWORK TECHNOLOGY CO., LTD.
ROOM 209, NO. 1 XUXINZHUANG STREET
SOAGZHUANG TOWN
TONGZHOU DISTRICT
BEIJING 101119 CHINA

HUIZHOU SPEED & SECOND CURVE
CAPITAL MGT
HONGXITAI 8-1008,
SECOND STREET,SUN PALACE,
CHAOYANG DISTRICT
BEIJING, BEIJING  100028  CHINA

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA  19101-7346

JIANGSU HONGTU VENTURE CAPITAL
MANAGEMENT CO LTD
7TH FLOOR, BLOCK D, QIAOFU
FANGCAODI,NO. 9 DONGDAQIAO ROAD,
CHAOYANG DISTRICT
BEIJING, BEIJING  100020  CHINA

JIANGYIN HAILAN INVESTMENT HOLDING
CO.,
HAILAN INVESTMENT,
HAILAN GARMENT INDUSTRY CITY, XINQIAO
TO
JIANGYIN, JIANGSU  214400
CHINA

JIAXING HAIWEN INVESTMENT
PARTNERSHIP (L
A10F,LIANGMAMINGJU
36 LIANGMAQIAO ROAD,
CHAOYANG DISTRICT
BEIJING, BEIJING  00125  CHINA

JILIN JIUTAI RURAL COMMERCIAL BANK
NO. 2559 WEISHAN ROAD
GAOXIN DISTRICT
CHANGCHUN, JILIN  130015
CHINA

JINAN RUI SI LE ENTERPRISE MANAGEMENT
CO
BUILDING A3, BUILDING 18,
ZHONGRUN CENTURY PLAZA, 13777
JINGSHI RO
LIXIA DISTRICT
JINAN, SHANDONG  250000  CHINA

JINHUA ZUMO NETWORK TECHNOLOGY
CO., LTD.
4 FLOORS,BUILDING 20
HUIYIN MINGZUN,599 LANE,
YUNLING EAST ROAD, PUTUO DISTRICT
SHANGHAI, SHANGHAI  200062  CHINA

JUSTIN C. HSIANG
LAW OFFICE OF JUSTIN C. HSIANG
5 THIRD STREET
SUITE 1100
SAN FRANCISCO, CA  94103-3212

KANSAS DEPT OF REVENUE
120 SE 10TH AVE
TOPEKA, KS  66612

KANSAS DEPT OF REVENUE
ATTN:  BANKRUPTCY UNIT
CIVIL TAX ENFORCEMENT
P.O. BOX 12005
TOPEKA, KS  66601

KOBRE AND KIM LLP
ATTN:  CALVIN K KOO
ICBC TOWER 6TH FLOOR
3 GARDEN ROAD
CENTRAL HONG KONG  CHINA

KOBRE AND KIM LLP
ATTN:  CHRISTOPHER COGBURN
800 THIRD AVENUE
NEW YORK, NY  10022

KOBRE AND KIM LLP
ATTN:  DANIEL ZAHHER/MICHAEL K. NG
150 CALIFORNIA ST
19TH FLOOR
SAN FRANCISCO, CA  94111

KOBRE AND KIM LLP
ATTN:  JOHN HAN
ICB TOWER 6TH FLOOR
3 GARDEN ROAD
CENTRAL  HONG KONG  CHINA

LA COUNTY TAX COLLECTOR
PO BOX 54110
LOS ANGELES, CA  90054

LATHAM & WATKINS LLP
10250 CONSTELLATION BOULEVARD,
SUITE 1100
LOS ANGELES, CA  90067

LE HOLDING (BEIJING) CO LTD
ROOM 1102, FLOOR 10, BLDG. 3
105 YAOJIAYUN ROAD
CHAOYANG DISTRICT
BEIJING, BEIJING 100025 CHINA

LEAN WORKSHOP (TIANJIN) INDUSTRY
COMMUNICATION LIMITED PARTNERSHIP
ROOM 204-366, CHUANGZHI BUILDING
NO. 482, ANIMATION MIDDLE ROAD
TIANJIN, TIANJIN 300000 CHINA

LEAN WORKSHOP (TIANJIN)
CULTURE COMMUNICATION LTD
PARTNERSHIP
ROOM 204-367 CHUANGZHI BUILDING
NO. 482, ANIMATION MIDDLE ROAD
TIANJIN, TIANJIN 300000 CHINA

LESAI MOBILE (BEIJING) CO LTD
1001, FLOOR 9, BUILDING 3
105 YAOJIAYUN ROAD
CHAOYANG DISTRICT
BEIJING 100025 CHINA

LESAI MOBILE HK LIMITED
UNIT 06, 3/F BONHAM TRADE CENTER
50 BONHAM STRAND
SHEUNG WAN 999077 HONG KONG

LESHI INTERNET INFORMATION &
TECHNOLOGY
CORP., BEIJING CHINA
BUILDING 3, 105 YAOJIAYUAN RAOD
CHAOYANG DISTRICT
BEIJING 100025 CHINA

LESHI MOBILE INTELLIGENT INFO
TECHNOLOGY
NO. 1, LINKONG 2ND ROAD,
NORTH WENHUAYING VILLAGE
GAOLIYING TOWN, SHUNYI DISTRICT
BEIJING, BEIJNG 101399 CHINA

LESHI ZHIXIN ELECTRONIC TECHNOLOGY
(TIANJIN) CO., LTD.
201-427, 2ND FLOOR, B1 DISTRICT
ANIMATION BLD, NO. 126
ANIME MEIDDLE ROA, TIAJIN ECO-CITY
CHINA

LETV FILM (BEIJING) CO., LTD.
ROOM 1002, BUILDING A,
NO.9 EAST FENGXIANG STREET,
YANGSONG TOWN, HUAIROU DISTRICT
BEIJING, BEIJING 101499 CHINA

LETV SPORTS CULTURE INDUSTRY
DEVELOPMENT
1102, FLOOR 10, BUILDING 3
105 YAOJIAYUN RD
CHAOYANG DISTRICT
BEIJING, BEIJING 100025 CHINA

LEVIEW MOBILE HK LIMITED
NO. 1, LINKONG 2ND ROAD,
NORTH WENHUAYING VILLAGE
GAOLIYING TOWN, SHUNYI DISTRICT
BEIJING, BEIJING 101399 CHINA

LEWIS & LLEWELLYN LLP
505 MONTGOMERY STREET,
SUITE 1300
SAN FRANCISCO, CA 94111

LEZHENG RONGTONG (TIANJIN) CULTURE
COMMUNICATION LP
ROOM 204-367, CHUANGZHI BUILDING
NO. 482, ANIMATION MIDDLE ROAD
TIANJIN, TIANJIN 300000 CHINA

LIJIE YANG
4-11B
CHAOYANG PARK
CHAOYANG DISTRICT
BEIJING, BEIJING 100005 CHINA

LIN TOU

LINFEN INVESTMENT GROUP CO. LTD
CITY INVESTMENT BUILDING
WEST FENHE ROAD
LINFEN ECONOMIC/TECHNOLOGICAL DEV
ZONE
SHANXI, LINFEN 041000 CHINA

MACROLINK GROUP HOLDINGS CO., LTD.
10TH FLOOR MACROLINK GROUP HQ BLDG
TAIHUN TOWN, GOVERNMENT STREET
TONGZHOU DISTRICT
BEIJING 101116 CHINA

MACROLINK GROUP HOLDINGS CO., LTD.
17F,XINHUALIAN BUILDING,
NO.18,DAJIAJIAYUAN,DONGSIHUAN
MIDDLE ROAD, CHAOYANG DISTRICT
BEIJING, BEIJING 100025 CHINA

MARVEL BEST TECHNOLOGY LIMITED
MINHUA INDUSTRIAL
CITY OFFICE BUILDING
LONGSHAN ROAD, DAYA BAY
NEW TERRITORIES, HONG KONG 999077

MARVEL BEST TECHNOLOGY LIMITED
SHA TIN
KWEI TEI STREET
FO TAN 10-14
NEW TERRITORIES, HONGKONG 999077
CHINA

MENGWU
NO. 36, 36 SHUNWANG STREE, XINCHENG
TOWN
HENGQU COUNTY
YUNGCHENG
SHANXI 043700 CHINA

NANJING DEJIN INVESTMENT MANAGEMENT
CO.
23 FLR OF ATTACHED BUILDING ZIFENG
BANK
ZHONGSHAN NORTH ROAD, GULOU
DISTRICT
NANJING, JIANGSU 210000
CHINA

NANJING KAEN INDUSTRY AND TRADE CO.,
LTD
NO.11
YONGLE ROAD, QINHUAI DISTRICT
NANJING, JIANGSU 210022
CHINA

NELSON WILSON GOODELL
THE GOODELL LAW FIRM
5 THIRD STREET
SUITE 1100
SAN FRANCISCO, CA 94103-3212

NINGBO HANGZHOU BAY NEW AREA LERAN
INVES
105 YAOJIAYUAN ROAD,
LERONG BUILDING,
CHAOYANG DISTRICT
BEIJING, BEIJING 100123 CHINA

OCEAN VIEW DRIVE INC.
7 MARGUERITE DRIVE
RANCHO PALOS VERDES, CA 90275

O-FILM GLOBAL (HK) TRADING LIMITED &
NANCHANG O-FILM PHOTOELECTRIC TECH
CO
13TH FLOOR, CHINA MERCHANTS PLAZA
NO. 1008 WANGHAI ROAD, NANSHAN
DISTRICT
SHENZHEN, GUANGDON 518000 CHINA

ORIENT SECURITIES CO., LTD.
7TH FLOOR, ORIENT SECURITIES BUILDING,
118 WAIMA ROAD, HUANGPU DISTRICT
SECURITIES FINANCE BUSINESS
HEADQUARTERS
SHANGHAI, SHANGHAI 200010 CHINA

ORIENTAL LIGHT CONSULTING LIMITED
ROOM 1102, BLOCK C,BUILDING 7
NO.1872,BALIZHUANG BEILI PARK
CHAOYANG DISTRICT
BEIJING, BEIJING CHINA 100028 CHINA

PACIFIC TECHNOLOGY HOLDING LLC
30037 AVENIDA ESPLENDIDA
RANCHO PALOS VERDES, CA 90275

PAUL DAVID MURPHY[1]
MURPHY ROSEN LLP
100 WILSHIRE BLVD.
SUITE 1300
SANTA MONICA, CA 90401-1191

ROOM 1701, UNIT 1, FLOOR 7
JINTI INTERNATIONAL GARDEN
91 JIANGUO ROAD, CHAOYANG DISTRICT
BEIJING, BEIJING 10020 CHINA

BRANCH
THIRD FLOOR, NANTOU SUB-BRANCH
PING AN BANK, DEVELOPMENT BUILDING
NO. 171 TAOYUAN ROAD, NANSHAN
SHENZHEN, GANGDONG CHINA

PING AN BANK CO., LTD. BEIJING BRANCH
ROOM 1105,BUILDING A,
ORIENTAL MEDIA CENTER NO.4 GUANGHUA
ROAD
CHAOYANG DISTRICT
BEIJING, BEIJING 100026 CHINA

PING AN SECURITIES CO., LTD
ROOM 1105, BUILDING A
ORIENTAL MEDIA CENTER
NO.4 GUANGHUA ROAD CHAOYANG
DISTRICT
BEIJING, BEIJING 100026 CHINA

PING AN SECURITIES CO., LTD.
63F, PING AN FINANCIAL CENTER,
5033 YITIAN ROAD,
FUTIAN DISTRICT
SHENZHEN, GANGDONG 518017 CHINA

QC INVESTMENT LTD.
27 FLOOR,JIAJIE INTERNATIONAL PLAZA,
NO.1717 NORTH SICHUAN ROAD,
HONGKOU DISTRICT
SHANGHAI, SHANGHAI 200085 CHINA

QINGDAO HUANGHAI PHARMACEUTICAL
FOOTBALL
GUOXIN STADIUM,
NO.3 YINCHUAN EAST ROAD, LAOSHAN
DISTRIC
QINGDAO, SHANDONG 266035
CHINA

QUANZHOU DINGS INVESTMENT
MANAGEMENT CO
8 FLOORS,361 BLDG, 157 & 159 DUNLING RD
HULI HIGH-TECH PARK,HULI DISTRICT
XIAMEN, FUJIAN 361015
CHINA

SANPOWER (HONG KONG) COMPANY
LIMITED
SANPOWER GROUP
NO. 68 SOFTWARE AVENUE, YUHUATAI
DISTRIC
NANJING, JIANGSU 210012
CHINA

SANYA SHUGUANG REAL ESTATE DEV CO
LTD
2ND FLOOR, BUILDING 2
JIABAO GARDEN, 98 FENGHUANG ROAD
SANYA
HAINAN 572005 CHINA

SHANGHAI BIAOPU INVESTMENT
MANAGEMENT CO
ROOM 1107
NO.58 CHANGLIU ROAD,
PUDONG NEW DISTRICT
SHANGHAI, SHANGHAI 200135 CHINA

SHANGHAI CHUNHUA JINGLI INVESTMENT
CENTER
48TH FLOOR, TOWER A
INTERNATIONAL TRADE BUILDING
NO. 1 JIANGUOMENWAI STREET
BEIJING, BEIJING 100020 CHINA

SHANGHAI HAIYUE INVESTMENT
MANAGEMENT CO
19 FLOOR 1901,BLOCK C,
CAIZHI BUILDING,18 ZHONGGUANCUN EAST
ROA
HAIDIAN DISTRICT
BEIJING, BEIJING 100190 CHINA

SHANGHAI JUNYING ASSET MGT PARTNERS
ROOM 905,LIANGYOU BUILDING,
NO.618,SHANGCHENG ROAD,
PUDONG NEW AREA
SHANGHAI, SHANGHAI 200120 CHINA

SHANGHAI LAN CAI ASSET MANAGEMENT
CO., L
NO.329,BLOCK B,NO.28,
XINJIEKOUWAI STREET,
XICHENG DISTRICT
BEIJING 100088 CHINA

SHANGHAI LAN CAI ASSET MANAGEMENT
12 FLOORS BLOCK AB
WANTONG CENTER
NO. 6, CHAOWAI STREET
BEIJING, BEIJING 100005 CHINA

SHANGHAI LEYU CHUANGYE INVESTMENT
MANAGE
2301B URBAN HEADQUARTERS BUILDING,
168 TIBET MIDDLE ROAD,
HUANGPU DISTRICT
SHANGHAI, SHANGHAI 200001 CHINA

SHANGHAI LEYU INVESTMENT CENTER (LP)
29F,NO.6,LANE 2,
WEIFANG WEST ROAD,
PUDONG NEW DISTRICT
SHANGHAI, SHANGHAI 200122 CHINA

SHANGHAI QICHENGYUEMING INVT
PARTNERSHIP
DENTONS US LLP
ATTN: JAE K. PARK
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CA 90017

SHENZHEN JINCHENG COMMER.
FACTORING CO.
12 FLOORS, BLOCK AB
WANTONG CENTER
NO. 6, SHAOWAI STREET, CHAOYANG
DISTRICT
CHAOYAN DISTRICT, BEIJING 100005 CHINA

SHENZHEN JINCHENG COMMERC.
FACTORING CO
ROOM 201,BUILDING A, NO.1 QIANWAN 1ST
RO
QIANHAI SHENZHEN-HONG KONG
COOPERATION Z
SHENZHEN, GUANGDONG 518054
CHINA

SHENZHEN LESHI XINGENVERTICAL
INTEGRATIO
S125,1ST FLOOR,
YANSHA CENTER OFFICE BUILDING,
50 LIANGMAQIAO ROAD, CHAOYANG
DISTRICT
BEIJING, BEIJING 100125 CHINA

SHENZHEN LETV XINGEN M&A FUND INVEST
MGT
S125, YANSHA CENTER OFFICE BUILDING
NO. 50 LIANGMAQIO ROAD
CHAOYANG DISTRICT
BEIJIING 100000 CHINA

SHENZHEN LETV XINGEN NO.1 INVEST MGT
S125, YANSHA CENTER OFFICE BUILDING
NO. 50 LIANGMAQIO ROAD
CHAOYANG DISTRICT
BEIJIING 100000 CHINA

SHENZHEN QIANHAI ANXING
ASSET MANAGEMENT CO
ROOM 201, BUILDING A, NO. 1
QIANWAN FIRST ROAD, QIANHAI
SHENZHEN-HONG KONG COOPERATION
ZONE

SHENZHEN WINZHONGTONG NON-
FINANCING GUAR
7F GUORUN COMMERCIAL PLAZA B
NO.46 SOUTH ROAD OF WEST 4TH RING,
FENGTAI DISTRICT
BEIJING, BEIJING 100858 CHINA

SHENZHEN YINGDA CAPITAL MANAGEMENT
CO.,
22ND FLOOR, WEST TOWER,
WORLD FINANCIAL CENTER,
CHAOYANG DISTRICT
BEIJING, BEIJING 100020 CHINA

SICHUAN XUNLING TECHNOLOGY CO. LTD.
NO. 138, JIALING JIANGXI ROAD
DEYANG
SICHUAN 618000
CHINA

SMART KING LTD.
18455 S FIGUEROA STREET
GARDENA, CA 90248

(JIAXING) CO. LTD.
ROOM 402, NO. 2176 FANGGONG ROAD
NANHU DISTRICT, JIAXING
ZEHJIANG PROVINCE CHINA

17 FLOORS,BLOCK B,RONGKE
INFORMATION CEN
NO.2 SOUTH ROAD,ACADEMY OF SCIENCES
HAIDIAN DISTRICT
BEIJING, BEIJING 100080 CHINA

THE GOODELL LAW FIRM
5 THIRD STREET
SUITE 1100
SAN FRANCISCO, CA 94103

TIANJIN NORD INVESTMENT CO., LTD.
9TH FLOOR, BLOCK B,
FENGMING INTERNATIONAL BUILDING,
XICHENG DISTRICT
BEIJING, BEIJING 100034 CHINA

TWC GROUP CO., LTD.
12 FLOORS,BLOCK AB
WANTONG CENTER
NO 6, CHAOWAI STREET
CHAOYANG DISTRICT, BEIJING 100005
CHINA

WALKER STEVENS CANNOM LLP
ATTN: AMANDA WALKER/BETHANY
STEVENS
500 MOLIN ST.
SUITE 118
LOS ANGELES, CA 90013

WARM TIME INC.
30037 AVENIDA ESPLENDIDA
RANCHO PALOS VERDES, CA 90275

WEI GAN
BUILDING 21, NO. 162, DATIANKAN STREET
JINJIAN DISTRICT, CHENGDU
SICHUAN
610065 CHINA

WEI GAN
NO. 1 20TH FLOOR
BUILDING 21, NO. 162, DATIANKAN STREET
JINJIAN DISTRICT, CHENGDU
SICHUAN 610065 CHINA

WEIDONG ZHU
ROOM 1005
450 CAOYANG ROAD,
PUTUO DISTRICT
SHANGHAI, SHANGHAI 200063 CHINA

WEIHUA QIU
ROOM 1001,10 FLOORS,BLOCK 1,
INDIGO NO.20 JIUXIANQIAO ROAD
CHAOYANG DISTRICT
BEIJING, BEIJING 100016 CHINA

WELLS FARGO BANK
1404 SARTORI AVE
TORRANCE, CA 90501

WESTERN SECURITIES CO., LTD
ROOM 10000 BUILDING 8,
NO.319,DONGXIN STREET
XINCHENG DISTRICT
XIAN, SHANXI 710004 CHINA

WESTERN SECURITIES CO., LTD
ROOM 10000 BUILDING 8,
NO.319,DONGXIN STREET
XINCHENG DISTRICT
XIAN, SHANXI 710004, CHINA

WUHAN CREDIT LOAN CO., LTD.
10TH FLOOR, WEIYE BUILDING,
XINHUA ROAD,
JIANGHAN DISTRICT
WUHAN, HUBEI 430022 CHINA

WUXI LEYIKE ELECTRIC VEHICLE
INVESTMENT
D1605 TALENT APARTMENT,
NO.8 LIJING ROAD, JIANGBEI NEW DISTRICT
NANJING, JIANGSU 211500
CHINA

WUXI PULEYONGHUI INVESTMENT
ENTERPRISE
D1605 TALENT APARTMENT,
NO.8 LIJING ROAD, JIANGBEI NEW DISTRICT
NANJING, JIANGSU 211500
CHINA

XIAMEN OCTUPUS INT. NETWORK TECH
ROOM 2005
303 HOUKENG HOUSHE, HULI DISTRICT
XIAMEN, FUJIAN 361015
CHINA

XIAMEN ZEJIN FANGFU INVESTMENT
PARTNERSH
ROOM 312,BUILDING 4, LONGSHAN
WENCHUANG
PARK,NO.84 LONGSHAN SOUTH RD, SIMING
DIS
XIAMEN, FUJIAN 361009
CHINA

XINYU DINGFENG YINGTONG INVESTMENT
MANAG
NO.9,CHAZI HUTONG,
EAST DIANMEN STREET,
DONGCHENG DISTRICT
BEIJING, BEIJING 100005 CHINA

XIZANG JINMEIHUA INVESTMENT CO., LTD.
NO.462 MANAGEMENT COMMITTEE
OF YANGDA INDUSTRIAL PARK,
DUILONG DEQING DISTRICT
LHASA, TIBET 851400

YONGQIANG YANG
301 UNIT 3, BUILDING 5
YANGGUANG SHANGDONG
DONGSIHUAN NORTH ROAD, CHAOYANG
DISTRICT
BEIJING, BEIJING 100005 CHINA

YONGQIANG YANG
FLOOR 16, BUILDING 3
105 YAOJIAYUAN ROAD
CHAOYANG DISTRICT
BEIJING, BEIJING 100025 CHINA

YUANXIN XU
ROOM 601, NO.105 BUILDING,
WEST LIZE GARDEN DISTRICT,
CHAOYANG DISTRICT
BEIJING, BEIJING 100102 CHINA

YUEFANG JIA
ROOM 302, BUILDING 5
YI NO. 36 DONGZHIMENWAI STREET
DONGCHENG DISTRICT
BEIJING, BEIJING 100000 CHINA

YUEMIN JIA
ROOM 501,UNIT 3,BUILDING 1
NO,21 STUI TA STREET,
YAODU DISTRICT, LINFEN
SHANXI 41099 CHINA

YUENIM JIA
105 YAOJIAYUAN ROAD
CHAOYANG DISTRICT
BEIJING, BEIJING 100025
CHINA

ZHEJIANG ZHONGTAI CHUANGZHAN
ENTERPRISE
29TH FLOOR, BLOCK T1,
WANGJING POLY INTERNATIONAL PLAZA,
CHAOYANG DISTRICT
BEIJING, BEIJING 100102 CHINA

ZHIJIAN DONG
1102, ANAYA CITY MANSION
BEIWA ROAD
HAIDIAN DISTRICT
BEIJING, BEIJING 100048 CHINA

ZHONGTAI VENTURE CAPITAL (SHENZHEN)
CO.
5 FLOORS,PACIFIC INSURANCE BUILDING
28 FENGSHENG HUTONG,
TAIPING BRIDGE STREET, XICHENG
DISTRICT
BEIJING, BEIJING  100034  CHINA

ZHONGRONG INT'L TRUST (TIANJIN) EQUITY INVESTMENT
41 FLOORS
GLOBAL FINANCIAL CENTER
HEPING DISTRICT
TIANJIN, TIANJIN  300020  CHINA

ZHONGRONG LEGEND EQUITY INVESTMENT LP
C603 GLOBAL FINANCIAL CENTER, NO. 1
XUANWUMEN WAI STREET
BEIJING, BEIJING  10000
CHINA

China Evergrande Group
35/F, Excellent Houhai Financial Center
No. 1126 Hyde Road, Nanshan District
Shenzhen, China, 51805

Jianjun Peng
35/F, Excellent Houhai Financial Center
No. 1126 Hyde Road, Nanshan District
Shenzhen, China, 51805