Bethany Stevens (SBN 245672)
bstevens@wscllp.com
Amanda Walker (SBN 252380)
awalker@wscllp.com
WALKER STEVENS CANNOM LLP
500 Molino Street, Suite 118
Los Angeles, California 90013
Telephone: (213) 712-9145
Fax: (213) 403-4906

Michael Ng (SBN 237915)
michael.ng@kobrekim.com
Daniel Zaheer (SBN 237118)
daniel.zaheer@kobrekim.com
KOBRE & KIM LLP
150 California Street, 19th Floor
San Francisco, California 94111
Telephone: (415) 582-4800

(Additional Counsel on next page)

*Attorneys for Petitioner*
*Shanghai Lan Cai Asset*
*Management Co, Ltd.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **SHANGHAI LAN CAI ASSET MANAGEMENT CO, LTD.**, <br><br>　　　　　　　Petitioner, <br><br>v. <br><br>**JIA YUETING**, <br><br>　　　　　　　Respondent. | Case No. 2:18-cv-10255-SJO-MRW <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AND TERMINATION OF PRELIMINARY INJUNCTION** <br><br> Hon. S. James Otero |

---
STIPULATION OF SETTLEMENT AND DISMISSAL

Christopher Cogburn (admitted *pro hac vice*)
christopher.cogburn@kobrekim.com
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Telephone: (212) 488 1200

John Han (admitted *pro hac vice*)
john.han@kobrekim.com
KOBRE & KIM
3 Garden Road
ICBC Tower, Unit 601
Central, Hong Kong SAR
Telephone: +852 2127 3291

*Attorneys for Petitioner
Shanghai Lan Cai Asset
Management Co, Ltd.*

Petitioner Shanghai Lan Cai Asset Management Co, Ltd. ("SLC") and Respondent Jia Yueting ("Jia") hereby stipulate as follows:

WHEREAS, an arbitration award (the "Final Award") was entered on January 22, 2018, following an arbitration proceeding held in the People's Republic of China;

WHEREAS, the Final Award ordered Jia to pay damages to SLC in the amount of RMB 50 million, plus interest and certain costs as set forth in the Final Award;

WHEREAS, on December 10, 2018, SLC commenced this action by filing a petition to confirm the Final Award (Dkt. No. 1 (the "Petition"));

WHEREAS, on March 26, 2019, the Court granted the Petition (Dkt. No. 31);

WHEREAS, on April, 7, 2019, the Court entered judgment in SLC's favor under the terms of the Final Award (Dkt. No. 35 (the "Final Judgment")) and on May 29, 2019, denied Jia's motion to amend the judgment (Dkt. No. 49);

WHEREAS, on May 6, 2019, Jia filed a notice of appeal and on August 5, 2019, appealed the Court's entry of final judgment in favor of SLC and the Court's order denying Jia's motion to amend the judgment (Dkt. No. 42);

WHEREAS, on August 30, 2019, the Court entered a preliminary injunction (Dkt. No. 75 (the "Injunction")) prohibiting Jia "from taking any step to transfer, conceal, reduce, encumber, or otherwise make unavailable—either personally or through instructions to another—any non-exempt assets up to the value of" the Final Judgment;

WHEREAS, the Court revised the Injunction on September 3, 2019 (Dkt. No. 79); and

WHEREAS, SLC has now to terminate the Injunction and relinquish its claims against Jia under the Final Judgment.

NOW, THEREFORE, it is hereby stipulated by the parties and agreed to by the undersigned counsel that:

1. This action shall be, and hereby is, dismissed with prejudice.
2. The Injunction entered August 30, 2019 (Dkt. No. 75) and amended September 3, 2019 (Dkt. No. 79) shall be, and hereby is, terminated and dismissed with prejudice.
3. Each party shall bear its own costs and expenses arising from this action.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: June 8, 2020

KOBRE & KIM LLP

By: */s/ Christopher S. Cogburn*

*Attorneys for Petitioner Shanghai Lan Cai Asset Management Co., Ltd.*

O'MELVENY & MYERS LLP

By: */s/ William K. Pao*

*Attorneys for Respondent Jia Yueting*

2
STIPULATION OF SETTLEMENT AND DISMISSAL

**CERTIFICATE OF AUTHORIZATION**

I, Christopher S. Cogburn, counsel for Petitioner Shanghai Lan Cai Asset Management Co, Ltd., hereby certify under penalty of perjury that William K. Pao, counsel for Respondent Jia Yueting, has authorized me to electronically sign this joint Stipulation of Settlement and Dismissal.

Dated: June 8, 2020  */s/ Christopher S. Cogburn*
Christopher S. Cogburn